UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL A. FRISHBERG,

    Plaintiff,

v.                                      Case No. 8:24-cv-22-TPB-NHA

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,
and HRSE-CAPSTONE TAMPA,
LLC

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, construed as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 2). Upon consideration, it is hereby **ORDERED**:

    1.    Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

    2.    Plaintiff is **DIRECTED** to complete and return the "Summons in a Civil Action" AO 440 form and the "Process Receipt and Return" USM-285

form[1] to the Clerk, whereupon the United States Marshal is **DIRECTED** to serve the summons on Defendant.[2]

    **ORDERED** in Tampa, Florida, on January 8, 2024.

*Natalie Hirt Adams*
NATALIE HIRT ADAMS
United States Magistrate Judge

---

    [1] These forms are available for download on this Court's website at https://www.uscourts.gov/forms/notice-lawsuit-summons-subpoena/summons-civil-action and https://www.usmarshals.gov/resources/forms/usm-285-us-marshals-process-receipt-and-return. If Plaintiff does not have access to the Internet, Plaintiff may obtain these forms by contacting the Clerk's Office at 813-301-5400.

    [2] Plaintiff is advised that even *pro se* plaintiffs must conform with procedural rules, including the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. Litigation - particularly in federal court - is difficult, and Plaintiff should consider seeking counsel. If he is unable to afford counsel, he should consider the resources available to *pro se* litigants, including the Legal Information Program operated by the Tampa Bay Chapter of the Federal Bar Association, and the Middle District of Florida's guide to assist *pro se* litigants proceeding in federal court, which is located on the Court's website.