AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Daniel A. Frishberg <br><br> *Plaintiff(s)* <br> v. <br> University Of South Florida Board Of Trustees et. al. <br><br> *Defendant(s)* | Civil Action No. 8:24-cv-00022-TPB-NHA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* University of South Florida
Office of the Board of Trustees Operations
4202 E. Fowler Avenue, CGS301
Tampa, FL 33620

(Counsel) Bush Graziano Rice & Platter, P.A. 100 S. Ashley Drive, Suite 1400, Tampa, FL, 33602, (813) 228-7000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel A. Frishberg
[ON FILE]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*