# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Daniel A. Frishberg, | **)** |
| Plaintiff, | **)** |
| v. | **)** Case Number: 8:24-cv-00022-TPB-NHA |
| | **)** |
| University Of South Florida's Board Of Trustees, | **)** |
| HRSE-Capstone Tampa, LLC, | **)** |
| Defendants. | **)** |
| | **)** |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of January, 2024, I electronically served the Defendants with a downloaded PDF of ECF Docket No. 1, ECF Docket No. 4, and ECF Docket No. 9 pursuant to the order of the Court at ECF Docket No. 9.

Respectfully Signed,

Daniel A. Frishberg. *Pro Se*.

/s/*Daniel A. Frishberg*

Santa Clara County, California