UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| Daniel A. Frishberg, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 8:24-cv-00022-TPB-NHA |
|  | ) |
| University Of South Florida's Board Of Trustees, | ) |
| HRSE-Capstone Tampa, LLC, | ) |
| Defendants[1]. | ) |

## STATEMENT/UPDATE FOR THE COURT

    Mr. Frishberg respectfully files this statement/update (the "Statement") in the above referenced case. While this statement was not requested/ordered by the Court, I felt that it is appropriate to keep the Court updated on the situation.

    The County Court has stayed (on mutual consent of the parties) the litigation before it, to allow this materially similar case to proceed, as it "seems to be proceeding expeditiously"[2]. The formal order has yet to be signed still, but it should be soon.

    I will also be filing a note from my Dr. contemporaneously (he was on vacation, and recently got back to me).

    /s/*Daniel A. Frishberg*, *Pro Se*

    January 11th, 2024

---

[1] All of the Defendants are represented by the same counsel.

[2] I don't have a transcript, but this is what I recall. The wording may not be exactly correct, but the meaning of it is unchanged, and the term proceeding expeditiously was used.