

**EAST FLORIDA BEHAVIORAL HEALTH NETWORK**
BEHAVIORAL HEALTH SPECIALISTS OF SOUTH FLORIDA

January 10, 2024

Re: Frishberg, Daniel - Emotional Support Animal (ESA)

Date of Birth: ▮▮/2003

To whom it may concern,

Daniel Frishberg is my patient, and has been under my care since February 2023. I am familiar with this patient's history, and with the functional limitations imposed by their condition.

I am a Licensed Adult, Adolescent and Child Psychiatrist in the state of Florida, my license number is ME116041. In my professional opinion, this patient meets criteria for DSM 5 diagnostic disorder. My patient has had significant functional impairment due to the disorders that has significantly affected patient's quality of life. As result of these disorders, patient has had difficulty performing the usual activities of daily living. The functional "disability" corresponds to the description annotated in the American with Disabilities Act, Air Carrier Access Act and Fair Housing Act.

In order to help alleviate these difficulties and to enhance the patient's ability to live independently within the community, I have prescribed an ESA. Patient would benefit from the assistance and company of his ESA, a grey Russian Blue breed cat in coping with the above-stated conditions. It is my professional opinion that Mr. Frishberg has medical difficulties to function publicly without the assistance of his ESA, and will therefore require the ESA's company in all public locations, that would not cause an inconvenience to other patrons.

I am familiar with the professional literature concerning the assistive and/or therapeutic benefits of the ESAs for people with mental illness. I acknowledge that this letter may be relied upon in determining whether or not to grant reasonable accommodations by making an exception to rules, policies, practices, or services, when such accommodation may be necessary to afford the herein named individual an equal opportunity to use their emotional support/service animal in his daily endeavors. This letter has been issued with the patient's consent and, as per his/her request. Any questions please contact our office directly at (305) 692-3270.

Sincerely,

*[signature]*

Samuel A. Neuhut, M.D.

HCA Florida Behavioral Health Specialists

SN/igb