| | |
|---|---|
| From: | CalifornianKing |
| To: | Sacha Dyson |
| Cc: | Analisa Whiteside; Kevin Sullivan; Michelle McLeod |
| Subject: | Re: Notice of Filing Of Emergency Motion in Case Number 8:24-cv-00022-TPB-NHA |
| Date: | Monday, January 8, 2024 12:42:40 PM |

Dear Mrs. Dyson,

Thank you for the information about the storage of property. I will register for classes once they become available. I cannot remove my property by the end of the business day today (5pm EST) since that is in approximately 4 1/2 hours. I am currently in California. Even if I was already sitting on a plane taking off, I wouldn't be there before 6-7pm (assuming there was a direct one available). So storing it is the only option.

As of now my need for relief still exists, since the classes I need are NOT available (lack of space) online. I still am enrolled in the in person ones.

We should figure out what facts USF disputes.

I was not allowing my ESA to roam "unaccompanied". I was with my ESA in the common area. The ESA was not using the common area, I was. I was not, nor am I asking you to allow my assistance animal free access to the common area. I am asking that you allow ME to use the common area with my assistance animal. My ESA did slip out a few times when I didn't notice, but that was a small handful of times over the semester (usually when I was making food with the microwave and was focused on the hot bowl of food in my hand). My assistance animal helps reduce my anxiety, and stress.

If this is a matter of putting a leash on my assistance animal, I can do that assuming you're willing to settle this matter.


In regards to the sanctions, the policy that they stem from is illegal and discriminatory. I'm sure you're aware that USF committed numerous unlawful acts which constitute discrimination (including in writing).

Best Regards,

Daniel Frishberg

On Mon, Jan 8, 2024 at 9:29 AM Sacha Dyson <sdyson@bgrplaw.com> wrote:

> Dear Mr. Frishberg:
>
>
> Reiterating that currently there is no room assignment and no housing agreement for Spring Term 2024, USF has asked HRE for a storage/removal cost for continued storage of your personal property until Jan. 31, 2024. On January 31, 2024, any property not retrieved will be considered abandoned with NO extension possible. USF

EXHIBIT A

is working on that estimate based on the established abandoned property protocols and will provide that cost of the storage and add to your OASIS at the end of business today OR you can remove your property by the end of business today.

As to the recent demand for immediate relief to register for courses, the Office of Student Conduct and Ethical Development (SCED) has advised that you have indicated you will not be complying with the sanctions as issued. To facilitate your registration for courses, SCED has lifted the hold on registration for courses for non-compliance to permit registration for Spring Term 2024 with the hold being reactivated after registration. This will enable you an opportunity to complete the sanctions before next term without delay to academic progress.

As indicated earlier, USF will not permit free access by a ESA to common areas (as you know, you were allowing your ESA to roam unaccompanied and unrestrained in these areas) and will enforce the ESA agreement and the current restriction from housing.

Thanks,

Sacha

**Sacha Dyson | Bush Graziano Rice & Platter, P.A.**

**Board Certified in Labor & Employment Law**

(813) 204-2853 (Direct Dial)

sdyson@bgrplaw.com

**From:** CalifornianKing <dannyfrishberg@gmail.com>
**Sent:** Monday, January 8, 2024 11:12 AM
**To:** Sacha Dyson <sdyson@bgrplaw.com>; Michelle McLeod <mmcleod@bgrplaw.com>; Kevin Sullivan <ksullivan@bgrplaw.com>; Analisa Whiteside <awhiteside@bgrplaw.com>
**Subject:** Notice of Filing Of Emergency Motion in Case Number 8:24-cv-00022-TPB-NHA

Dear BGRP Team,

The attached emergency motion was just filed in the District Court, it has not yet been docketed, but I am serving it immediately anyways.

Best Regards,

Daniel Frishberg,

Pro Se