HILLSBOROUGH COUNTY CCC
NOV 28 2023 PM 12:51

**IN THE CIRCUIT/COUNTY COURT OF THE THRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Daniel A. Frishberg

Case Number: 23 - 125005

Division: S

Plaintiff(s)

vs

University of South Florida care of Andrew Johnson and ~~associated~~ ~~parties~~ HRSE Capstone management care of Jana Faro

Defendant(s)

Address 4202 E Fowler Ave, and
_(number)_ _(street)_
8588 Potter Park Priv
Tampa, FL, 33620
_(city)_ _(state)_ _(zip code)_
Suite 500, Sarasota, FL
34238

Phone: 813-974-0001
991-554-8838
405

**STATEMENT OF CLAIM**

Plaintiff(s) sues defendant(s) for damages which do not exceed $8,000.00 exclusive of costs and interest for (check one category below):

☐ Auto Accident occurring on or about _____ in the vicinity of _____ _____, in _____ County, Florida caused by negligent operation of a vehicle operated by _____ and owned by _____ resulting in damages, described below.

☐ Goods sold by Plaintiff; goods and prices and credits listed below.

☐ Work done and materials furnished; time and materials, showing charges and credits, listed below.

☐ Money lent to defendant on _____ with interest owed since _____.

☐ Promissory Note executed on _____, copy attached; defendant failed to either pay the note, or an installment payment, and interest is owed since _____, plus attorney's fees.

☐ Account Stated for an agreed balance owed on business transactions between the parties, the defendant did not object to the statement of account presented, a copy of which is attached.

☑ Other claim - Please specify: _wrongful eviction / breach of contract_

Explain below the details (what happened, dates, times, place, etc.) of your claim. This section must be completed. Attach additional pages if needed.

_____
_____
_____
_____

**EXHIBIT B**

Revised 02/18/2021

Page 1 of 2

[V] Attached is a copy of any written document(s) that is/are the basis of this claim.

**WHEREFORE**, the Plaintiff(s) demand judgment in the principal sum of $ _8000_   DF
Plus costs, if known, (summons, service) in the amount of $ ~~less than $500~~
Plus interest in the amount of $ _1% monthly_
TOTAL $ ~~$500~~ $8000
   DF

Plaintiff Address:
_284 Monroe drive,_
_Mountain View, CA,_
_94040_

Signature of Plaintiff(s)

_Daniel Frishberg_
Print name of Plaintiff(s)

Telephone Number
Email Addresses: _daniel.frishberg@usf.edu_

Title (if applicable)

## STATE OF FLORIDA
## COUNTY OF HILLSBOROUGH

The foregoing instrument was sworn to or affirmed and signed before me this _NOV 2 8 2023_ day of _____,
_____, by _DANIEL ANATOLY FRISHBERG_ who is personally known to me or who has produced
_FL DL_ identification and who did [V] did not [ ] take an oath.

**CINDY STUART**
As Clerk of the Court

_____
As Deputy Clerk
_Jessica Saladin_

_____
Notary Public

_____
Typed or Printed Name

**Hillsborough County Court**

Case Number:

Plaintiff: Daniel A. Frishberg

Defendant: University of South Florida and all associated parties including HSRE-Capstone
Tampa, LLC.

## COMPLAINT

Daniel A. Frishberg (a tenant at the University of South Florida's dorms), the Plaintiff
("Mr. Frishberg", "I", "Plaintiff") respectfully files this lawsuit (the "Complaint") against the
University of South Florida ("USF") due to their (attempted) illegal eviction of the Plaintiff,
including violations of Florida Statute Section 83.64, 83.67(2), and a stated intent to violate
Sections 83.67(5). Plaintiff seeks relief under Sections 83.67(6) and 83.67(7). The Plaintiff has
filed an emergency motion for injunctive relief simultaneously with the filing of the Complaint.

### Preliminary Statement

Mr. Frishberg is a tenant of USF, and has a lease for a room extending from August 2023,
to May 2024 (the room will be unoccupied[1] during most of December, but it is contractually
considered occupied until Mr. Frishberg checks out). The Defendants purport to have terminated
for cause Mr. Frishberg's rental agreement, and have prevented Mr. Frishberg from accessing his

---

[1] This is addressed in the Housing Agreement. All Housing Agreements by default have the rented space
unoccupied over the winter break, unless an additional rent is paid. The rooms are kept as is, and not to
be distributed.

room by both disabling his key card that allows him access to the building, and changing the locks on his room. Mr. Frishberg intends to amend this complaint after injunctive relief is granted, since this complaint has been drafted on an extremely short timeline.

The Defendants illegally and wrongfully prevented Mr. Frishberg from accessing his room, and have purported to have evicted him. They also purported to charge the Plaintiff fees, and threatened sanctions against him, including "additional sanctions up to permanent removal and restriction from the University" (expulsion). This further highlights the extreme power disbalance. They took all of these actions *without **any** court order*, and without even initiating *any* court process.

The dispute arose over the Defendants' purported revocation of Mr. Frishberg Emotional Support Animal ("ESA") Agreement. Mr. Frishberg's ESA is a *hypoallergenic* cat. The Defendants allege that Mr. Frishberg breached the ESA Agreement by allowing his ESA to leave his room. **Not so**.

The Defendants' actions constitute irreparable harm under Florida Statutes Section 83.67(7).

The Defendants' counsel stated that my property was removed from the room, and that "you will not be permitted back into your previously assigned room.  Your belongings have been removed and are available to you and may be retrieved by contacting the University Police".

The Plaintiff seeks injunctive relief to permanently enjoin the Defendants from taking any more actions to attempt to evict the Plaintiff, and permanently enjoin them from taking any retaliatory actions against the Plaintiff.

## REQUEST FOR *PRO SE* RELIEF

As I am a *pro se* filer, and have not gone to law school, I do not understand the law as well as a lawyer would. I ask that the Court interpret my filings liberally, and to allow me to correct any mistakes in my pleadings, and to give me a clear opportunity to have my exhibits entered into the record. *See Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 475 (2d Cir. 2006) (citing *Traguth v. Zuck*, 710 F.2d 90, 95 (2d Cir.1983) ("This policy of liberally construing pro se submissions is driven by the understanding that "[i]mplicit in the right of self-representation is an obligation on the part of the court to make reasonable allowances to protect *pro se* litigants from inadvertent forfeiture of important rights because of their lack of legal training.").

