

EXHIBIT C

