DocuSign Envelope ID: 653801F9-08AB-4AAE-B4CF-24A1BE95306F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL A. FRISHBERG,

    Plaintiff,

vs.                                Case No.: 8:24-cv-22-TPB-NHA

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,
HRSE-CAPSTONE TAMPA, LLC

    Defendants.
_____/

## DECLARATION OF ANDREW JOHNSON

I, Andrew Johnson, verify the following information under 28 U.S.C. § 1746, and under the penalty of perjury:

1. The facts set forth in this declaration are true and correct. Unless otherwise indicated, the facts set forth below are based on my personal knowledge.

2. My name is Andrew Johnson, and I am over eighteen (18) years of age. I am employed as Director for Operations & Outreach for Housing & Residential Education for the University of South Florida.

3. The records of the USF Registrar show that Frishberg registered for classes with USF for the 2024 spring semester on November 4, 2023, and remained registered for those classes on January 8, 2024. The University did not take any action to cancel this registration. The conduct hold, which was entered on January 2, 2024,

DocuSign Envelope ID: 653801F9-08AB-4AAE-B4CF-24A1BE95306F

and lifted on January 8, 2024, did not impact Mr. Frishberg's registration for these classes.

4. On November 21, 2023, USF Student Conduct and Ethical Development held Frishberg's Formal Hearing. Based on the information provided at the hearing, the University Conduct Board determined that Frishberg was responsible for the charged violations of the USF Student Code of Conduct. As a sanction, the University Conduct Board required that Frishberg complete a Civility and Community Standards Workshop. Frishberg was informed that he had five business days to appeal the determination of responsibility and sanctions. He did not submit an appeal.

5. I have authority to certify that the following exhibits attached to this declaration are true and correct copies of original records maintained by USF, are kept in the course of the regularly conducted business activity of USF, and were prepared or maintained as a regular practice of USF:

- Exhibit 1 – USF Policy-6-033, Animals on Campus
- Exhibit 2 – Assistance Animal Housing Protocol & Agreement signed by Frishberg on August 18, 2023
- Exhibit 3 – Student Conduct RA/CM Incident Report dated October 5, 2023
- Exhibit 4 – Resident Complaint regarding Frishberg's Assistance Animal, and warning to Frishberg, dated September 14, 2023
- Exhibit 5 – Resident Complaint regarding Frishberg's Assistance Animal, and warning to Frishberg, dated September 20, 2023
- Exhibit 6 – Text messages with Frishberg and other residents regarding Frishberg's Assistance Animal

- Exhibit 7 – Text messages between Resident Advisor and Frishberg dated October 5, 2023

- Exhibit 8 – Complaints from resident to Resident Advisor regarding Frishberg's Assistance Animal

- Exhibit 9 – Correspondence to Frishberg dated October 13, 2023

- Exhibit 10 – USF Regulation 6.0021, Student Code of Conduct

- Exhibit 11 – Student Conduct and Ethical Development Informational Meeting Form

- Exhibit 12 – Correspondence from Frishberg dated October 20, 2023

- Exhibit 13 – Student Conduct RA/CM Incident Report dated October 21, 2023

- Exhibit 14 – Correspondence to Frishberg dated November 2, 2023

- Exhibit 15 – Correspondence to Frishberg dated November 6, 2023

- Exhibit 16 – Correspondence to Frishberg dated November 9, 2023

- Exhibit 17 – Photos of Frishberg's Assistance Animal loose and unaccompanied in common area

- Exhibit 18 – Correspondence with Frishberg dated November 9, 2023, and November 13, 2023

- Exhibit 19 – Correspondence with Frishberg dated November 14, 2023

- Exhibit 20 – Correspondence with Frishberg dated November 17, 2023

- Exhibit 21 – Correspondence to Frishberg dated November 21, 2023

- Exhibit 22 – Correspondence from Frishberg dated November 21, 2023

- Exhibit 23 – Correspondence with Frishberg dated November 27, 2023

- Exhibit 24 – Correspondence with Frishberg dated November 28, 2023

- Exhibit 25 – Correspondence with Frishberg dated December 4, 2023

- Exhibit 26 – Correspondence with Frishberg dated December 12, 2023

DocuSign Envelope ID: 653801F9-08AB-4AAE-B4CF-24A1BE95306F

- Exhibit 27 – Correspondence with Frishberg dated December 13, 2023

DATED this 12th day of January, 2024.

DocuSigned by:

*Andrew Johnson*

Andrew Johnson