

**POLICY**

| | |
|---|---|
| **Number:** | **6-033** |
| **Title:** | **Animals on Campus** |
| **Responsible Office:** | **Administrative Services** |

**Date of Origin:** 3-20-13     **Date Last Amended:** 9-28-21 (technical)     **Date Last Reviewed:** 9-28-21

## I. PURPOSE & INTENT

This policy is designed to protect the health, safety, and welfare of the University of South Florida (USF) students, faculty, staff and the general public.

## II. STATEMENT OF POLICY

**A.** All animals brought on to any USF campus property must be under physical restraint. The animals must be under the complete control of and physically restrained by the owner/responsible party who is also responsible for ensuring the animal is safe and healthy.

**B.** Pet animals are to remain only on public places and are not permitted in University patio areas adjacent to swim facilities, in or on the spectator areas or recreational fields or facilities, such as racquetball and tennis courts, in dining or residence halls, inside USF buildings, or at special events, except as provided in Section V, Exceptions.

**C.** USF will follow all federal and state laws with regard to accommodations.

## III. DEFINTION OF TERMS

**A. Approved Animal:** Student Accessibility Services or Human Resources has determined the person with a disability has established their eligibility for reasonable accommodation and the animal's qualifications as a "Service or Assistance" Animal. The animal is an **Approved Accommodation** for the Eligible Person under the applicable laws.

**B. Assistance Animals:** As defined by The Fair Housing Act, **Assistance Animals** are animals that work, provide assistance, or perform tasks for the benefit of a person with a disability, or animals that provide emotional support that alleviates one or more identified

1

**EXHIBIT 1**

symptoms or effects of a person's disability. Assistance Animals perform many disability-related functions, including but not limited to guiding individuals who are blind or have low vision, alerting individuals who are deaf or hard of hearing to sounds, providing minimal protection or rescue assistance, pulling a wheelchair, fetching items, alerting persons to impending seizures, or providing emotional support to persons with disabilities who have a disability-related need for such support. Some, but not all, animals that assist persons with disabilities are professionally trained. Other assistance animals are trained by the owners themselves and, in some cases, no special training is required. The question is whether or not the animal performs the assistance or provides the benefit needed as a reasonable accommodation by the person with the disability. Assistance Animals are not considered Service Animals and are not permitted in public spaces, classroom or work places.

C. **Eligible Person:** A person with a disability who because of a functional limitation of his/her disabling condition requires a Service Animal to perform a task or function.

D. **Emotional Support Animal:** An animal whose sole function is to provide ***emotional support. Emotional support animals*** do not qualify as service animals under ADAAA and are not permitted on campus except to the extent the animals are considered Assistance Animals under the FHA as provided in Section (B) above.

E. **Public Place –** Areas on the University campus that have no restricted access and are open to the general public. Employee office areas and residence halls require contractual arrangements with access permitted only within the terms of the contracts. Students with a disability may bring Service Animals to classrooms, labs or other academic areas necessary for the student to meet the terms of their academic program as an Academic Accommodation without seeking formal approval through the University process described in Section III. A.

F. **Responsible Party**: Any person who owns the animal, brings the animal to campus, is training a service animal or is an Eligible Person as defined in section (C) above (there may be more than one Responsible Party and each or all may be held fully responsible for the animal). For SAIT the Responsible Party is the animal's trainer and for Service Animals the Responsible Party is the Eligible Person as defined by this Policy.

G. **Service Animal in Training:** (SAIT) – A dog undergoing training by an approved trainer.

H. **Service Animal:** As defined by the Americans with Disabilities Act Amendment Act (ADAAA), Service Animals are dogs or miniature horses that are individually trained to do work or perform tasks for people with disabilities. Examples of such work or tasks include guiding people who are blind, alerting people who are deaf, pulling a wheelchair, alerting and protecting a person who is having a seizure, reminding a person with mental

2

illness to take prescribed medications, calming a person with Post Traumatic Stress Disorder (PTSD) during an anxiety attack, or performing other duties. Service Animals are working animals, not pets. The work or task an animal has been trained to provide must be directly related to the person's disability and must always be with and under the control of the Eligible Person. The Service Animal may not be left unattended. Animals whose sole function is to provide comfort or emotional support do not qualify as service animals under the ADAAA.

