DocuSign Envelope ID: 28F93113-D936-4866-B478-3082345360CF



UNIVERSITY of
# SOUTH FLORIDA

## Student Conduct and Ethical Development Informational Meeting Form

| Name | Daniel Frishberg | U-Number | U50082127 |
|---|---|---|---|
| Preferred Name | Daniel | Pronouns | He/Him |
| Phone | 7542378472 | Email | danielfrishberg@usf.edu |
| Case Number | 2023087401 | Date | 10/20/2023 \| 15:35 EDT |

### Purpose
An Informational Meeting is an opportunity for the Hearing Officer to explain the Student Conduct Process, due process rights, allegations and charges, review all available information supporting the charges of violations of the Student Code of Conduct, and discuss resolution options.

### Due Process Rights
The charged student has the following rights throughout the Student Conduct Process. By initialing each statement, you acknowledge that you have been made aware of your rights and resolution options, had the opportunity to ask questions, and understand these rights. *For more information regarding these rights, visit the Student Code of Conduct at* www.usf.edu/sced.

1. To be accompanied by an advisor of their choice and expense throughout the Student Conduct Process.

2. Written notice of the charges and allegations.

3. A fair and impartial student conduct process.

4. The right to presumption that no violation has occurred. The burden of proof is on the University, and the standard of proof is the preponderance of the evidence.

5. The opportunity to present relevant information.

6. To not provide self-incriminating testimony. Invoking the right against self-incrimination will not be considered as a negative factor in the decision of the Hearing Officer or Hearing Body.

7. The opportunity to review all available information supporting the charges of violations of the Code prior to resolution.

8. To receive written notice of the outcome of the selected resolution option within five (5) days of the Resolution Agreement or Formal Hearing.

**If a Formal Hearing is the selected resolution option, the charged student has the following additional rights.**

9. The opportunity to present and question witnesses.

10. To submit a written appeal.

DocuSign Envelope ID: 28F93113-D936-4866-B478-3082345360CF

*At this time, the Hearing Officer will provide the opportunity for the charged student to review all available documentation, including charges and allegations.*

---

## Resolution Options

The charged student has the right to a resolution of any alleged violation of the Student Code of Conduct through the Student Conduct Process unless waived as outlined below. The Student Conduct Process provides two resolution options. *Cases involving allegations of sexual harassment, stalking, and violence or that may result in separation from the University (Suspension or Expulsion) will be resolved by a Formal Hearing, consistent with state and federal guidelines.*

_____ **Resolution Agreement:** The charged student or student organization waives their right to a Formal Hearing and appeal, and requests that the Hearing Officer, conducting the Informational Meeting, determine the findings and applicable sanctions.

Finding:

Sanctions:

The charges and allegations have been explained to me and I was provided the opportunity to review the available information supporting the charges of violations. Additionally, I was informed of my rights during the Student Conduct Process and the available resolution options. I understand that by selecting a Resolution Agreement, that it is an agreement to any applicable conditions and waivers as outlined in the Student Code of Conduct. Further, I understand that this Informational Meeting Form is only a summary of the Student Code of Conduct and the Student Conduct Process. For a complete version of the Student Code of Conduct, visit www.usf.edu/sced.

_____          _____
**Student Signature**                              **Date**

_____          _____
**Staff Signature**                                  **Date**

_____          _____
**Printed Staff Name**                              **Staff Email**

DocuSign Envelope ID: 28F93113-D936-4866-B478-3082345360CF

_____X_____ **Formal Hearing**

      **_____ Administrative Hearing:** Conducted by a single Hearing Officer who serves as the Hearing Body. If the charged student elects an Administrative Hearing, the charged student waives their right to the University Conduct Board.

      **___X___ University Conduct Board (UCB):** Conducted by a panel which serves as the Hearing Body. The Hearing Body consists of two (2) students and one (1) faculty or staff member. A non-voting Hearing Officer will moderate the hearing and be excluded from deliberations. The Hearing Body will make a recommendation of the decision and sanctions to the Hearing Officer. If the charged student elects a University Conduct Board, the charged student waives their right to an Administrative Hearing.

If a formal hearing forum was not selected, the charged student has up to three (3) days after the Informational Meeting ( October 25, 2023 ) to choose a formal hearing forum. If the charged student fails to select a formal hearing forum, SCED will proceed with scheduling the Formal Hearing. The Formal Hearing forum will be determined by the Director of SCED, or designee, based on the severity of charges and/or possible sanctions (e.g. suspension/expulsion).

