| | |
|---|---|
| **From:** | Andrew Johnson |
| **Sent:** | Thursday, November 9, 2023 9:05 AM |
| **To:** | Daniel Frishberg |
| **Cc:** | Sherrelle Findley; Willie Garcia; Ana Hernandez; Jimmy Surin; Shanale Cordero; Xiomara Talavera Mercedes; Amy Chilcutt; David Kloiber |
| **Subject:** | IMPORTANT - Animal On-Campus Policy Violation Notice |
| **Attachments:** | U50082127 Animal on Campus Agreement.pdf; '[RPN 5TH FLOOR ELEVATOR 39-3045] 2023-10-21 10-07-03-117 PM GMT-04 00.jpeg; '[RPN 5TH FLOOR ELEVATOR 39-3045] 2023-10-21 10-07-30-633 PM GMT-04 00.jpeg; '[RPN 5TH FLOOR ELEVATOR 39-3045] 2023-10-21 10-07-15-626 PM GMT-04 00.jpeg |

Dear Daniel Frishberg,

My name is Dr. Andy Johnson and I'm the Director for Operations & Outreach with Housing & Residential Education (HRE).  I've received information regarding a continuous pattern of disregarding HRE's Emotional Support Agreement Terms (see attached) that you agreed to in August 2023.  These reports include:

- September 14, 2023 – Resident complaint to the RA about Shadow being loose in the common area and on the countertops.
- September 20, 2023 – A text between you and the RA about the cat being outside of the room and reminding you of the policy.  You stated that "Shadow [cat] is never outside of my room."
- October 5, 2023 – An extensive text thread from the floor that expressed concern about the cat being outside of the room and roaming in the common areas.
- October 5, 2023 – Resident complaint to the RA that the cat was on the countertop.
- October 10, 2023 - Resident complaint to the RA that the cat was loose in the common area.
- October 20, 2023 – You met with RLC Shanale to review the ESA policy again.  You stated that "[you will] be doing whatever he wants" regarding having the cat loose in the common areas.
- October 21, 2023 – An incident report was filed regarding the cat being loose in the common areas on October 21, 2023.  I've attached photos for your reference which include a date/time stamp in the file title.

Section B of the ESA Agreement states that *"Assistance Animals cannot roam freely in common areas."*

Given your disregard for the ESA Agreement Terms that were reviewed with you several times, I'm rescinding your waiver to have an animal on-campus due to the violations section B of the attached agreement.  You must remove your cat by 12:00 p.m. on Monday, November 13, 2023.   You are prohibited from allowing the cat to roam freely in the residence hall, including the common areas.  Failure to comply with this directive will result in further action, including but not limited to, a referral to the Office of Student Conduct & Ethical Development and/or the cancellation of your 2023-24 Student Housing Agreement.  Please inform RLC Cordero when the cat has been removed.  RLC Cordero can be reached via email at shanalec@usf.edu.

I appreciate your assistance in this matter.

Sincerely,

**Dr. Johnson**
**CRA-USF/Advanced**
Director for Operations & Outreach

1

**EXHIBIT 16**

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube



*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*



RPN 5th floor elevator

**EXHIBIT 17**



| | |
|---|---|
| **From:** | Andrew Johnson |
| **To:** | Daniel Frishberg |
| **Cc:** | Sherrelle Findley; Willie Garcia; Ana Hernandez; Jimmy Surin; Shanale Cordero; Xiomara Talavera Mercedes; Amy Chilcutt; David Kloiber |
| **Subject:** | Re: IMPORTANT - Animal On-Campus Policy Violation Notice |
| **Date:** | Monday, November 13, 2023 2:38:38 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | 2023-24 Student Housing-Dining Agreement.pdf |

Mr. Frishberg,

Your animal must be removed by 8:00 PM today for violating the terms of the ESA Agreement.  I would advise calling one of the individuals listed on your Animals On-Campus Emergency Contact form.  Please inform RLC Cordero by 8am tomorrow via email confirming that the animal has been removed from the residence hall.

If the animal is not removed by 8:00 PM today and confirmed by the instructions above, then I will be forced to issue an administrative dismissal from USF Housing for non-compliance under the 2023-24 Student Housing Agreement Section IV.1.d.  I have a attached a copy of your 2023-24 Student Housing Agreement for your reference.  Please see below for a quick reference to Section IV.1.d.