As the Supreme Court of the United States said in *Haines v. Kerner*, "a pro se complaint, 'however inartfully pleaded,' must be held to 'less stringent standards than formal pleadings drafted by lawyers' and can only be dismissed for failure to state a claim if it appears 'beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.'" 404 U.S. 519, 520-521 (1972), quoting *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).

This Court has the ability to "liberally" construe my requests. I ask that if anything is in the wrong format, or cites the wrong state statute/code or the wrong subsection or law, or I make

citation mistakes, or my filings do not perfectly set forth all facts needed to plead my claims, that you allow me to correct any deficiencies.

As the Supreme Court of the United States said in *Haines v. Kerner*, "the district judge should have explain[ed] the correct form to the *pro se* plaintiff so that [he] could have amended his pleadings accordingly. Instead of simply dismissing the complaints for naming federal agencies as the defendants, it would have been appropriate for the district judge to explain the correct form to the *pro se* plaintiff so that [he] could have amended his pleadings accordingly." 404 U.S. 519, 521 (1972), citing *Henry Platsky v. Central Intelligence Agency*, 953 F.2d 26, 28 (2d Cir. 1991). Thank you for your consideration.

### **Argument**

The Defendants' claim that Mr. Frishberg violated the ESA Agreement is materially false. The relevant section (subsection b) of the agreement states: "The approved Assistance Animal must be controlled by its owner and <u>must be contained within the residential area</u> (room, suite, apartment, **building**, enclosed balcony or yard spaces) at all times, except when transported outside the private residential area in an animal carrier or controlled by leash or harness. Assistance Animals cannot <u>roam</u> freely in common areas." (Emphasis added). At no time did my ESA "roam freely" in the common area. The Webster Dictionary's[2] best definition of "roam" as "to go from place to place without purpose or direction". The burden of the proof to prove that my ESA went from "place to place without purpose or direction" is on the defendants.

---

[2] https://www.merriam-webster.com/dictionary/roam

I contend that my ESA did not "roam", but sulked with purpose to investigate what was going on down the hallway, and investigate what was under various chairs/couches (as cats do).

Other potentially relevant parts (subsection i) of the agreement states: "The owner is responsible for assuring that the approved Assistance Animal does not unduly interfere with the routine activities of the residence or cause difficulties for students who reside there.  Assistance Animals must not make excessive noise or display behavior that will disrupt other community members.  Individuals with disabilities who are accompanied by Assistance Animals must comply with the same rules regarding noise, safety, disruption, and cleanliness as people without disabilities.  Sensitivity to residents with allergies and to those who fear animals is important to ensure the peace of the residential community". My ESA did not "unduly interfere with the routine activities of the residence or cause difficulties for students who reside there". One resident complained about my ESA walking on counters/tables, and I promptly resolved that issue by ensuring that he never was on counters or tables. USF has alleged that at least one resident had an issue with my ESA, but has failed to both specify who it was, and what their issues were. They allege that several students have allergies to cats, but (and this is the key part) *no one has had an allergic reaction* to my ESA since he is hypoallergenic. I also attempted to compromise with the student(s) who had issues with my ESA by attempting to work out a schedule as to when my ESA would leave my room. They refused.

My ESA did not "unduly interfere" with anyone. He mostly (as cats do) just sat/lay at various spots such as a couch. Subsection m of the ESA agreement states: "The owner must ensure that the Assistance Animal does not: Attack, harass, sniff, jump on/at or disrupt others or

their personal belongings[.] Display any repeated behaviors or noises that are disruptive to others. Block evacuation routes or egress in case of an emergency. Leave the owner's room except when accompanied by the owner." (slight format change, including removing bullet points). The Defendants did not allege that my ESA "unduly interfere[d]" with anyone, or harassed anyone. To the contrary, he usually liked to hide from people as he is (sometimes literally) scared of his own shadow. A large number of people enjoyed him being out, and liked petting him.

Florida Statutes Section 83.64(3) states: "In any event, this section does not apply if the landlord proves that the eviction is for good cause". The Defendants have not proven the purported eviction is "for good cause". The Defendants have not proven that the contract was materially breached by me. They have not *proven **anything***, let alone met the burden required for an eviction.

**RESERVATION OF RIGHTS**

I reserve any and all rights, and request that This Court "liberally interpret" this Reservation of Rights as including the most stringent, strong, broad, and effective/appropriate reservations of rights. Nothing contained herein shall be considered as an admission of the validity of any claim or claims against the Plaintiff, nor shall it be construed as a waiver of any right.

Respectfully Signed,

Daniel A. Frishberg. *Pro Se*.

/s/*Daniel A. Frishberg*

Hillsborough County, Florida

November 28th, 2023,



**HOUSING & RESIDENTIAL EDUCATION**

## 2023-24 FALL-SPRING STUDENT HOUSING AGREEMENT

**Name:** Daniel Anatoly Frishberg
**University ID:** U50082127
**Email:** ~~d~~@usf.edu
**Address:** ~~~~ ~~FL 34040-1016~~
~~United~~ States

## 2023-24 FALL-SPRING USF STUDENT HOUSING AGREEMENT
### TERMS, CONDITIONS, AND RESPONSIBILITIES

**USF Student Housing Agreement ("Agreement")**:  The USF Student Housing Agreement is a financially and legally binding Agreement between the University of South Florida's Board of Trustees, a public body corporate and a prospective or enrolled Student who is, and intends to remain, enrolled at the University of South Florida ("**University**"). This is an Agreement for the use of Space in the Residence Halls located in Tampa and all terms including length of the Agreement, Cancellation terms and other terms as set forth herein.

The Village property, including Beacon, Endeavor, Horizon, Pinnacle and Summit Halls, is owned by HSRE-Capstone Tampa, LLC. For a seamless student experience, the University provides administrative services for the Village including, but not limited to, managing Applications, assignments, and billing on the Owner's behalf. Students choosing to reside in the Village may be subject to additional requirements set forth below.