I. **Therapy Animal:** Therapy Animals are trained and registered by qualified Handlers/Responsible Parties who use the dogs for comfort and companionship and may be permitted on campus if (1) a dog is registered through Therapy Dogs International, Therapy Dogs Incorporated or Pet Partners and/or; (2) a dog is prescribed by a licensed Mental Health Professional, as a part of an ongoing psychotherapeutic treatment or therapy program, and the individual provides the required specific documentation. Therapy Animals do not assist individuals with a disability to perform the activities of daily living and are not covered by statutes protecting and giving rights to Service Animals.

J. **University Official:** USF employees with responsibility for the administrative operations or maintenance of any area classroom or any USF properties.

K. **Work or Tasks** – Examples of Work or Tasks include guiding people who are blind, alerting people who are deaf, pulling a wheelchair, alerting and protecting a person who is having a seizure, reminding a person with mental illness to take prescribed medications, calming a person with Post Traumatic Stress Disorder (PTSD) during an anxiety attack, or performing other duties. Service Animals are working animals, not pets. The Work or Task an animal has been trained to provide must be directly related to the person's disability.

IV. **PROCESS STEPS/GENERAL GUIDELINES**

A. In parts of the campuses where animals may be permitted, such animals must be kept securely controlled by a harness or leash not to exceed ten (10) feet in length (unless there is an exception granted based on disability). Animals are not permitted to run at-large on any streets, unimproved lots or premises within the boundaries of USF properties. Animals should not be tethered and left unattended.

B. Animals must be registered, vaccinated and/or must comply with legal requirements set by the local, state or federal government.

C. An animal left unattended in a vehicle or any other area is to be reported to the Police Department for appropriate response. A person who leaves an animal unattended may be prosecuted.

D. The Responsible Party who wishes to bring an animal on campus for a one time display or special circumstance approved by or at the request of the USF, must comply with USF regulations or policies. This approval may require a certificate of insurance and animal health certificates.

E. If an animal disrupts the University educational process, administrative processes, or other campus function, the Responsible Party must remove the animal immediately. In addition, the owner or responsible party will be held liable for any damage to person or property caused by the animal's presence on the property.

F. The Responsible Party must clean up all animal waste and dispose of that waste in outdoor trash receptacles. Individuals unable to do so may request specific accommodations. Animal waste is not to be disposed of in indoor trash receptacles.

G. Removal of dead or injured animals is the responsibility of the Responsible Party; however, in the event immediate action is necessary, the facilities manager may take appropriate action to remove the animal. Any and all costs associated with such removal will, when possible, be at the Responsible Party's expense.

H. Wild or feral animals are to be left alone. In the event the wild or feral animals appear to be a threat to human safety or property, the facilities manager may take appropriate action.

V. **EXCEPTIONS**

Types of Animals with Exceptions: The following animals and specific instances are an exception to [II. B.] above as they are permitted on USF properties so long as they are under the complete control of and physically restrained by the Responsible Party and/or maintained as provided below:

A. **Assistance Animals** are permitted on campus with approval from the Office of Housing and Residential Education and must be contained within the private residential area (room, suite, and/or apartment) of at all times except when transported outside the private residential area in an animal carrier or controlled by leash or harness. Assistance Animals are not permitted in public spaces, classrooms, or work places unless they also meet the definition of Service Animal as provided by law and as permitted as part of an accommodation as provided in this Policy.

B. **Law Enforcement Animals**: Animals used for law enforcement or investigations on campus.

C. **Research Animals:** Animals identified and approved for designated research-related activity.

D. **Service Animals:** Animals will be permitted in public spaces and in classrooms as noted in this Policy (see Section (V)(.I.)). Service Animals must be accompanied by the Eligible Person at all times and must not be left unattended either on campus, in a residence hall or place of employment. Service Animals in Training (SAIT) are permitted in or on public places pursuant to §413.08, Florida Statute and must be with the Responsible Party (for SAIT the Responsible Party must be the person training the animal). A SAIT may not be left unattended and must be accompanied by the Responsible Party at all times while on any USF property. This is to be distinguished from an Assistance Animals which may be left alone in a residential hall.