The charges and allegations have been explained to me and I was provided the opportunity to review the available information supporting the charges of violations. Additionally, I was informed of my rights during the Student Conduct Process and the available resolution options. I understand that by selecting a Formal Hearing, that it is an agreement to any applicable conditions and waivers as outlined in the Student Code of Conduct. Further, I understand that this Informational Meeting Form is only a summary of the Student Code of Conduct and the Student Conduct Process. For a complete version of the Student Code of Conduct, visit www.usf.edu/sced.

| | |
|---|---|
| DocuSigned by: *[signature]* | 10/20/2023 | 16:18 EDT |
| ─59F1129FEA8D4A7... | |
| **Student Signature** | **Date** |

| | |
|---|---|
| DocuSigned by: *Shanale Cordero* | 10/20/2023 | 16:16 EDT |
| ─594ADF4D78A44FA... | |
| **Staff Signature** | **Date** |

| | |
|---|---|
| Shanale Cordero | shanalec@usf.edu |
| **Printed Staff Name** | **Staff Email** |

| | |
|---|---|
| **From:** | Daniel Frishberg |
| **To:** | Shanale Cordero |
| **Subject:** | Re: Completed: Complete with DocuSign: SCED Informational Meeting Form |
| **Date:** | Friday, October 20, 2023 4:20:50 PM |

For the record, and the avoidance of doubt, the signature on that page is not a waiver of anything, all rights are reserved. I DO NOT CONSENT to any decision by the conduct board, nor do I agree to be bound by it.

Best Regards,

Daniel Frishberg

**From:** DocuSign System <dse_na2@docusign.net> on behalf of Shanale Cordero via DocuSign <dse_na2@docusign.net>
**Sent:** Friday, October 20, 2023 4:18 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Completed: Complete with DocuSign: SCED Informational Meeting Form



**Your document has been completed**

**VIEW COMPLETED DOCUMENT**

**Shanale Cordero**
shanalec@usf.edu

All parties have completed Complete with DocuSign: SCED Informational Meeting Form.

Powered by

**EXHIBIT 12**

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
59AE4CA6C75D4D2C992944A207111B712

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Shanale Cordero who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

**University of South Florida**
**Student Conduct RA/CM Incident Report**

*Submitted on October 21, 2023 at 11:27:02 pm EDT. Last modified November 13, 2023 at 2:31:11 pm EST.*

| | |
|---|---|
| Nature | **RA Conduct Referral** |
| Urgency | **Normal** |
| Incident Date and Time | **2023-10-21 10:00 PM** |
| Incident Location | **Pinnacle Hall 5th Floor Active Lounge** |

<u>Reported by</u>
Name:           Res Advisor 3
Title:
Email:          Res Advisor 3
Phone
Address:

<u>Involved Parties</u>

| | | | | |
|---|---|---|---|---|
| **Daniel Frishberg** | 2003- | danielfrishberg@usf.edu | | |
| Alleged | | Pinnacle Hall 527 527 | | |
| | | | | |
| Residential Advisor 2 | 2001- | Residential Advisor 2 | Residential Advisor 2 | |
| Witness | | Residential Advisor 2 | | |
| | | | | |
| Residential Advisor 3 | 2001 | Residential Advisor 3 | Residential Advisor 3 | |
| Witness | | Residential Advisor 3 | | |

<u>Questions</u>
Please provide a detailed description of the incident/concern using specific, concise, objective language written in third person.

**On October 21 around 10pm, RA** Residential Advisor 3 **and RA** Residential Advisor 2 **were sitting in the 5th floor Pinnacle active lounge. RA** Res Advisor 3 **was hosting a door decorating event. Resident Daniel Frishberg exited his room (427), which is adjacent to the lounge. As Resident Frishberg exited his room, Resident Frishberg's ESA cat named Shadow exited the room with him. RA** Res Advisor 3 **noticed this and informed Resident Frishberg that Shadow could not be in the lounge and needed to go back into Resident Frishberg's room. Resident Frishberg said he did not care. RA** Res Advisor 3 **explained that this could affect people with allergies, potentially even for people visiting who did not live on the floor. Resident Frishberg said he did not think of that and brought Shadow back into his room. Resident Frishberg then came back out and stayed at RA** Res Advisor 3 **'s event.**

**During the event, Resident Frishberg entered and exited his room a few times and on three additional occasions Shadow exited and started walking around the lounge. Each time RA** Res Advisor 3 **informed Resident Frishberg that Shadow needed to stay in his room, and Resident Frishberg would say that he did not care, that RA** Res Advisor 3 **could not do anything, and/or that Resident Frishberg could not get punished.**