*IV. CANCELLATION: Notwithstanding anything contained herein, and even when Student's Cancellation is permitted under the terms of the Agreement, the Agreement may not be canceled without the prior written approval of the Department. The Department may, within its sole discretion, deny any Cancellation requests. Where Cancellation of the Agreement is subject to the Cancellation fees set forth in the Agreement, any fees will be added to the Student's financial account and will be due and owing immediately. Non-payment of the fees may result in a Student registration hold or restriction on graduation and ability to obtain a transcript. Late payments may also include collection fees. Students should refer to Section III of this Agreement for more information regarding the Payment Schedule.*

1. *Cancellation by Department: The Department may, in accordance with applicable rules of the University, initiate reassignment or cancel the Agreement if deemed necessary by the Department in the best interest of order, health, conduct, safety, security, disaster, failure to comply with any and all University regulations, policies, or directives.*

    *d. Cancellation Due to Administrative Dismissal: Students who are removed from the Residence Halls and/or dismissed from the University for administrative reasons will be responsible for a daily-prorated Hall Rate.*

I appreciate your cooperation in this matter.

Sincerely,

**EXHIBIT 18**

**Dr. Johnson**

**CRA-USF/Advanced**

Director for Operations & Outreach

Housing & Residential Education

University of South Florida

4202 East Fowler Avenue, RAR 229

Tampa, FL 33620

813-974-2150

Facebook | Twitter | Instagram | Pinterest | YouTube



University of South Florida

*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>

**Date:** Monday, November 13, 2023 at 11:45 AM

**To:** Andrew Johnson <ajohnson15@usf.edu>

**Cc:** Sherrelle Findley <sfindley@usf.edu>, Willie Garcia <garciaw4@usf.edu>, Ana Hernandez <ahernandez@usf.edu>, Jimmy Surin <jsurin@usf.edu>, Shanale Cordero <shanalec@usf.edu>, Xiomara Talavera Mercedes <xiomara5@usf.edu>, Amy Chilcutt <achilcutt@usf.edu>, David Kloiber <dkloiber@usf.edu>

**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

CONFIDENTIAL UNDER FRE 408 // LOCAL EQUIVALENTS // STATE EQUIVALENTS

Dear Mr. Johnson,

I interpreted it as in the animal cannot be left to roam *unsupervised*. Also, my cat was not roaming. The definition of roaming is: "moving about **aimlessly** or unsystematically, especially over a wide area." (emphasis added). He mostly was sitting around, and occasionally would peak around a corner/look down the hall with specific intent. I controlled my cat at all times simply by being there (he is very well trained). I feel quite confident that this

interpretation of the contract will be ruled to be valid. As you know, when a contract is ambiguous, it MUST be interpreted in the favor of the party which had the least say in it. We can argue about specific contractually language later, but I have met the criteria in my interpretation. I would appreciate another chance after this clarification, because frankly there is nowhere for him to go.

Best Regards,
Daniel

---

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Monday, November 13, 2023 9:42 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Ana Hernandez <ahernandez@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Shanale Cordero <shanalec@usf.edu>; Xiomara Talavera Mercedes <xiomara5@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; David Kloiber <dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

Dear Mr. Frishberg,

The ESA agreement was reviewed with you and it contains your signature outlining that you understood the terms and conditions.  It clearly states that "Assistance Animals cannot roam freely in common areas," which leave no room for misinterpretation.  You will need to remove your animal by noon today.  Please confirm with RLC Cordero when the animal has been removed from the residence hall.

Any previous or pending matters you have with the Office of Student Conduct and Ethical Development is separate from this decision.

Sincerely,

**Dr. Johnson**
**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube



University of South Florida

*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Date:** Thursday, November 9, 2023 at 3:46 PM
**To:** Andrew Johnson <ajohnson15@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>, Willie Garcia <garciaw4@usf.edu>, Ana Hernandez <ahernandez@usf.edu>, Jimmy Surin <jsurin@usf.edu>, Shanale Cordero <shanalec@usf.edu>, Xiomara Talavera Mercedes <xiomara5@usf.edu>, Amy Chilcutt <achilcutt@usf.edu>, David Kloiber <dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

CONFIDENTIAL UNDER FRE 408 // LOCAL EQUIVALENTS // STATE EQUIVALENTS


Dear Dr. Johnson,

I was under the impression that there is a hearing on the 21st of November for this matter. I am unable to get rid of Shadow for numerous reasons, primarily logistical. There simply is nowhere for him to go. The only potential place for him to go would be my grandmas, but she broke her hip/wrist recently and will have over a year of recovery. There is also the issue of me needing him for emotional support reasons. Without him, my mental health isn't the greatest to put it mildly. Is there any way we can not withdraw the waiver?