Any alterations by the Student to the terms contained in the Agreement will neither be honored nor deemed valid without specific written approval from the Assistant Vice President for Housing & Residential Education, recognizing acceptance of and identifying the proposed alterations.  By signing the Agreement, electronically or otherwise, the Student is acknowledging notice of all of the Agreement terms.

### I.   TERMS OF AGREEMENT:

1.  **Definitions**

    **Application:** The online form that is completed to initiate the Agreement and/or Dining Contract.

    **Application Fee:** A $50 non-refundable fee that is assessed to a Student account upon submission of an Application.

    **Cancellation:** The act of ending the Agreement and the assignment. Fees may apply.

    **Consideration:** The Student's Consideration is the payment form made by the Student as outlined in Section I.3.  The Department Consideration is the processing of the Application for Room assignment. Either party may cancel the Agreement before assignment of housing as set forth in Section IV below.

    **Department:** USF Housing & Residential Education and/or the Assistant Vice President for Housing & Residential Education or the designee. This term includes the Owner of the Village, as applicable.

    **Hall Rates:** Charge associated with a Space and term.

    **Housing Portal:** An interactive web page that provides authenticated users online access to Department housing management system including Applications, assignments, forms, and information.

    **Living-Learning Community Program Charges**:  Additional charges associated with enhanced program offerings for Students living in select communities.

**Owner:** The Owner refers to HSRE-Capstone Tampa, LLC, principal owner of the Village.

**Residence Halls:** All traditional room, suite, and apartment style halls, unless otherwise specified, including the Village, as applicable.

**Room**: A traditional room, suite, or apartment in the Residential Halls, including the Village, as applicable.

**Space:** A bed in a traditional, suite, or apartment in the Residence Hall, including the Village, as applicable.

**Standby Process/List:** The process initiated when demand for on-campus housing exceeds supply and Application or room selection process has closed.  To join the Standby list, Students submit a request via the Housing Portal and agree to be assigned to any Space if one becomes available.

**Student:** An individual that has been admitted to the University.

**Village:** The residential property owned by HSRE-Capstone Tampa, LLC. Beacon, Endeavor, Horizon, Pinnacle and Summit Residence Halls are collectively known as the Village.

**University**: University of South Florida

2. **Application Fee:** Upon submission of the Application, the Application Fee will be assessed to the Student account. The Application Fee will be considered paid for purposes of assignment when one of the conditions below has been exercised:

    a. The Application Fee payment is submitted using University payment processes; or
    b. The Department processes and approves a deferral of the required Application Fee. The Application Fee will not be waived.

3. **Effective Date:** The Agreement shall become effective upon the Department receiving the housing Application, the Application Fee (by one of the two methods specified in Section I.2), and meet the terms listed in Section I.4. Once this Agreement becomes effective, the Student is eligible for an assignment.

4. **Eligibility Requirement for Housing**:

    a. Students who have been accepted to the University by the University Office of Admissions are eligible to apply for housing. The Student must submit both the Application and Application Fee (see Section I.2) which is Consideration for this Agreement.

    b. Student must remain enrolled in University courses during each semester covered by the terms of this Agreement. Should Student fail to meet this enrollment requirement, the Department, on behalf of the University, may cancel the Agreement and require Student to vacate their assigned Space in accordance with applicable University policies or other applicable laws, regulations, policies, or procedures.

    c. **Assignment Prerequisites**:

        i. **Orientation Requirement:** Undergraduate Students must comply with University orientation requirements by registering for appropriate orientation program with the Office of Orientation. Continuing Students have already satisfied the orientation requirement.  The Department will not refund the Application Fee if the Agreement is cancelled due to non-compliance with the orientation requirement.

        ii. **Availability for Housing:**

            1. The Department may initiate a Standby Process if the availability of housing becomes limited.  To be considered for a Space, the Student must register for the Standby List via the Housing Portal.  Registration for the Standby List indicates that the Student will accept the Space assigned, regardless of Room

type preference. Students assigned from the Standby List waive the 48 hours Cancellation eligibility described in Section IV.2.a. ii.

2. The Department may cancel the Agreement if a Room is not available or appropriate for assignment to the Student.

5. **Inability to Perform:** If the Department is unable to assign a Student a Space due to:

   a. the Student's failure to meet the assignment prerequisites; the Agreement will be considered cancelled by the Student without refund of the Application Fee; or

   b. the Department's inability to identify available Space; the Agreement will be considered cancelled and the Department will credit the Application Fee to the Student's account.

6. **Length of Agreement:** The Agreement dates covered by these terms, conditions, and responsibilities are for the Fall 2023 and Spring 2024 terms.  The dates for each semester are available on the USF Housing website. The Agreement start and end dates and the length of Agreement may be adjusted with notice to the Student to align with the University academic calendar.  Occupancy during break periods is limited to specific locations and incurs an additional charge.

7. **Occupancy Status:** Occupancy occurs when a Student is issued the keys to the Space or is checked-in via the student housing software.  If either condition exists, then the Space is considered occupied. Occupancy will remain in effect until the check-out procedure is followed to depart the Space.  Removing personal belongings and vacating the assigned Space without completing the proper check-out process will be considered an improper check-out and the Student will be financially responsible for the terms of the Agreement and all associated fees.

8. **Occupancy Requirements and Transferability**: ONLY the Student with whom the Agreement is made may inhabit Student's assigned Space, and such Space is not transferable. Spaces may not be sublet to another person(s). Appropriate monetary charges, as determined by the Department, will be assessed, and/or disciplinary action will be taken, against violators of this section.

9. **Guest and Visitor Access**: Guest/Visitor access may be prohibited or restricted within Room or building. Students are responsible for the actions and any damages incurred by their guests. A Student is prohibited from inviting or hosting a person in their Room, Residence Hall, or on campus when the Student knows that the University Police or other University official has barred that person from campus. Any Student or person who knowingly violates this section may be subject to all applicable University, civil and criminal penalties.