E. **Therapy Animals:** Therapy Animals used as a therapy tool may be permitted on campus for a therapy session if the therapy is an integral part of a treatment process as prescribed by a licensed mental health professional with specific documentation required. Therapy Animals do not assist individuals with a disability to perform the activities of daily living. They are not covered by statutes protecting and giving rights to service animals. Approval of the presence of a therapy animal falls within the authority of USF regarding accommodations to a disability or the counseling center. Therapy Animals are defined as animals with a good temperament and reliable, predictable behavior. Therapy Animals used as an accommodation normally will be permitted within campus housing areas for their periodic visits. This is in addition to other areas where USF programs are offered, as identified by the requestor and will need to meet all requirements of a Service Animal.

F. **Special Events:** As specific special events or limited programs approved by the University may require animals on campus, individuals may request approval for a special event or exception to this Policy using the Event Request process or contacting Human Recourses or Student Disability Services to request exceptions or permission to bring animals on to campus for the purposes of limited programs including those for stress relief, educational programs or limited special presentations.

Guidelines for Animals with Exceptions: The following guidelines are provided as referenced in [V.] above:

G. **Accommodation Requests:** USF is committed to compliance with state and federal laws regarding individuals with disabilities. Members of the University community who seek reasonable accommodation for disabilities should contact Student Accessibility Services (SAS), Human Resources (employees) or Diversity & Equal Opportunity (visitors).

H. **Approved Accommodations on Campus:** USF officials will determine, on a case-by-case basis, and in accordance with applicable laws and regulations, whether an animal

5

meets the definition of Service or Assistance Animal and the terms of any reasonable accommodation on campus. In doing so, USF must balance the needs of the individual with the impact of animals on other campus patrons. Where it is not readily apparent that an animal is a Service Animal as defined by the Americans with Disabilities Act Amendment Act (ADAAA), or an Assistance Animal under the Fair Housing Act (FHA), USF may require sufficient information and documentation to enable Student Accessibility Services (SAS) (student requests) or Human Resources (employee requests) to establish eligibility for reasonable accommodations and the animal's qualification as a Service or Assistance animal under the applicable laws.

I. **Registration:** The University encourages persons with Service Animals that will be on campus more than five (5) consecutive or non-consecutive days (within an academic year) to register with USF as follows: Students register with Student Accessibility Services (SAS); employees register with Human Resources; and visitors may contact Diversity & Equal Opportunity. In the event the Service Animal is needed in residence halls or office areas not open to the general public the Service Animal must be registered as an accommodation with the appropriate office*. All Service Animals must meet the criteria set by those offices which may include documentation of current applicable immunizations and vaccinations; documentation of a clean bill of health from a licensed veterinarian; and requirements that the animal display valid rabies vaccination tag and state and/or county license or registration. Registration must be complete 30 days prior to occupancy for residential student requests. [* Students with a disability may bring Service Animals to classrooms, labs or other academic areas necessary to facilitate their academic program as an Academic Accommodation without seeking formal approval through the University Student Disability or other registration processes].

J. **Verification of Service Animal Status:** To determine if an animal meets the Service Animal exception of this Policy, a USF official may ask two questions:

(1) Is the animal a Service Animal required because of a disability; and

(2) What work or task has the animal been trained to perform?

USF officials cannot ask about a person's disability, require medical documentation, require a special identification card or training documentation for the animal, or ask that the animal demonstrate ability to perform the work or task described. However, if a person is requesting a specific accommodation that includes a service animal, the University may request appropriate documentation and medical verification to process the accommodation request.

K. **Behavior and Supervision:** All animals including any of the animals falling in the Exceptions section of this Policy must not be unruly or disruptive, be in ill health or

unclean. An animal may be removed from USF property if the animal is a direct threat to the health and safety of others, or if the animal is disruptive or out of control. USF may temporarily or permanently exclude any animal including any of those listed as Exceptions at the discretion of the facilities manager, EH&S or emergency personnel.

L. **Responsible Party Duties:** The Responsible Party shall bear the full costs associated with any injury to persons, or damage to property, caused by a service animal and bear full liability for any action of the service animal.