**Around 10:30pm Resident Frishberg was in the lounge alone with RA** Res Advisor 3 **and RA** Res Advisor 2 **(Shadow was in Resident Frishberg's room at this time). Resident Frishberg began questioning the policy for not having ESAs in the lounge and RA** Res Advisor 3 **and RA** Res Advisor 2 **explained the policy to Resident Frishberg. Resident Frishberg shared multiple beliefs during the discussion including:**
**• Resident Frishberg said that having Shadow in the lounge caused no real health issues because the people on the floor with cat allergies told him they hadn't reacted to Shadow.**
**• When RA** Res Advisor 3 **told Resident Frishberg that RA** Res Advisor 3 **would need to write an incident report about the situation, Resident Frishberg said that he would make it easy on RA** Res Advisor 3 **and only bring Shadow out while nobody was around so RA** Res Advisor 3 **wouldn't have to see it. Resident Frishberg also said that anything Resident Frishberg said would be hearsay and inadmissible in court if RA** Res Advisor 3 **put it in the report.**
**• RA** Res Advisor 3 **and RA** Res Advisor 2 **explained that the student conduct policy was not the same as going to court and Resident Frishberg said that USF Housing would not be able to punish him or evict him for breaking policy unless they went to court.**

# EXHIBIT 13

• **Resident Frishberg said that he was aware he was breaking policy but did not care. He elaborated that this was because he was "rebelling" against other residents on the floor telling him what to do. Resident Frishberg said that other residents had told him he needed to keep Shadow in his room and Resident Frishberg did not want to be told what to do by them. Resident Frishberg also shared that one of those other residents had sent Resident Frishberg memes of dead cats (3 dead cats on a barbecue), which made the "war" between them personal.**

o **Upon RA** Res Advisor 3 **asking if Resident Frishberg felt there was a threat to Shadow, Resident Frishberg said he did not believe Shadow was at risk of being harmed.**

• **Resident Frishberg shared that the main reason for letting Shadow out of his room was because Shadow constantly whines whenever Resident Frishberg opens the door or whines in the middle of the night. Resident Frishberg said that letting Shadow out is necessary for him to be able to keep Shadow from whining and for Resident Frishberg to get good sleep. Resident Frishberg said that Shadow does not like being let outside, so taking Shadow outside is not an option. Resident Frishberg also shared that he believed Resident Frishberg getting good sleep was more important than a hypothetical situation where someone gets hospitalized due to a severe allergic reaction to Shadow having been in the lounge. This is because Resident Frishberg does not believe that situation could ever happen due to Shadow being "hypoallergenic."**

**At about 11:00pm, Resident Frishberg said goodnight and went back into his room to sleep.**

Select any of the following that apply:

Please list additional agencies or departments that were present:

Name of contacted RLOC/LVL2

Police Report Number

*Pending IR #00001893*
*Submitted from 131.247.226.206 and routed to Jimmy Surin (Assistant Director, SCED)*
*Modified by Jimmy Surin on November 13, 2023 at 2:31:11 pm EST from 47.204.252.33*
*Copies originally to: shanalec@usf.edu,garciaw4@usf.edu,sfindley@usf.edu,keller14@usf.edu*



**UNIVERSITY** of
**SOUTH FLORIDA**

November 2, 2023

Daniel Frishberg
Sent electronically to danielfrishberg@usf.edu

Regarding Case Number: 2023087401

Dear Daniel,

Student Conduct and Ethical Development (SCED) has scheduled a Formal Hearing for **Tuesday, November 21, 2023 at 10:00 AM in Microsoft Teams Video Conference**. You will receive an additional email with a calendar invite and a link to join the video conference. If a charged student fails to attend a scheduled Formal Hearing, the hearing will occur and an outcome will be made in their absence. For your review, the Formal Hearing agenda is attached.

**Allegations**

SCED received a report regarding an alleged incident that occurred on Thursday, October 5, 2023 in Pinnacle Hall at 6:30 PM. Specifically, Resident Daniel Frishberg has openly and repeatedly violated the ESA agreement within Pinnacle Hall.

**Formal Charges**

- Residence Hall Policies
  Failure to abide by any policy or regulation governing University Housing (e.g. rental agreement, Resident Handbook).

- Failure to Comply
  Failure to comply with an official request or directive of a University Official acting within the scope of their assigned duties. Failure to identify oneself or produce USF identification upon request by a University Official.