Thank you for sending me a copy of the ESA agreement. After I re-read it, I realized that (all rights reserved, this is not to be interpreted as an admission of anything) I misunderstood it. Going forward I will be extra vigilant to ensure I comply with the rule about him not "roam[ing] freely in the residence hall, including the common areas" [since this is the one at issue here] to the letter.

For the avoidance of doubt the statement about how I allegedly "stated that "[you will] be doing whatever he wants" regarding having the cat loose in the common areas" is without merit, and there is no proof of it. I would like it stricken from the record (assuming there is one).

All rights are reserved.

I look forward to hearing from you at your earliest convenience.

Happy early Veterans Day.

Best Regards,

Daniel Frishberg

---

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Thursday, November 9, 2023 9:05 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Ana Hernandez <ahernandez@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Shanale Cordero <shanalec@usf.edu>; Xiomara Talavera Mercedes <xiomara5@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; David Kloiber <dkloiber@usf.edu>
**Subject:** IMPORTANT - Animal On-Campus Policy Violation Notice

Dear Daniel Frishberg,

My name is Dr. Andy Johnson and I'm the Director for Operations & Outreach with Housing & Residential Education (HRE).  I've received information regarding a continuous pattern of disregarding HRE's Emotional Support Agreement Terms (see attached) that you agreed to in August 2023.  These reports include:

- September 14, 2023 – Resident complaint to the RA about Shadow being loose in the common area and on the countertops.
- September 20, 2023 – A text between you and the RA about the cat being outside of the room and reminding you of the policy.  You stated that "Shadow [cat] is never outside of my room."
- October 5, 2023 – An extensive text thread from the floor that expressed concern about the cat being outside of the room and roaming in the common areas.
- October 5, 2023 – Resident complaint to the RA that the cat was on the countertop.
- October 10, 2023 - Resident complaint to the RA that the cat was loose in the common area.
- October 20, 2023 – You met with RLC Shanale to review the ESA policy again.  You stated that "[you will] be doing whatever he wants" regarding having the cat loose in the common areas.
- October 21, 2023 – An incident report was filed regarding the cat being loose in the common areas on October 21, 2023.  I've attached photos for your reference which include a date/time stamp in the file title.

Section B of the ESA Agreement states that "*Assistance Animals cannot roam freely in common areas.*"

Given your disregard for the ESA Agreement Terms that were reviewed with you several times, I'm

rescinding your waiver to have an animal on-campus due to the violations section B of the attached agreement.  You must remove your cat by 12:00 p.m. on Monday, November 13, 2023.   You are prohibited from allowing the cat to roam freely in the residence hall, including the common areas.  Failure to comply with this directive will result in further action, including but not limited to, a referral to the Office of Student Conduct & Ethical Development and/or the cancellation of your 2023-24 Student Housing Agreement.  Please inform RLC Cordero when the cat has been removed. RLC Cordero can be reached via email at [shanalec@usf.edu](mailto:shanalec@usf.edu).

I appreciate your assistance in this matter.

Sincerely,

**Dr. Johnson**
**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
[Facebook](#) | [Twitter](#) | [Instagram](#) | [Pinterest](#) | [YouTube](#)



University of South Florida

*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

| | |
|---|---|
| **From:** | Daniel Frishberg |
| **To:** | Andrew Johnson |
| **Cc:** | Sherrelle Findley; Willie Garcia; Ana Hernandez; Jimmy Surin; Shanale Cordero; Xiomara Talavera Mercedes; Amy Chilcutt; David Kloiber; Molli Keller |
| **Subject:** | Re: IMPORTANT - Animal On-Campus Policy Violation Notice |
| **Date:** | Tuesday, November 14, 2023 7:36:32 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Dear Andrew,

Thank you.

To be clear, I made this good faith effort (and will continue to see if a miracle happens) to avoid a confrontation/conflict, and it should NOT be interpreted as admission of guilt, or a recognition that your allegations are true.

There is a high chance that I will not be able to find a willing immediate family member who can do it, in which case he and I will remain here. As you may notice, I have not let him out of my room in a long time (and he has spent 3+ hours a day yelling loudly). I want to work something out, such as allowing me to follow the contract we signed. I believe it is ambiguous, and I have not violated it, but you may believe that I have.