10. **Entry Rights:**  Authorized Department personnel may enter Student's Space without the Student's permission (but following prior notice to Student) for maintenance/housekeeping purposes and for fire/safety inspections. When authorized Department personnel have reasonable belief that a violation of a University Policy, or violation of any local, state, or federal law, regulation, or ordinance is in progress, or in the event of an emergency, such personnel may enter Student's Space without notice to Student. Students living in the Village also grant similar rights prescribed to the University above to personnel authorized by the Owner (including, without limitation, personnel of Owner's property manager).

11. **Condition of Space:**  The Student acknowledges their responsibility to keep Space and Room in a clean and orderly condition and to adhere to sanitation standards in shared spaces. University staff retain the right to conduct health and safety inspections of the Room. Charges may be assessed to Students for damage to, unauthorized use of, or alterations to, buildings, rooms, furnishings, appliances, equipment, or locks, and for special cleaning necessitated by improper care of buildings, rooms, furnishings, appliances, or equipment either within Student's Room or on the floor or in the building wherein Student's Space is located.  In the event additional expenses are incurred associated with the foregoing, the Student will be assessed such expenses.

12. **Room Assignment:** The Department does not guarantee an assignment to a specific complex, building, Room, roommate, room type, or room occupancy (single, double, or triple).  The Department reserves the right to consolidate, change the occupancy designation, or change the assignment either in advance of

check-in or after the start of the term. If one of the occupants of a double occupancy Room moves out, the Department will assign another occupant to that Room. If no such assignment can be made, upon notification by the Department, the remaining occupant will exercise one of the following options: (a) locate another roommate who agrees to be reassigned to the occupant's Room; or (b) be reassigned to a double occupancy Room chosen by the Department; or (c) be reassigned to single occupancy, if available, and pay the single occupancy Rate.  In the event there is maximum utilization of facilities and no assignment can be made, the Department will notify the Student at which time any fees paid by the Student will be credited to the Student's account.

    a.  The University reserves the right to contract for comparable student housing accommodations in the event of excessive occupancy, available facilities, natural disaster, etc.  The Student agrees that all terms and conditions of this Agreement are applicable in the event that additional student housing accommodations must be secured.

    b.  Students who have not properly occupied their Room by 12 p.m. on the first day of classes and have not notified the Department of their late arrival may be reassigned based on the needs of the Department.

13. **Room Change/Reassignment:** The Student may, after written approval from the Department, move to another Residence Hall Space in accordance with the Department's reassignment policies, which are incorporated herein by reference.  Those Students living in the Village may also need additional approval to be eligible transfer to a Room outside of the Village.

A Student shall not be permitted to transfer to another Space without the approval of the Department. If the Student does occupy another Space without the approval of the Department, they will be responsible for the Hall Rates of both the Space they moved to and the Space they are assigned.

14. **Use of Spaces:** The Department reserves the right to determine the need for and the use of all Rooms, lounges, and other common or public areas in and around the Residence Halls. At the discretion of the Department, the Department may limit or restrict the use of the common areas and multipurpose spaces. Residential Hall lounges may be converted and assigned as Residence Hall Space when deemed necessary by the Department.

15. **Meal Plan Requirement:** All First Time in College Students residing in the USF Residence Halls located in Tampa are required to purchase a meal plan.  More information on meal plan options can be found at USF Dining.

16. **Health and Safety.**
    a.  The Student acknowledges the inherent risk associated with living in a community environment and the Student's shared obligation to prioritize health and safety for the benefit of the entire community.
    b.  The Student acknowledges they have considered their own personal health status and risk factors inherent with community living.
    c.  The Student agrees to adhere to University expectations intended to minimize risk of exposure of transmissible diseases consistent with health and safety guidance as determined by the University (for example practicing physical distancing and wearing appropriate face covering, etc.).
    d.  The Student acknowledges they may be required to submit to symptom checking or testing to access and remain in the residential community.
    e.  The Student agrees to disclose to the appropriate University medical official immediately upon notification of a transmissible disease test status (i.e., COVID-19, meningitis, tuberculous, etc.) or contact about high-risk exposure and instruction to isolate.
    f.  The Student agrees to comply with University direction requiring isolation.  Isolation may require removal from assigned Space, Room, building, or campus.  Isolation does not constitute Cancellation of the Agreement.
    g.  Students are required to comply with all health and safety law, orders, ordinances, policies, regulations, and guidance adopted by the University or Department as it relates to transmissible diseases.  This guidance may evolve as circumstances warrant.  University may require the

Student to leave University housing in the event the Student's continued presence poses a health or safety risk to the housing community.

17. **Accessibility:** A variety of facilities is available for Students with accessibility needs and other medical considerations. Students requesting reasonable accommodations for housing based on an accessibility need or a medical condition must submit their request for said accommodations in writing to the Department by July 1 for the fall semester; November 1 for the spring semester; and April 1 for the summer semester(s). Department staff may confer with the Office of Student Accessibility Services and/or Student Health Services to determine any reasonable and appropriate accommodations. Any information provided to the Department substantiating an accessibility need or medical condition will be maintained in strict confidence pursuant to Federal and Florida laws.

18. **Utilities:** The Department is not liable for interruption or failure of utilities such as heating, air conditioning, water, electricity, internet, etc. The Department reserves the right to assess additional charges and/or Hall Rate during the Agreement period to offset increased utility and/or other operational costs, provided the Department gives written notification to the Student at least 30 days prior to any increase in Hall Rate or charges.

19. **Damage Liability:** The University is not liable for damage to or loss of personal property, failure or interruption of utilities, or for injury or inconvenience to persons (except to the extent set forth in Florida Statutes, Sec. 768.28) Students are encouraged to provide their own personal property loss insurance.

20. **Department Reservation:** The Department reserves the right to make additional and/or modify existing rules and regulations. The Department agrees to make every reasonable effort to inform Student of any regulation changes or pertinent policy information.

21. **Departmental Discretion:** The Department may cancel the Agreement or change Student's Space assignment in the interest of order, discipline, health, safety, security, maximum utilization of Department facilities and resources, and/or educational delivery, or for the Student's failure to pay Hall Rate or charges in a timely manner.