**EMERGENCY ACTION**

If an animal on campus is exhibiting dangerous or destructive behavior, or if an animal appears to be stray or abandoned, please notify the appropriate USF Law Enforcement Officer (LEO). The LEO will notify the appropriate Agency (Hillsborough County Animal Services, Florida Wildlife Control or other appropriate party). If the animal is deemed a threat, the LEO will take appropriate emergency action.

## VII. COMPLAINTS

Any complaints regarding the application of this policy with regard to the ADA or other equitable application of this process may be made to the Office of Diversity and Equal Opportunity.

## VIII. CONSEQUENCES

The consequences for violation of this policy include but are not limited to:

A. Students in violation of this policy may be referred to Student Conduct and Ethical Development for disciplinary action in accordance with the University's student disciplinary procedure.

B. Staff violators may be referred to their supervisor. Faculty violators may be referred to their chair or appropriate unit head. In addition, all other Human Resources policies will apply.

C. Non University violators or any University person may be referred to the USF Police and restricted from University property.

**\*Current Responsible Office: Administrative Services**

**\*Refer to the appropriate Responsible Office website for a current name of the Vice President or other Responsible Officer.**

*History: New 3-20-13, Amended 8-18-15 (technical), 7-13-17, 9-6-18 (technical), 11-30-18 (technical), 9-28-21 (technical).*

*Consolidation Amendments Effective: 7-1-20*

DocuSign Envelope ID: 18B2FEAF-1749-40B3-A8F6-7E1961CBFB18

# Animals on Campus
## Assistance Animal
## Housing Protocol & Agreement



Daniel Frishberg
Resident Name: _____

A University housing resident, student or staff, with a disability may be entitled to keep a Service or an Assistance Animal with or without training that provides emotional support. Please see USF System Policy 6-033, Animals on Campus, for the definitions of Service Animal and Assistance Animal.  To qualify for such an accommodation, the Assistance Animal must be necessary to afford the individual an equal opportunity to use and enjoy a dwelling or participate in the housing services and programs.  Individuals living in an on campus residence hall may request a waiver to permit an Assistance Animal to live in the University residence halls.  This request must be made in advance of bringing the animal onto University property, through the Office of Housing and Residential Education (HRE) in consultation with Student Disability Services (SDS).  The animals under this section shall meet all of the criteria set forth for other animals on campus, including Service Animals.  In addition, the University housing resident must demonstrate that he or she has a disability and the Assistance Animal is prescribed to the individual by a health care or mental health professional to play an integral part of the person's treatment process. The housing resident must have been under the care of the health care or mental health professional for a minimum of 90-days. This is an EXCEPTION to a given policy and HRE must specifically approve the Service/Assistance Animal.  Once the approval has been granted, the resident/owner of the Assistance Animal must meet with an appointed member of HRE, sign this Agreement, and adhere to its terms.

University housing residents who receive a waiver to keep an Assistance Animal in University housing (also referenced in this document as the animal's "owner") should review and understand USF System Policy 6-033, Animals on Campus.  Any Animal in On Campus Housing must meet the criteria as articulated in USF System Policy 6-033 Animals on Campus and the additional criteria below:

   a. Non-domesticated, wild, dangerous, poisonous, and/or illegal animals are not permitted

   b. The approved Assistance Animal must be controlled by its owner and must be contained within the residential area (room, suite, apartment, building, enclosed balcony or yard spaces) at all times, except when transported outside the private residential area in an animal carrier or controlled by leash or harness.  Assistance Animals cannot roam freely in common areas.

   c. When an Assistance Animal is left in the owner's room without its owner it must be crated or otherwise appropriately contained. Suite or apartment bathrooms are not sufficient containment of the animal an should not be used. Assistance Animals and equipment necessary for the safe keeping of the Assistance Animal must not pose a threat to the safety of others.

   d. An Assistance Animal may not be left alone in the owner's room for more than a reasonable amount of time, which shall never exceed 24 hours.  Any exceptions must be requested and approved in advance through the HRE office and, in such cases, determination of a reasonable amount of time is left to the discretion of the HRE Representative, whose decision is final.

   e. In a case of an emergency and you cannot care for your Assistance Animal, the HRE staff will communicate with the Animal Emergency Contact provide to come pick up your animal during the duration of your absence. Your emergency contact listed will have four hours to come pick-up the Assistance Animal. If your Emergency Contact cannot come within the four hour period, Animal Control will be called to come pick up the Assistance Animal. If at any time your emergency contact information changes, you will need to contact the HRE office (housing@usf.edu) immediately so we have the most accurate information. Your emergency contact cannot be a current resident who lives on campus or an HRE staff member (RA, RLC ect).