**Hearing Body**

Jan Serpan, Hearing Officer
Student 18    Student University Conduct Board Member
Student 19    Student University Conduct Board Member
Meghan Yacinthe, Faculty/Staff University Conduct Board Member

**STUDENT CONDUCT AND ETHICAL DEVELOPMENT**
University of South Florida | Tampa, St. Petersburg, Sarasota-Manatee campuses
usf.edu/sced

EXHIBIT 14

You may challenge the inclusion of any member of the Hearing Body. The challenge must be submitted in writing to the Director of SCED Melissa Graham, melissan1@usf.edu, and must detail an actual bias (such as conflict of interest) that would significantly impact their right to a fair and impartial hearing. The challenge must be submitted at least five (5) business days prior to the Formal Hearing, by November 14, 2023. The Director of SCED, or designee, will review the challenge and make a final decision. The decision of the SCED Director, or designee, may not be appealed.

**Witnesses**

Residential Advisor , Resident Assistant

You can request the participation of additional witnesses to provide relevant information during a Formal Hearing. You must provide the names of additional witnesses at least five (5) business days prior to the hearing to the Hearing Officer, by November 14, 2023. The acceptance or denial of additional witnesses is at the discretion of the Hearing Officer.

**Questions**

You will be provided the opportunity to ask questions of any witness. If you choose to ask questions, they should be submitted in writing to the Hearing Officer five (5) business days prior to the Formal Hearing, by November 14, 2023. Submission of questions does not prevent your ability to ask additional questions during the Formal Hearing.

**Relevant Information**

Case No. 2023087401
Snapchat of a group chat

Relevant records, exhibits, and written statements may be submitted by the charged student for review to the Hearing Officer. Acceptance or denial of information is at the discretion of the Hearing Officer. The University has the right to review any information the student intends to use at least five (5) business days prior to the Formal Hearing, by November 14, 2023. You have the opportunity to review all relevant information to be used in the Formal Hearing supporting the charges of violations of the Code at least ten (10) business days prior to the hearing. You will receive another email with a link to review the relevant information that will be presented at the Formal Hearing.

**Advisor**

You may have an Advisor present during any meeting or hearing with Student Conduct and Ethical Development. Students must provide the identity of the person and complete this Release of Information form at least two (2) business days in advance. The advisor may be present to advise you and may participate in all aspects of the proceeding but shall not testify for you. If you choose to have an advisor present, they will receive an email with a link to join the Formal Hearing.

**Postponements**

You may submit a request to postpone the scheduled Formal Hearing. The request must be submitted in

writing to the Director of SCED Melissa Graham, melissan1@usf.edu at least five (5) business days prior to the Formal Hearing, by November 14, 2023. The request must state the reason(s) for the postponement. The Director of SCED, or designee, will review the request and make a final decision. The University is not required to postpone the Student Conduct Process pending the outcome of any civil or criminal case.

SCED is committed to providing reasonable accommodations. If you require accommodations in order to fully participate in this process, please notify the Hearing Officer in advance of your scheduled Formal Hearing. For additional information about the Student Conduct Process visit the Student Code of Conduct at www.usf.edu/sced.

Please direct submissions of the above information to serpan@usf.edu.

Sincerely,

Jan Serpan
Graduate Assistant



UNIVERSITY of
**SOUTH FLORIDA**

November 6, 2023

Daniel Frishberg
Sent electronically to danielfrishberg@usf.edu

Regarding Case Number: 2023087401

Dear Daniel,

I am writing as a follow-up to recent correspondence regarding a scheduled Formal Hearing on Tuesday, November 21, 2023 at 10:00 AM. This email includes a link to access the relevant information that will be presented at the Formal Hearing.

The University of South Florida has a responsibility to protect students, including information pertaining to conduct files as defined by the Family Educational Rights and Privacy Act (FERPA). This document is on a protected university drive that requires your USF Net ID log-in to access. This link cannot be shared and is for you to review. Once you open the document it is locked and cannot be downloaded. You may not take photos, screenshots, or print this information. By clicking on the link you are agreeing to the USF Information Technology Acceptable Use Policy and USF Policy 0-502 Appropriate Use of Information Technology Resources, You may review the document using the following link:

https://usf.box.com/s/bonh1gr0d3ni4pij9e11jeulo84k7kot

I have provided you access to the document until the conclusion of the scheduled Formal Hearing. Following the Formal Hearing, the link will expire and you will be unable to access the documents. If you encounter issues accessing the document, please contact me at serpan@usf.edu.

Student Conduct and Ethical Development is committed to providing reasonable accommodations. If you require accommodations in order to fully participate in this process, please notify me in advance of your scheduled meeting. For additional information about the Student Conduct process, visit the Student Code of Conduct at www.usf.edu/sced.

**STUDENT CONDUCT AND ETHICAL DEVELOPMENT**
University of South Florida | Tampa, St. Petersburg, Sarasota-Manatee campuses
usf.edu/sced

EXHIBIT 15

Sincerely,

Jan Serpan
Graduate Assistant