Best Regards,

Daniel Frishberg

---

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Tuesday, November 14, 2023 4:51 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Ana Hernandez <ahernandez@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Shanale Cordero <shanalec@usf.edu>; Xiomara Talavera Mercedes <xiomara5@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; David Kloiber <dkloiber@usf.edu>; Molli Keller <keller14@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

Mr. Frishberg,

I appreciate your attempts to relocate your animal and I'm sorry for the challenges that your family is facing; however, the animal still needs to be removed from the residence hall.  Understanding that you may need a little more time to remove your animal, I'm extending the deadline to remove your animal to Friday, November 17 by 2:00 PM.  This is a one-time extension.

**EXHIBIT 19**

Please confirm with RLC Cordero once the animal has been removed from the residence hall.

Sincerely,

**Dr. Johnson**
**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube



University of South Florida

*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Date:** Tuesday, November 14, 2023 at 12:38 PM
**To:** Andrew Johnson <ajohnson15@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>, Willie Garcia <garciaw4@usf.edu>, Ana Hernandez <ahernandez@usf.edu>, Jimmy Surin <jsurin@usf.edu>, Shanale Cordero <shanalec@usf.edu>, Xiomara Talavera Mercedes <xiomara5@usf.edu>, Amy Chilcutt <achilcutt@usf.edu>, David Kloiber <dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

Dear Mr. Johnson/everyone else,

Last night and this morning I attempted to see if my mom/dad/grandparents could take Shadow. They could not. My grandma is in the hospital and cannot walk due to a broken hip so she is obviously out, my other grandma is in Russia (so that's a non-starter), my

dad is having missiles shot at him + it is very hard to get in and out of Ukraine (especially for animals), my mom is unable to take Shadow for lease/financial reasons.

He will be staying here. I once again request that you reconsider your decision. I promise that I will follow the contract to the letter. I still maintain that I never breached the contract.


Best Regards,

Daniel

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Monday, November 13, 2023 3:55 PM
**To:** Andrew Johnson <ajohnson15@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Ana Hernandez <ahernandez@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Shanale Cordero <shanalec@usf.edu>; Xiomara Talavera Mercedes <xiomara5@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; David Kloiber <dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

Dear Mr. Johnson,

I did not break the rules under the ESA agreement. If you believe I did, you can sue me for breach of contract, but that is your only remedy. I will not be moving out as I have nowhere else to go. To be crystal clear, I reserve all rights. I am currently going through a bit of a rough patch, so if you go looking for a [legal] fight, you will get a [legal] fight. Without Shadow my mental health would be in a horrible position, which would affect my academics, etc.

"The approved Assistance Animal must be controlled by its owner and must be contained within the residential area (room, suite, apartment, building, enclosed balcony or yard spaces) at all times, except when transported outside the private residential area in an animal carrier or controlled by leash or harness.  Assistance Animals cannot roam freely in common areas." In my reading of the contract within its written words, is that the "residential area"  includes the common area. My cat never "roam[ed] freely" within the common area. Not only was I supervising him at all times, but he was not roaming. He mostly was sitting on the couch, and at times he was with purpose (the opposite of the definition of roam) walking to look down the hallways.


The contract states: "Any violation of the above rules or University Policy may result in

immediate removal of the Assistance Animal from USF System premises and the owner being prohibited from continuing to keep an Assistance Animal on University property. For students, such removal may be reviewed through USF Student Rights and Responsibilities and the student will be afforded all rights of due process and appeal as outlined in that process". Thus far there has been zero due process.

I was bullied a lot when I was younger, and I do not tolerate bullying. What you are doing right now it attempting to push me around. That will not fly. If anyone was not fulfilling their obligations, it was USF. USF has failed to clean the bathroom for 2 weeks in a row. I submitted a work order, but it was marked completed without the bathroom being disturbed, let alone cleaned. Your so-called "due process" system is fatally flawed since you have made up your mind and attempted to remove me/shadow from the dorm. That will not happen. If a multibillion-dollar company with an army of the worlds best lawyers with an almost unlimited budget cannot push me around, neither can you.

You are a public university, so due process applies, the fourth amendment applies.

I would like to formally notify you that if you attempt in any way to lock me out of my room, or turn off the power, harass me, etc, you will not only be sued and a injunction will almost certainly be issued (balance of the harms test is clearly in my favor) but I will be seeking significant punitive damages.