22. **Adherence to USF Restrictions and Compliance with USF Regulations:** Student agrees to comply with, and uphold, all University policies, procedures, regulations, as well as all local, state, and federal laws.

23. **Provisional Removal for Behavior:** Student(s) who have been determined to create an immediate danger, threat, or disruption to the residential community may be provisionally removed from the Residence Halls until an investigation and a resolution can occur. Students will remain financially responsible for the Agreement during the provisional removal.

24. **Correspondence:** Correspondence from the Department will be emailed to Student at their official University email account.

## II.    RATES AND PAYMENT OPTIONS:

1. **Residence Hall Rates:** Rates are listed on the Department's website and are subject to change following approval by the University Board of Trustees. Students receiving Financial Aid will have any outstanding housing charges deducted from their aid prior to receiving a reimbursement check regardless of their payment option. The Agreement is separate from, and not contingent upon, financial aid or scholarship award notification.

2. **Living Learning Community Program Charges**: Student acknowledges that Living Learning Community Program Charges are non-refundable and assessed in full by semester to the OASIS account of all Students in a Living-Learning Community Space for any portion of the semester. These charges are published on the Department's website for reference.

3. **Student's Payment Obligation:** The Student acknowledges that Spaces have different Hall Rates. The Hall Rate a Student will be obligated to pay will depend on the Space assigned to Student. The Student

acknowledges that they will be bound by the Agreement and any change in Rates, fees, or other financial obligation.

4. **Unpaid Charges:** Any unpaid Hall Rate, Cancellation fee, or other charges accrued under the Agreement may be applied to Student's University account and may result in a hold being placed on Student's record and/or academic transcripts. Please see section III.2. and III.3. for additional details.

5. **Method of Payment:** The methods of payment are listed below:

   a. **Payments Online:** Online payments, via credit card or e-check, for housing, may be completed via the USF payment gateway available at MyUSF. *Online payments made via the OASIS payment link will be processed as per the USF Cashier's Office protocols.*

   b. **Payments by Check:** Housing payments by paper check/money order may be mailed to the USF Payment Center at:

      USF Student Payments
      PO Box 946571
      Atlanta, GA 30394-6571

## III.   PAYMENT SCHEDULE

1. **Payment Schedule:** All housing fees are due by the financial aid deferment date for the term in which the housing is effective. Please refer to the University Scholarships and Financial Aid Services website for information on the deferment date for each term.

2. **Default Process:** If a Student defaults in the payment of Hall Rate or other housing charges, the Student may be charged a 5% late fee on the outstanding balance, remain liable for the agreed amount and any other housing charges. In addition, the Student's University records may be placed on administrative hold.

3. **Collection Process:** Students failing to make payment within the appropriate time frame, as set by the University Controller's Office, will be subject to the University's collections policy (please see the University Controller's website for more information).

## IV.   CANCELLATION:  Notwithstanding anything contained herein, and even when Student's Cancellation is permitted under the terms of the Agreement, the Agreement may not be canceled without the prior written approval of the Department. The Department may, within its sole discretion, deny any Cancellation requests. Where Cancellation of the Agreement is subject to the Cancellation fees set forth in the Agreement, any fees will be added to the Student's financial account and will be due and owing immediately.   Non-payment of the fees may result in a Student registration hold or restriction on graduation and ability to obtain a transcript. Late payments may also include collection fees.  Students should refer to Section III of this Agreement for more information regarding the Payment Schedule.

1. **Cancellation by Department:** The Department may, in accordance with applicable rules of the University, initiate reassignment or cancel the Agreement if deemed necessary by the Department in the best interest of order, health, conduct, safety, security, disaster, failure to comply with any and all University regulations, policies, or directives.

   a. **Cancellation Due to Non-Enrollment**: The Department may cancel the Agreement for any individual who is not enrolled at the University for the duration of the Agreement.  Students whose Agreement has been cancelled will be required to vacate the Room within 24 hours from notification unless otherwise indicated.  Any and all Cancellation fees will be charged to the Student, as applicable (see section IV. 3. for the Cancellation fee schedule) and a registration hold will be placed on their record for the remainder of the Agreement term.  A Student who desires to re-enroll in classes during the term of the Agreement will be required to secure a new Agreement for an available Space before registering for classes.

b. **Cancellation Due to Academic Dismissal:** Students who are academically dismissed by the University will not be charged a Cancellation fee, provided they cancel the Agreement, vacate the Room, and complete the prescribed check out procedures at least five (5) business days prior to the opening of the Residence Halls for the upcoming term. Students who are academically dismissed and fail to complete these steps by the deadline noted above will be charged a $1,500 Cancellation fee and a daily-prorated Rate.

c. **Cancellation Due to Conduct Dismissal:** Students who are removed from the Residence Halls and/or dismissed from the University as a result of Student conduct sanction or are currently a subject of an ongoing investigation by Student Conduct & Ethical Development, will be subject to all full fees set forth in the Agreement and their account will be charged full Hall Rate through the term of the Agreement.

d. **Cancellation Due to Administrative Dismissal:** Students who are removed from the Residence Halls and/or dismissed from the University for administrative reasons will be responsible for a daily-prorated Hall Rate.

2. **Cancellation Request by Student:**

a. **Eligibility:** The Student may request a Cancellation of the Agreement if one of the following conditions is met (documentation will be required and fees may be assessed as more particularly set forth below):

    i. The Student has not been assigned a Space;

    ii. The Student has been assigned a Space but a Cancellation request is submitted in Housing Portal within 48 hours of the timestamp of the assignment;

    iii. Non-Enrolled Student:

        a. The Student graduates and does not continue in another USF program;

        b. The Student receives military order for active duty;

        c. The Student has a USF medical withdrawal; or

        d. The Student withdraws and is no longer enrolled at USF.

    iv. Enrolled Student:

        a. The Student participates in an academic program that requires residence outside Hillsborough, Pasco, or Pinellas county;

        b. The Student participates in a USF sponsored and/or approved study abroad program headquartered or stationed outside of Hillsborough, Pasco, or Pinellas counties;

        c. The Student relocates to USF St. Petersburg campus, submits a USF St. Petersburg Housing Agreement, and is assigned a Space for a Residence Hall located in St. Petersburg; or

        d. The Student is newly married during the term of the Agreement.