Update: February 11, 2020

**EXHIBIT 2**

DocuSign Envelope ID: 18B2FEAE-1749-40B2-A8F6-7F1961CBFB18

f.  For dogs and other animals requiring exercise and outside toileting, the animal may be walked on University grounds, excluding athletic fields.  At all other times Assistance Animals shall be kept in the residence, unless also registered and approved as a Service Animal.  Assistance Animals (as opposed to Service Animals) may not be taken into classrooms or other buildings on campus.

g.  The expense and responsibility for feeding, providing health care and necessary bathing and grooming of the Assistance Animal is the sole responsibility of the owner.  It is also the responsibility of the owner to ensure that the Assistance Animal is in compliance with state and local licensing, tagging and vaccination laws and rules.

h.  The USF System reserves the right to request proof of compliance with all terms of this Agreement at any time during the approved Assistance Animal's residency.

i.  All approved Assistance Animals, if taken outside the residence, must wear identification tags with home address and, if applicable, vaccination information.

j.  The Assistance Animal must be housebroken.  Owners are responsible for properly containing and disposing of all waste.

k.  The owner's residence may be inspected for fleas, ticks or other pests once per semester or as needed.  The Housing staff will schedule the inspection, normally done during routine Health and Safety inspections.  If fleas, ticks or other pests are detected through inspection, the residence will be treated using approved fumigation methods by a university-approved pest control service.  The owner will be billed for the expense of any pest treatment above and beyond normal required pest management.

l.  The owner is responsible for assuring that the approved Assistance Animal does not unduly interfere with the routine activities of the residence or cause difficulties for students who reside there.  Assistance Animals must not make excessive noise or display behavior that will disrupt other community members.  Individuals with disabilities who are accompanied by Assistance Animals must comply with the same rules regarding noise, safety, disruption, and cleanliness as people without disabilities.  Sensitivity to residents with allergies and to those who fear animals is important to ensure the peace of the residential community.

m.  The owner must ensure that the Assistance Animal does not:
    - Attack, harass, sniff, jump on/at or disrupt others or their personal belongings
    - Display any repeated behaviors or noises that are disruptive to others.
    - Block evacuation routes or egress in case of an emergency.
    - Leave the owner's room except when accompanied by the owner.

n.  The owner is financially responsible for the actions of the approved Assistance Animal including bodily injury or property damage, including but not limited to any replacement of furniture, carpet, window or wall covering, personal belongings of others, etc.  The owner is expected to cover these costs upon repair and/or move-out.

o.  The owner is responsible for any expenses that are required due to costs incurred for cleaning which is above and beyond a normal cleaning or for repairs to University premises that are assessed after vacating the residence.  For student residents, the USF System shall have the right to bill the Student account of the owner for unmet obligations. For residents who are administrative employees, the USF System shall have the right to deduct any moneys owed for expenses from any leave payout after separation, and the resident can be billed for any additional monies owed.

Update: February 11, 2020

DocuSign Envelope ID: 18B2EEAE-1749-40B3-A8F6-7E1961CBFB18

p. The owner must notify the HRE Representative and, if applicable, the Students with Disabilities Office in writing if the approved Assistance Animal is no longer needed as an Assistance Animal or is no longer in residence. To replace an approved Assistance Animal, the owner must file a new Assistance Animal request.

q. It is the expectation of the Assistance Animal owner that sufficient notice to roommates/suitemates is provided that the animal will be present in the room/unit. In the event that one or more roommates or suitemates do not approve, either the owner and animal or the non-approving roommates or suitemates, as determined by the HRE Representative, may be moved to a more suitable location.  Housing and Residential Education has the ability to relocate owner and approved Assistance Animal as necessary per current contractual agreements.

r. There is a 14-day grace period from date of approval that the Assistance Animal is allowed on campus. The date the animal is allowed to be on-campus will be provided either in your approval notification or during the meeting with HRE staff.