Ambiguity must be interpreted in favor of the party with the least influence in the contract, and the contract currently is ambiguous.

Berkowitz v. Automation Aids, Inc. (11th Cir.)

A contract is unambiguous if "on its face [it] is reasonably susceptible of only one meaning." Greenfield v. Philles Records, 98 N.Y.2d 562, 570 (2002). Conversely, "[a] contract is ambiguous if the provisions in controversy are reasonably or fairly susceptible of different interpretations or may have two or more different meanings." New York City Off-Track Betting Corp. v. Safe Factory Outlet, Inc., 28 A.D.3d 175, 177 (1st Dept. 2006).

Best Regards,
Daniel

---

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Monday, November 13, 2023 2:37 PM

**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Ana Hernandez
<ahernandez@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Shanale Cordero <shanalec@usf.edu>;
Xiomara Talavera Mercedes <xiomara5@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; David Kloiber
<dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

Mr. Frishberg,

Your animal must be removed by 8:00 PM today for violating the terms of the ESA Agreement.  I
would advise calling one of the individuals listed on your Animals On-Campus Emergency Contact
form.  Please inform RLC Cordero by 8am tomorrow via email confirming that the animal has been
removed from the residence hall.

If the animal is not removed by 8:00 PM today and confirmed by the instructions above, then I will
be forced to issue an administrative dismissal from USF Housing for non-compliance under the 2023-
24 Student Housing Agreement Section IV.1.d.  I have a attached a copy of your 2023-24 Student
Housing Agreement for your reference.  Please see below for a quick reference to Section IV.1.d.

*IV. CANCELLATION: Notwithstanding anything contained herein, and even when Student's
Cancellation is permitted under the terms of the Agreement, the Agreement may not be canceled
without the prior written approval of the Department. The Department may, within its sole discretion,
deny any Cancellation requests. Where Cancellation of the Agreement is subject to the Cancellation
fees set forth in the Agreement, any fees will be added to the Student's financial account and will be
due and owing immediately. Non-payment of the fees may result in a Student registration hold or
restriction on graduation and ability to obtain a transcript. Late payments may also include collection
fees. Students should refer to Section III of this Agreement for more information regarding the
Payment Schedule.*

1. *Cancellation by Department: The Department may, in accordance with applicable rules
   of the University, initiate reassignment or cancel the Agreement if deemed necessary by
   the Department in the best interest of order, health, conduct, safety, security, disaster,
   failure to comply with any and all University regulations, policies, or directives.*

   *d. Cancellation Due to Administrative Dismissal: Students who are removed
   from the Residence Halls and/or dismissed from the University for administrative
   reasons will be responsible for a daily-prorated Hall Rate.*

I appreciate your cooperation in this matter.

Sincerely,

**Dr. Johnson**
**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube



University of South Florida

*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Date:** Monday, November 13, 2023 at 11:45 AM
**To:** Andrew Johnson <ajohnson15@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>, Willie Garcia <garciaw4@usf.edu>, Ana Hernandez <ahernandez@usf.edu>, Jimmy Surin <jsurin@usf.edu>, Shanale Cordero <shanalec@usf.edu>, Xiomara Talavera Mercedes <xiomara5@usf.edu>, Amy Chilcutt <achilcutt@usf.edu>, David Kloiber <dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

CONFIDENTIAL UNDER FRE 408 // LOCAL EQUIVALENTS // STATE EQUIVALENTS

Dear Mr. Johnson,

I interpreted it as in the animal cannot be left to roam *unsupervised*. Also, my cat was not roaming. The definition of roaming is: "moving about **aimlessly** or unsystematically, especially over a wide area." (emphasis added). He mostly was sitting around, and occasionally would peak around a corner/look down the hall with specific intent. I controlled my cat at all times simply by being there (he is very well trained). I feel quite confident that this interpretation of the contract will be ruled to be valid. As you know, when a contract is ambiguous, it MUST be interpreted in the favor of the party which had the least say in it. We can argue about specific contractually language later, but I have met the criteria in

my interpretation. I would appreciate another chance after this clarification, because frankly there is nowhere for him to go.