*A Student living in the Village agrees that early Cancellation of this Agreement may not be permissible.*

b. **Procedure:** Students who meet one of the eligibility requirements as set forth above in Section 2(a) may request the Cancellation of the Agreement. The Student must submit a written request via the 2023-24 Student Housing Cancellation Request Form (available in the Housing Portal under Requests) indicating which of the conditions set forth in Section 2(a) applies and provide the required documentation. **Requests for Cancellation over the phone, in-person, or via email will not be accepted.**

c. **Cancellation Request without Assignment:** Any Cancellation request received before an assignment is made will be approved with no fee. *Please note that the Application Fee will not be refunded.*

d. **Cancellation Request Due to Graduation:** A Student may request Cancellation of their Agreement and will not be charged a Cancellation fee provided that the following conditions are

met: (1) the Student is no longer registered for any academic program, degree-seeking or not, at the University; and (2) the Student submits the request before the priority registration deadline posted on the Office of the Registrar website; and (3) the Student completes the Room check-out process at the end of the term (semester) in which graduation occurs.  Failure to properly follow the steps above will result in a fee of $1500.

e.   **Cancellation Request Due to Non-Enrollment:** A Student, who receives an assignment prior to the opening of the Residence Halls and cancels for non-enrollment, shall be considered a Cancellation for Non-Enrollment (see Section IV.1.a).  A Student, who receives an assignment and has their courses dropped for any reason after the opening of the Residence Halls, shall have their Agreement cancelled, be charged a daily pro-rated Hall Rate plus one half of the remaining Rate on the Agreement. A registration hold will be placed on their record for the remainder of the Agreement term.

f.   **Cancellation Request Due to Deferred Admission/Enrollment Status:** A Student, who has received an assignment and cancels their Application due to an approved deferred enrollment request, may be charged a Cancellation fee in accordance with Section IV. 3.  If the Student enrolls in the approved term, submits an Application to live on-campus, and assumes occupancy of the Room, then the Spring portion of the Cancellation fee will be adjusted on the Student's OASIS account and the hold lifted. The original Application Fee will not be applied towards the new Application.

g.   **Cancellation Request Due to Military Orders:** A Student, who receives lawful orders to report for military service during the term of the Agreement, shall be permitted to cancel their Agreement without a Cancellation fee provided that the following conditions are met: (1) the orders were received after the Student was assigned to the Residence Halls; and (2) the order require the Student to report for duty prior to the end of the semester in which the order were received.  The Student will be charged a pro-rated Hall Rate for the time of occupancy.

h.   **Cancellation Request Due to a Medical Withdrawal:** The Student must provide a medical withdrawal that has been accepted and approved by the University to be considered for a Cancellation due to a medical withdrawal. Medical withdrawal terminates the Agreement for any semesters commencing after the medical withdrawal date, and the Student will receive a credit for a portion of the Hall Rate for the semester the Student withdraws for medical reasons, based upon the Student's move out date.

i.   **Cancellation Request Due to Campus Change (Tampa/St. Petersburg):** Student may submit a request for Cancellation along with proof of an active Agreement for the equivalent term for the campus to which they are transferring (destination campus).   Any Student submitting a Cancellation request after the University's add/drop period (5:01 p.m. EST of the first Friday of the semester) will be consider for a Cancellation at the start of the Spring semester.  If the Student is transitioning to a USF residence hall in St. Petersburg in the Spring and moves out of their current assignment at the end of the Fall term, then the Student shall be released from the Agreement at the conclusion of the term without penalty when both of the following conditions are met: (1) a current housing Application and requirements have been submitted to the destination Housing Department within 3 business days of the approved Cancellation request; and (2) the Student assumes Occupancy of the assigned Space at the destination location.

j.   **Cancellation Request Due to Marriage:**  The University does not provide student housing for families.  A Student may submit a Cancellation request due to marriage when a legal union occurs during the period of the Agreement.  The Student shall be charged the appropriate Cancellation fee as outlined in the Agreement (Section IV. 3.). Upon submitting the Cancellation request, the Student must submit a copy of the marriage license as a supporting document to process the Cancellation request.

k.   **Cancellation Request Due to Consideration of Extenuating, Unforeseen Circumstances:** A Student may submit a Cancellation request for consideration of extenuating, unforeseen circumstances that arise after the Effective Date of the Agreement. The Student must submit all

supporting documentation they wish to have considered when Cancellation request is reviewed. If the Cancellation of the Agreement is approved, the Student will be subject to posted fees. If the Cancellation of the Agreement is approved after Student has checked into the Space, Student will be responsible for a prorated Hall Rate for time assigned to the Room, plus one-half of the remaining Hall Rate charges on the Agreement *(this may include fall and/or spring charges)*. If the Cancellation request is denied, the Student remains responsible for the terms of the Agreement. Online class modality is not considered an extenuating circumstance.

3. **Cancellation Fee:** Unless a different Cancellation fee is specifically stated above (Section IV.1 or 2), a Student whose Cancellation request is approved after a Space has been assigned will be charged a Cancellation fee of:
   a. $500 if Cancellation request was submitted in the Housing Portal before May 1, 2023; or
   b. $750 if Cancellation request was submitted in the Housing Portal May 1-31, 2023; or
   c. $1,000 if Cancellation request was submitted in the Housing Portal June 1-30, 2023; or
   d. $1,250 if Cancellation request was submitted in the Housing Portal July 1-31, 2023; or
   e. $1500 if Cancellation request was submitted in the Housing Portal August 1-16, 2023; or
   f. Half the remaining Hall Rate for the Agreement if Cancellation request was submitted in the Housing Portal August 17, 2023 or after.

## V.   APPEALS

**Appeals:**  Student may submit to the Department an appeal regarding the application of the Agreement if there is additional relevant information to be considered not available at the time of the original request for Cancellation or if additional documentation supporting change in circumstances is provided.  Appeals must be submitted in writing using the Appeal Form (located in the Housing Portal under Requests). Appeals are reviewed by the Appeals Officer/Committee.  Appeals are not to be given or heard verbally. Decisions by the Appeals Officer/ Committee are final and cannot be further appealed.