s. Owner agrees to continue to abide by all other residential policies.  An exception to a policy that otherwise would prohibit having an Assistance Animal does not constitute an exception to any other policy.

t. Any violation of the above rules or University Policy may result in immediate removal of the Assistance Animal from USF System premises and the owner being prohibited from continuing to keep an Assistance Animal on University property. For students, such removal may be reviewed through USF Student Rights and Responsibilities and the student will be afforded all rights of due process and appeal as outlined in that process.

u. Should the approved Assistance Animal be removed from the premises for any reason, the owner is expected to fulfill his/her housing obligations for the remainder of the housing contract.  The resident may be required to sign affirmatively acknowledging an understanding and willingness to abide by the established guidelines and to provide the additional information as requested.

v. The University is not responsible for an Assistance Animal during a fire alarm, fire drill, natural disaster, or other emergency situation.

w. Housing & Residential Education may have additional terms and conditions throughout the year as different situations arise. If there are any additional terms that must be met, those will be provided to you in writing through your USF e-mail account.

x. In the case of a fellow resident with a conflicting accommodation for a registered disability, HRE will consider the needs of both persons in meeting its obligations to reasonable accommodate all disabilities and to resolve the problem as efficiently and expeditiously as possible.

Update: February 11, 2020

By signing this document you are confirming that you have read and understand USF System Policy 6-033 (Animals on Campus) and the above Agreement on Assistance Animals. You also agree to adhere to these terms.

| | |
|---|---|
| Daniel Frishberg | U50082127 |
| _____ | _____ |
| PRINTED NAME OF RESIDENT | USF ID # |
| *DocuSigned by:* DF  59F1129FEA8D4A7 | 8/18/2023 \| 21:29 EDT |
| _____ | _____ |
| SIGNATURE OF RESIDENT | DATE OF MEETING |
| Cat, Russian Blue | 08/11/2023 |
| _____ | _____ |
| ANIMAL TYPE/BREED | ANIMAL NAME |
| tnW2GORRWEZ0MDJKWV0N | Shadow |
| _____ | _____ |
| ESA REQUEST TICKET NUMBER | DATE OF APPROVAL |
| *DocuSigned by:* Molli Keller  9BC6D7D8B8CB461... | 8/16/2023 \| 08:53 EDT |
| _____ | _____ |
| SIGNATURE OF HRE REPRESENTATIVE | DATE OF MEETING |
| Molli Keller | Assistant Director |
| _____ | _____ |
| PRINTED NAME OF HRE REPRESENTATIVE | TITLE |
| 08/19/2023 | *DS* DF |
| _____ | _____ |
| DATE OF ANIMAL ON-CAMPUS | OWNERS INITIALS |

Update: February 11, 2020

# University of South Florida
## Student Conduct RA/CM Incident Report

*Submitted on October 5, 2023 at 11:02:24 pm EDT*

| | |
|---|---|
| Nature | RA Conduct Referral |
| Urgency | Normal |
| Incident Date and Time | 2023-10-05 6:30 PM |
| Incident Location | Pinnacle Hall 5th Floor |

**Reported by**
Name: Residential Advisor
Title:
Email: Residential Advisor
Phone
Address:

[Authenticated as U19708337]

**Involved Parties**

**Daniel Frishberg (          )**     2003-        danielfrishberg@usf.edu
Alleged                                               Pinnacle Hall 527 527

Residential Advisor                    2003-        Residential Advisor        Residential Advisor
Witness

**Questions**

Please provide a detailed description of the incident/concern using specific, concise, objective language written in third person.

On Thursday, October 5th, 2023 at around 6:40 pm several messages were sent in between residents in the 5th floor group chat. The messages were in regard to an ESA Cat that belongs to Resident Daniel Frishberg, that was saw seen outside of the room in the common lounge area on the 5th floor.

To preface, Resident Frishberg had been given a few verbal warnings and a message sent through GroupMe by RA Residential Advisor (on September 14th, and September 20th) informing the resident of ESA policies, and Housing policies because the cat had been previously sighted in the 5th floor lounge (see pictures attached). A few residents on the 5th floor have also been complaining of seeing Resident Frishberg's cat outside in the lounge.