Best Regards,
Daniel

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Monday, November 13, 2023 9:42 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Ana Hernandez <ahernandez@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Shanale Cordero <shanalec@usf.edu>; Xiomara Talavera Mercedes <xiomara5@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; David Kloiber <dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

Dear Mr. Frishberg,

The ESA agreement was reviewed with you and it contains your signature outlining that you understood the terms and conditions.  It clearly states that "Assistance Animals cannot roam freely in common areas," which leave no room for misinterpretation.  You will need to remove your animal by noon today.  Please confirm with RLC Cordero when the animal has been removed from the residence hall.

Any previous or pending matters you have with the Office of Student Conduct and Ethical Development is separate from this decision.


Sincerely,


**Dr. Johnson**
**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube

 

University of South Florida

*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Date:** Thursday, November 9, 2023 at 3:46 PM
**To:** Andrew Johnson <ajohnson15@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>, Willie Garcia <garciaw4@usf.edu>, Ana Hernandez <ahernandez@usf.edu>, Jimmy Surin <jsurin@usf.edu>, Shanale Cordero <shanalec@usf.edu>, Xiomara Talavera Mercedes <xiomara5@usf.edu>, Amy Chilcutt <achilcutt@usf.edu>, David Kloiber <dkloiber@usf.edu>
**Subject:** Re: IMPORTANT - Animal On-Campus Policy Violation Notice

CONFIDENTIAL UNDER FRE 408 // LOCAL EQUIVALENTS // STATE EQUIVALENTS


Dear Dr. Johnson,

I was under the impression that there is a hearing on the 21st of November for this matter. I am unable to get rid of Shadow for numerous reasons, primarily logistical. There simply is nowhere for him to go. The only potential place for him to go would be my grandmas, but she broke her hip/wrist recently and will have over a year of recovery. There is also the issue of me needing him for emotional support reasons. Without him, my mental health isn't the greatest to put it mildly. Is there any way we can not withdraw the waiver?


Thank you for sending me a copy of the ESA agreement. After I re-read it, I realized that (all rights reserved, this is not to be interpreted as an admission of anything) I misunderstood it. Going forward I will be extra vigilant to ensure I comply with the rule about him not "roam[ing] freely in the residence hall, including the common areas" [since this is the one at issue here] to the letter.

For the avoidance of doubt the statement about how I allegedly "stated that "[you will] be doing whatever he wants" regarding having the cat loose in the common areas" is without merit, and there is no proof of it. I would like it stricken from the record (assuming there is one).

All rights are reserved.

I look forward to hearing from you at your earliest convenience.

Happy early Veterans Day.

Best Regards,

Daniel Frishberg

---

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Thursday, November 9, 2023 9:05 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Ana Hernandez <ahernandez@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Shanale Cordero <shanalec@usf.edu>; Xiomara Talavera Mercedes <xiomara5@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; David Kloiber <dkloiber@usf.edu>
**Subject:** IMPORTANT - Animal On-Campus Policy Violation Notice

Dear Daniel Frishberg,

My name is Dr. Andy Johnson and I'm the Director for Operations & Outreach with Housing & Residential Education (HRE). I've received information regarding a continuous pattern of disregarding HRE's Emotional Support Agreement Terms (see attached) that you agreed to in August 2023. These reports include:

- September 14, 2023 – Resident complaint to the RA about Shadow being loose in the common area and on the countertops.
- September 20, 2023 – A text between you and the RA about the cat being outside of the room and reminding you of the policy. You stated that "Shadow [cat] is never outside of my room."
- October 5, 2023 – An extensive text thread from the floor that expressed concern about the cat being outside of the room and roaming in the common areas.
- October 5, 2023 – Resident complaint to the RA that the cat was on the countertop.
- October 10, 2023 - Resident complaint to the RA that the cat was loose in the common area.
- October 20, 2023 – You met with RLC Shanale to review the ESA policy again. You stated that "[you will] be doing whatever he wants" regarding having the cat loose in the common areas.
- October 21, 2023 – An incident report was filed regarding the cat being loose in the common areas on October 21, 2023. I've attached photos for your reference which include a date/time stamp in the file title.

Section B of the ESA Agreement states that "*Assistance Animals cannot roam freely in common areas.*"

Given your disregard for the ESA Agreement Terms that were reviewed with you several times, I'm rescinding your waiver to have an animal on-campus due to the violations section B of the attached agreement. You must remove your cat by 12:00 p.m. on Monday, November 13, 2023. You are prohibited from allowing the cat to roam freely in the residence hall, including the common areas. Failure to comply with this directive will result in further action, including but not limited to, a referral to the Office of Student Conduct & Ethical Development and/or the cancellation of your

2023-24 Student Housing Agreement.  Please inform RLC Cordero when the cat has been removed.
RLC Cordero can be reached via email at shanalec@usf.edu.