## VI.   GENERAL PROVISIONS:

1. **Department Interpretation Controls:** Department shall make the final interpretation of, or determination under, all provisions of the Agreement, as well as any related University Policies.

2. **Department Not Liable:** The University is not liable for loss of or damage to Student's personal property kept in Student's assigned Space or on or about any of Department's facilities.

3. **Modifications:** The Agreement may not be modified or amended, except by a further written instrument executed by Department.

4. **No Waiver:** Any failure by either party hereto to exercise any of its rights hereunder shall not be construed as a waiver of such rights, nor shall any such failure preclude exercise of such rights at a later time.

5. **Severability:** Whenever possible, each part of the Agreement shall be interpreted in such a manner as to be valid under the applicable law. However, if it shall be found that any part of the Agreement is illegal and unenforceable, such part or parts shall be of no force and effect to the extent of such illegality or unenforceability, without invalidating the legal and enforceable remainder of such part or parts or any other part of this Agreement.

6. **Assignment:** The Agreement shall not be assigned by either University or Student without the express written consent of the other party, which consent may be given in each party's sole discretion.

7. **Headings:** Section headings used in the Agreement are for convenience only and are not to be construed as part of the Agreement.

8. **Construction:** The Agreement shall not be construed more strongly against any party, regardless of who is responsible for its preparation.

9. **Public Records:** The Agreement is subject to the Public Records Law of the State of Florida, Chapter 119, Florida Statutes.

10. **Student Information:** Those living in The Village hereby agree that the Owner shall receive all Student information provided in the Agreement and waives and releases Owner from any duty of confidentiality that may apply to such information.

11. **Governing Law; Venue:** The Agreement and all transactions governed by the Agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of Florida without regard to principles of conflicts of laws. In the event of any legal or equitable action arising under the Agreement, the parties agree that the jurisdiction and venue of such action shall lie exclusively within the courts of record of the State of Florida located in Hillsborough County, Florida, and the parties specifically waive any other jurisdiction and venue.

12. **Sovereign Immunity:** Nothing contained herein shall be construed or interpreted as (a) denying to either party any remedy or defense available to such party under the laws of the State of Florida; (b) the consent of University or the State of Florida or their agents and agencies to be sued; or (c) a waiver of either University's or the State of Florida's sovereign immunity beyond the limited waiver provided in section 768.28, Florida Statutes.

13. **Merger:** The Agreement is the complete, entire, final, and exclusive statement of the terms and conditions of the Agreement between the parties as of the Effective Date, but subject to any addendum or amendment entered into between University and Student subsequent to the Effective Date (including an addendum pertaining to the Village, if applicable). This Agreement supersedes, and the terms of this Agreement govern, any prior collateral Agreements, whether written or oral, between the parties with respect to the subject matter hereof.

14. **Time of the Essence:** Time is of the essence of the Agreement.

15. **Electronic Signature; Counterparts:** The Agreement may be executed by electronic signature in accordance with Florida law, and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*The University of South Florida is an equal opportunity institution and, as such, assigns Residence Hall Space to qualified enrolled Students without regard to race, color, marital status, religion, national origin, disability, age, Vietnam Era or disabled veteran status, sexual orientation, or gender identity, as provided by law and in accordance with the University's respect for personal dignity.*

## Animals on Campus
## Assistance Animal
## Housing Protocol & Agreement

*Exhibit B,*

 **HOUSING & RESIDENTIAL EDUCATION**

Daniel Frishberg

Resident Name: _____

A University housing resident, student or staff, with a disability may be entitled to keep a Service or an Assistance Animal with or without training that provides emotional support. Please see USF System Policy 6-033, Animals on Campus, for the definitions of Service Animal and Assistance Animal. To qualify for such an accommodation, the Assistance Animal must be necessary to afford the individual an equal opportunity to use and enjoy a dwelling or participate in the housing services and programs. Individuals living in an on campus residence hall may request a waiver to permit an Assistance Animal to live in the University residence halls. This request must be made in advance of bringing the animal onto University property, through the Office of Housing and Residential Education (HRE) in consultation with Student Disability Services (SDS). The animals under this section shall meet all of the criteria set forth for other animals on campus, including Service Animals. In addition, the University housing resident must demonstrate that he or she has a disability and the Assistance Animal is prescribed to the individual by a health care or mental health professional to play an integral part of the person's treatment process. The housing resident must have been under the care of the health care or mental health professional for a minimum of 90-days. This is an EXCEPTION to a given policy and HRE must specifically approve the Service/Assistance Animal. Once the approval has been granted, the resident/owner of the Assistance Animal must meet with an appointed member of HRE, sign this Agreement, and adhere to its terms.

University housing residents who receive a waiver to keep an Assistance Animal in University housing (also referenced in this document as the animal's "owner") should review and understand USF System Policy 6-033, Animals on Campus. Any Animal in On Campus Housing must meet the criteria as articulated in USF System Policy 6-033 Animals on Campus and the additional criteria below:

a. Non-domesticated, wild, dangerous, poisonous, and/or illegal animals are not permitted

b. The approved Assistance Animal must be controlled by its owner and must be contained within the residential area (room, suite, apartment, building, enclosed balcony or yard spaces) at all times, except when transported outside the private residential area in an animal carrier or controlled by leash or harness. Assistance Animals cannot roam freely in common areas.

c. When an Assistance Animal is left in the owner's room without its owner it must be crated or otherwise appropriately contained. Suite or apartment bathrooms are not sufficient containment of the animal an should not be used. Assistance Animals and equipment necessary for the safe keeping of the Assistance Animal must not pose a threat to the safety of others.

d. An Assistance Animal may not be left alone in the owner's room for more than a reasonable amount of time, which shall never exceed 24 hours. Any exceptions must be requested and approved in advance through the HRE office and, in such cases, determination of a reasonable amount of time is left to the discretion of the HRE Representative, whose decision is final.