RLC Shanale Cordero was made aware of the situation by RA Residential Advisor on September 14th, 2023. When RA Residential Advisor contacted RLC Cordero on October 5th with new information from the 5th floor groupchat (please see pictures attached), RLC Cordero informed RA Residential Advisor to proceed with submitting an incident report.

Select any of the following that apply:

Please list additional agencies or departments that were present:

Name of contacted RLOC/LVL2

Police Report Number

Attachments
img6132.png
img6133.png

**EXHIBIT 3**

```
img6134.png
img6135.png
img6136.png
img6140.png
img6143.png
img6144.png
img6145.png
img6146.png
img6147.png
img6148.png
img6149.png
img6150.png
img6151.png
img6153.png
img6154.png
img6155.png
img6156.png
img6157.png
img6158.png
img6159.png
img6160.png
img6161.png
img6162.png
img6163.png
img6164.png
img6165.png
img6166.png
93dbdb03b786415dbeeb599e5c07defe.jpg
```

Pending IR #00001454
Submitted from 131.247.226.163. Processed by routing rule #97. Routed to Jimmy Surin, Assistant Director, SCED.
Copies to: shanalec@usf.edu,garciaw4@usf.edu,sfindley@usf.edu,keller14@usf.edu

# University of South Florida
## Student Conduct RA/CM Incident Report

*Submitted on October 5, 2023 at 11:02:24 pm EDT. Last modified October 6, 2023 at 4:30:10 pm EDT.*

| | |
|---|---|
| Nature | RA Conduct Referral |
| Urgency | Normal |
| Incident Date and Time | 2023-10-05 6:30 PM |
| Incident Location | Pinnacle Hall 5th Floor |

**Reported by**
Name: Residential Advisor
Title:
Email: Residential Advisor
Phone
Address:

**Involved Parties**

| | | | |
|---|---|---|---|
| **Daniel Frishberg** Alleged | 2003- | danielfrishberg@usf.edu Pinnacle Hall 527 527 | |
| Residential Advisor Witness | 2003- | Residential Advisor | Residential Advisor |

**Questions**

Please provide a detailed description of the incident/concern using specific, concise, objective language written in third person.

On Thursday, October 5th, 2023 at around 6:40 pm several messages were sent in between residents in the 5th floor group chat. The messages were in regard to an ESA Cat that belongs to Resident Daniel Frishberg, that was saw seen outside of the room in the common lounge area on the 5th floor.

To preface, Resident Frishberg had been given a few verbal warnings and a message sent through GroupMe by RA Residential Advisor (on September 14th, and September 20th) informing the resident of ESA policies, and Housing policies because the cat had been previously sighted in the 5th floor lounge (see pictures attached). A few residents on the 5th floor have also been complaining of seeing Resident Frishberg's cat outside in the lounge.

RLC Shanale Cordero was made aware of the situation by RA Residential Advisor on September 14th, 2023. When RA Residential Advisor contacted RLC Cordero on October 5th with new information from the 5th floor groupchat (please see pictures attached), RLC Cordero informed RA Residential Advisor to proceed with submitting an incident report.

Select any of the following that apply:

Please list additional agencies or departments that were present:

Name of contacted RLOC/LVL2

Police Report Number

**Attachments**
93dbdb03b786415dbeeb599e5c07defe.jpg
img6132.png

img6133.png
img6134.png
img6135.png
img6136.png
img6140.png
img6143.png
img6144.png
img6145.png
img6146.png
img6147.png
img6148.png
img6149.png
img6150.png
img6151.png
img6153.png
img6154.png
img6155.png
img6156.png
img6157.png
img6158.png
img6159.png
img6160.png
img6161.png
img6162.png
img6163.png
img6164.png
img6165.png
img6166.png

Pending IR #00001454
Submitted from 131.247.226.163 and routed to Jimmy Surin (Assistant Director, SCED)
Modified by Jimmy Surin on October 6, 2023 at 4:30:10 pm EDT from 131.247.135.15
Copies originally to: shanalec@usf.edu,garciaw4@usf.edu,sfindley@usf.edu,keller14@usf.edu





EXHIBIT 4





**EXHIBIT 5**