I appreciate your assistance in this matter.

Sincerely,

**Dr. Johnson**
**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube



University of South Florida

*Due to Florida's broad open records law, email to or from university employees is public record, available
to the public and the media upon request.*

**Andrew Johnson**                                    **Monday, November 20, 2023 at 09:44:34 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Re: IMPORTANT - NOTICE OF ADMINISTRATIVE CANCELLATION |
| **Date:** | Friday, November 17, 2023 at 5:28:17 PM Eastern Standard Time |
| **From:** | Daniel Frishberg <danielfrishberg@usf.edu> |
| **To:** | Andrew Johnson <ajohnson15@usf.edu> |
| **CC:** | Ana Hernandez <ahernandez@usf.edu>, David Kloiber <dkloiber@usf.edu>, Amy Chilcutt <achilcutt@usf.edu>, Megan Bucalos <meganbucalos@usf.edu>, Xiomara Talavera Mercedes <xiomara5@usf.edu>, Jimmy Surin <jsurin@usf.edu>, Jan Serpan <serpan@usf.edu>, Sherrelle Findley <sfindley@usf.edu>, Willie Garcia <garciaw4@usf.edu>, Molli Keller <keller14@usf.edu>, Shanale Cordero <shanalec@usf.edu> |
| **Priority:** | High |

**Attachments:** image001.png, image002.png, image003.png

Dear Mr. Johnson,

Respectfully, I, and my cat will remain in the dorms until the contract expires (so at the end of the spring term). I have ensured compliance (as a show of good faith) with your requests to not let shadow into the common areas, even when the agreement allows him to be outside of the room, regardless of what you insisted on after the signing of the contract. I have done my best to engage with you, and USF in good faith. The actions of you and the university of attempting to remove Shadow (who I need to emotionally support me) for no reason (as the agreement was not violated) are unacceptable, and unless they cease immediately, I will be seeking significant puntaive damages. The USF employees (please give me their names) who showed up outside of my door today at ~2pm attempted to fraudulently induce me into vacating the premises by Monday by stating that I would be "dragged out" by the police if I did not vacate the premises by Monday. I have numerous causes of action against the University, as well as against potentially against individuals personally.

Subsection B of the animals on campus agreement:
"The approved Assistance Animal must be controlled by its owner and must be contained within the residential area (room, suite, apartment, building, enclosed balcony or yard spaces) at all times, except when transported outside the private residential area in an animal carrier or controlled by leash or harness.  Assistance Animals cannot roam freely in common areas." As previously stated, he did not "roam" anywhere. He was walking with intent, and mostly sitting around. You have shown no evidence that he was roaming in the common areas. If you believe that I have violated the agreements, you must prove that in a court of law (when suing me for a breach of contract). You may not just unilaterally decide that, especially since the 4th amendment was pretty clear about due process from the government (and you are employees of the government).

I have not violated the rental agreements. I did not violate any housing rules, especially none that I was aware of, which were included within the contract.

**EXHIBIT 20**   1 of 5

At no times did Shadow leave the residential area, which was defined as "room, suite, apartment, **building**, enclosed balcony or yard spaces" (emphasis added). Also as previously stated, at all times I was controlling him. Several times he did slip out without me noticing it, but when I saw he slipped out, I promptly returned him to the room.

I sent the housing department an email on the 7th of November stating that I will be withholding 2 weeks of rent for failure to clean the bathrooms, as is my right under 83.201. Shortly thereafter (early in the morning on the 9th of November, which is ~ a day and a half after the email was sent) you sent me an email purporting to cancel my ESA waiver. That is retaliatory behavior. The failure to clean the bathroom for two weeks in a row constituted a violation of Florida Statutes Section 83.67(1). Your stated intent to prevent me from accessing my room via removing access via the keycard constitutes a violation of Florida Statutes Section 83.67(2). I believe that this constitutes Discrimination under Florida Statutes Section 83.64.

Please give me your legal department's contact information. I will not be vacating the premises (before moving out in May, 2023) without a valid court order (I reserve all rights to appeal and intend to appeal). I am the worst person in this building that you could have chosen to attempt to push around and attempt walk all over. I know my rights, and will vigorously defend them (or as Kirkland would say[1] "doggedly").