e. In a case of an emergency and you cannot care for your Assistance Animal, the HRE staff will communicate with the Animal Emergency Contact provide to come pick up your animal during the duration of your absence. Your emergency contact listed will have four hours to come pick-up the Assistance Animal. If your Emergency Contact cannot come within the four hour period, Animal Control will be called to come pick up the Assistance Animal. If at any time your emergency contact information changes, you will need to contact the HRE office (housing@usf.edu) immediately so we have the most accurate information. Your emergency contact cannot be a current resident who lives on campus or an HRE staff member (RA, RLC ect).

f.  For dogs and other animals requiring exercise and outside toileting, the animal may be walked on University grounds, excluding athletic fields. At all other times Assistance Animals shall be kept in the residence, unless also registered and approved as a Service Animal. Assistance Animals (as opposed to Service Animals) may not be taken into classrooms or other buildings on campus.

g.  The expense and responsibility for feeding, providing health care and necessary bathing and grooming of the Assistance Animal is the sole responsibility of the owner. It is also the responsibility of the owner to ensure that the Assistance Animal is in compliance with state and local licensing, tagging and vaccination laws and rules.

h.  The USF System reserves the right to request proof of compliance with all terms of this Agreement at any time during the approved Assistance Animal's residency.

i.  All approved Assistance Animals, if taken outside the residence, must wear identification tags with home address and, if applicable, vaccination information.

j.  The Assistance Animal must be housebroken. Owners are responsible for properly containing and disposing of all waste.

k.  The owner's residence may be inspected for fleas, ticks or other pests once per semester or as needed. The Housing staff will schedule the inspection, normally done during routine Health and Safety inspections. If fleas, ticks or other pests are detected through inspection, the residence will be treated using approved fumigation methods by a university-approved pest control service. The owner will be billed for the expense of any pest treatment above and beyond normal required pest management.

l.  The owner is responsible for assuring that the approved Assistance Animal does not unduly interfere with the routine activities of the residence or cause difficulties for students who reside there. Assistance Animals must not make excessive noise or display behavior that will disrupt other community members. Individuals with disabilities who are accompanied by Assistance Animals must comply with the same rules regarding noise, safety, disruption, and cleanliness as people without disabilities. Sensitivity to residents with allergies and to those who fear animals is important to ensure the peace of the residential community.

m. The owner must ensure that the Assistance Animal does not:
    - Attack, harass, sniff, jump on/at or disrupt others or their personal belongings
    - Display any repeated behaviors or noises that are disruptive to others.
    - Block evacuation routes or egress in case of an emergency.
    - Leave the owner's room except when accompanied by the owner.

n.  The owner is financially responsible for the actions of the approved Assistance Animal including bodily injury or property damage, including but not limited to any replacement of furniture, carpet, window or wall covering, personal belongings of others, etc. The owner is expected to cover these costs upon repair and/or move-out.

o.  The owner is responsible for any expenses that are required due to costs incurred for cleaning which is above and beyond a normal cleaning or for repairs to University premises that are assessed after vacating the residence. For student residents, the USF System shall have the right to bill the Student account of the owner for unmet obligations. For residents who are administrative employees, the USF System shall have the right to deduct any moneys owed for expenses from any leave payout after separation, and the resident can be billed for any additional monies owed.

p.  The owner must notify the HRE Representative and, if applicable, the Students with Disabilities Office in writing if the approved Assistance Animal is no longer needed as an Assistance Animal or is no longer in residence. To replace an approved Assistance Animal, the owner must file a new Assistance Animal request.

q.  It is the expectation of the Assistance Animal owner that sufficient notice to roommates/suitemates is provided that the animal will be present in the room/unit. In the event that one or more roommates or suitemates do not approve, either the owner and animal or the non-approving roommates or suitemates, as determined by the HRE Representative, may be moved to a more suitable location.  Housing and Residential Education has the ability to relocate owner and approved Assistance Animal as necessary per current contractual agreements.

r.  There is a 14-day grace period from date of approval that the Assistance Animal is allowed on campus. The date the animal is allowed to be on-campus will be provided either in your approval notification or during the meeting with HRE staff.

s.  Owner agrees to continue to abide by all other residential policies.  An exception to a policy that otherwise would prohibit having an Assistance Animal does not constitute an exception to any other policy.

t.  Any violation of the above rules or University Policy may result in immediate removal of the Assistance Animal from USF System premises and the owner being prohibited from continuing to keep an Assistance Animal on University property. For students, such removal may be reviewed through USF Student Rights and Responsibilities and the student will be afforded all rights of due process and appeal as outlined in that process.

u.  Should the approved Assistance Animal be removed from the premises for any reason, the owner is expected to fulfill his/her housing obligations for the remainder of the housing contract.  The resident may be required to sign affirmatively acknowledging an understanding and willingness to abide by the established guidelines and to provide the additional information as requested.

v.  The University is not responsible for an Assistance Animal during a fire alarm, fire drill, natural disaster, or other emergency situation.

w.  Housing & Residential Education may have additional terms and conditions throughout the year as different situations arise. If there are any additional terms that must be met, those will be provided to you in writing through your USF e-mail account.

x.  In the case of a fellow resident with a conflicting accommodation for a registered disability, HRE will consider the needs of both persons in meeting its obligations to reasonable accommodate all disabilities and to resolve the problem as efficiently and expeditiously as possible.

By signing this document you are confirming that you have read and understand USF System Policy 6-033 (Animals on Campus) and the above Agreement on Assistance Animals.  You also agree to adhere to these terms.

Daniel Frishberg

PRINTED NAME OF RESIDENT

SIGNATURE OF RESIDENT

Cat, Russian Blue

ANIMAL TYPE/BREED

tnW2GORRWEZ0MDJKWVON

ESA REQUEST TICKET NUMBER

*Molli Keller*

SIGNATURE OF HRE REPRESENTATIVE

Molli Keller

PRINTED NAME OF HRE REPRESENTATIVE

08/19/2023

DATE OF ANIMAL ON-CAMPUS

U50082127

USF ID #

8/18/2023  |  21:29 EDT

DATE OF MEETING

08/11/2023

ANIMAL NAME

Shadow

DATE OF APPROVAL

8/16/2023  |  08:53 EDT

DATE OF MEETING

Assistant Director

TITLE

OWNERS INITIALS