Best Regards,
Daniel Frishberg

---

[1]In the several pages of text that they were complaining about how I was purportedly wasting hundreds of thousands of dollars of estate resources. It should be noted that they are extremely biased since I caught their error which will cost them millions of dollars since they need to compensate the estate. I am also a net gain to the estate, and substantially contributed to the Celsius case.
[I will be sending this part separately as well]:

**PLEASE TAKE NOTICE** that I am writing to inform you of the critical need to implement a Litigation Hold concerning my ESA animal, your purported eviction, and purported recission of the ESA agreement.

**PLEASE TAKE FURTHER NOTICE** that this hold is crucial to preserving relevant information that may be pertinent to future potential litigation.

**PLEASE TAKE FURTHER NOTICE** That effective immediately I am instructing you to please take

the following actions: identify relevant documents, identify and safeguard all documents, emails, records, or any other information related to the aforementioned matter.

**PLEASE TAKE FURTHER NOTICE** that you **MUST** Cease Deletion or Modification of any of the aforementioned information.

**PLEASE TAKE FURTHER NOTICE** that you are to instruct all relevant personnel to refrain from deleting, modifying, or destroying any records or documents pertaining to the aforementioned subject matter.

**PLEASE TAKE FURTHER NOTICE** you are instructed to communicate the aforementioned request to all relevant parties, and ensure that all employees involved in the aforementioned subject matter are aware of this litigation hold and understand their responsibility to comply with it.

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Friday, November 17, 2023 4:31 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Ana Hernandez <ahernandez@usf.edu>; David Kloiber <dkloiber@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; Megan Bucalos <meganbucalos@usf.edu>; Xiomara Talavera Mercedes <xiomara5@usf.edu>; Jimmy Surin <jsurin@usf.edu>; Jan Serpan <serpan@usf.edu>; Sherrelle Findley <sfindley@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Molli Keller <keller14@usf.edu>; Shanale Cordero <shanalec@usf.edu>
**Subject:** IMPORTANT - NOTICE OF ADMINISTRATIVE CANCELLATION

Dear Mr. Frishberg,

Following my correspondence dated November 14, 2023, Residential Education staff members contacted you on or around 2:00 PM to confirm that you complied with USF's directive to remove your animal from the residence hall.  I was informed by the USF Housing and Residential Education staff that you stated that the animal was still present in your residential room.  Given that you have not complied with USF Housing and Residential Education department's directives, USF is administratively cancelling your 2023-24 Student Housing Agreement effective Monday, November 27, 2023 at 12:00 PM under section IV.1.d as stated in the excerpt below.

*IV. CANCELLATION: Notwithstanding anything contained herein, and even when Student's Cancellation is permitted under the terms of the Agreement, the Agreement may not be canceled without the prior written approval of the Department. The Department may, within its sole discretion, deny any Cancellation requests. Where Cancellation of the Agreement is subject to the Cancellation fees set forth in the Agreement, any fees will be added to the Student's financial account and will be due and owing immediately. Non-payment of the fees may result in a Student registration hold or restriction on graduation and ability to obtain a transcript. Late payments may also include collection fees. Students should refer to Section III of this Agreement for more information regarding the Payment Schedule.*

  1.  *Cancellation by Department: The Department may, in accordance with applicable rules of the University, initiate reassignment or cancel the Agreement if deemed necessary by the Department in the best interest of order, health, conduct, safety, security, disaster, failure to comply with any and all University regulations, policies, or directives.*

*d. Cancellation Due to Administrative Dismissal: Students who are removed from the Residence Halls and/or dismissed from the University for administrative reasons will be responsible for a daily-prorated Hall Rate.*

Please schedule your check-out with RLC Cordero and return your keys to the HUB Service Desk by 12:00 PM on Monday, November 27, 2023.  Failure to complete these steps by the deadline may result in additional fees or referrals to the Office of Student Conduct and Ethical Development.  ID card access to any residential space will also end at that time.  Your rent charges will cease on Monday, November 27, 2023 and a credit will be issued for the balance of the fall term.  The credit will be issued to your OASIS account.

You are expected to comply with the rules, policies, regulations of the University of South Florida and all applicable laws until your check-out from housing.  Failure to comply with the previous statement will result in your immediately removal from housing and a referral to the Office of Student Conduct and Ethical Development.

Sincerely,

Dr. Johnson


Sincerely,

**Andy Johnson, Ed.D.**
**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube






*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*