

November 21, 2023

Daniel Frishberg
Sent electronically to danielfrishberg@usf.edu

Regarding Case Number: 2023087401

Dear Daniel,

This letter is to notify you of the outcome of the SCED-University Conduct Board Formal Hearing held on November 21, 2023.

**Allegations**

Student Conduct and Ethical Development received a report regarding an alleged incident that occurred on Thursday, October 5, 2023 in Pinnacle Hall at 6:30 PM. Specifically, Resident Daniel Frishberg has openly and repeatedly violated the ESA agreement within Pinnacle Hall.

**Findings**

Using the preponderance of the evidence standard and the information presented during the formal hearing, the findings for the violation(s) of the USF Student Code of Conduct in this case are as follows:

- Residence Hall Policies -- Responsible
  Failure to abide by any policy or regulation governing University Housing (e.g. rental agreement, Resident Handbook).

- Failure to Comply -- Responsible
  Failure to comply with an official request or directive of a University Official acting within the scope of their assigned duties. Failure to identify oneself or produce USF identification upon request by a University Official.

**Rationale**

Based on the available information, it is more likely than not that the violation of the Student Code of Conduct occurred. The Housing and Residence Education policy says animals should not leave the area. While this can be interpreted differently, there were several instances where it was explained that the cat must remain inside the charged student's room. According to the relevant information and the charged student's narrative, it was confirmed that the cat was found on several occasions outside the charged

**STUDENT CONDUCT AND ETHICAL DEVELOPMENT**
University of South Florida ǀ Tampa, St. Petersburg, Sarasota-Manatee campuses
usf.edu/sced

EXHIBIT 21

student's living space, which caused unease among fellow community residents. The Resident Assistant verbally warned the student to keep the cat inside the charged student's room, to which the student disagreed. Based on the conversation with the Resident Assistant, the student was then invited to meet with the Residence Life Coordinator for an Informational Meeting due to not complying with the Resident Assistant's words. For the above reasons, the University Conduct Board finds the student responsible for the listed charges.

**Learning Outcomes**

The learning outcomes determined for this incident include:

1. The student will be able to acknowledge the housing policies while respecting the wishes of fellow housing community members.
2. The student will be able to improve conflict resolution skills.

**Sanctions**

The sanction(s) assigned to meet the determined learning outcomes include:

**Civility and Community Standards Workshop Part 1**
You must submit your $25 payment (cashier's check or money order) along with the completed section of the attached form to: University of South Florida, P.O. Box 864571, Orlando, FL 32886 or in one of the designated Cashier's Office Drop Boxes (see attached form). A money order can be obtained at Publix. If the form is not submitted, Student Conduct and Ethical Development will not receive credit for the payment and will not be able to consider the payment complete. After proof of payment is received, you will be contacted by Student Conduct and Ethical Development with information regarding available workshop dates and times. The payment must be submitted by December 15, 2023.

**Civility and Community Standards Workshop Part 2**
You must attend and complete the Civility and Community Standards Workshop facilitated by Student Conduct and Ethical Development by February 15, 2024. Once you have completed the Civility and Community Standards Workshop Part 1, you will be contacted by a Student Conduct and Ethical Development staff member to register for the first available workshop. You must attend the workshop on your assigned date, actively participate, and complete all workshop requirements successfully before this sanction will be considered complete.

**Civility and Community Standards Workshop Part 3**
You must submit one (1) of the reflection assignment options provided at the Civility and Community Standards Workshop seven (7) days after your assigned workshop date to Student Conduct and Ethical Development - studentconduct@usf.edu.

Failure to complete the sanction(s) by the date(s) indicated will result in an Administrative Hold being placed on your student record. This hold may affect your ability to register for courses, request academic transcripts, and receive a degree and diploma.

**Appeals**

The charged student and, in specific cases, the complainant may appeal in writing the outcome of a Formal Hearing within five (5) days of the date of the Formal Hearing outcome letter, by November 30,

2023. The appeal must be in writing to the Dean of Students, or designee, and the burden of proof rests with the individual or organization appealing to clearly demonstrate the basis for appeal. The basis for appeal includes:

1. A violation of due process rights or failure of the University to follow the Student Conduct Process established in this Code that substantially affected the outcome.

2. The introduction of new information that was not available and could not be presented at the time of the Formal Hearing. The individual appealing must demonstrate how the new information could have substantially affected the outcome. The outcomes of a criminal or civil case is not considered new information for the purpose of an appeal.

3. The severity of sanction(s) imposed was disproportionate to the responsible conduct violations.

To submit an appeal, click here. Your appeal must be submitted within five (5) days of the date of this letter, by November 30, 2023. The Dean of Students, or designee, will serve as the Appellate Officer for all appeals of the Student Conduct Process. Additional information about the Appeal Process is in Section IX of the Student Code of Conduct. For additional information about the Student Conduct Process and the Student Code of Conduct, visit www.usf.edu/sced.

Student Conduct and Ethical Development is committed to providing reasonable accommodations for disabilities. If you require accommodations, please notify us at 813-974-9443 or studentconduct@usf.edu.

If you have any questions, please contact me at serpan@usf.edu.

Sincerely,

Jan Serpan
Graduate Assistant



# Student Conduct and Ethical Development

### REFERRAL FOR CIVILITY AND COMMUNITY STANDARDS WORKSHOP (CCWP)

You have been referred to the USF Civility and Community Standards Workshop for a violation of the University Of South Florida Student Code Of Conduct. To complete the Civility and Community Standards Workshop you must complete the following requirements:

- Payment of $25 Educational Program Fee
- Completion of a one (1) hour workshop
- Completion of a reflection assignment after attending the workshop
- If applicable: A follow up meeting with a Student Conduct and Ethical Development (SCED)

**Payment: Make check or money order payable to the University of South Florida.** Submit payment along with the completed bottom section of this form to ONE of the following locations:

**Mail:**
University of South Florida
P.O. Box 864571
Orlando, FL 32886-4571

**Drop box locations*:**
**Tampa**: Next to main entrance Student Services Building (SVC) breezeway
**St. Petersburg:** East end of Bayboro Hall main entrance
**Sarasota-Manatee:** Rotunda main entrance door
*Payments with checks or money orders for exact amounts only*

**If the form is not submitted, our department will not get credit for the payment, and we will not be able to consider the payment complete.**

**Scheduling the Workshop:** After proof of payment is received, you will be contacted by SCED to schedule the workshop. You will only be allowed to reschedule the workshop one (1) time. If you are not able to keep your scheduled workshop date and time and fail to give 24-hour notice, you will be responsible for repaying the $25 Educational Program Fee.

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

# Student Conduct and Ethical Development

### REFERRAL FORM FOR CIVILITY AND COMMUNITY STANDARDS WORKSHOP (CCWP)

Educational Program Fee: $25

**NOTE TO CASHIER:  For deposit into:  USF01-TPA-040201-04311-44580-000000-000000**
**A notation including "CCWP" <u>must be placed in the notes section</u> of the student's payment.**


_____          _____
Student Name (print)                                      Student U Number

**CASHIER'S OFFICE: Please forward the receipt via email to Student Conduct and Ethical Development**
**studentconduct@usf.edu as proof of payment.**

**From:**      Jan Serpan <serpan@usf.edu>
**Sent:**      Tuesday, November 21, 2023 1:14 PM EST
**To:**        "2023087401+usf@efc.maxient.com" <2023087401+usf@efc.maxient.com>
**Subject:**   Fw: General Counsel
**Attachment(s):**

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Tuesday, November 21, 2023 1:00 PM
**To:** Jan Serpan <serpan@usf.edu>
**Subject:** Re: General Counsel

Dear Mr. Serpan,

Thank you for this information, it has been most helpful.

Out of respect for you, I will tell you this now, regardless of what your board decided, I am not "responsible" until a court says otherwise. If this does go to court (which it seems it will, since the housing department decided that they were going to violate numerous Florida statutes), what the contract says will be determined. As I clearly and unambiguously stated, I reserved all rights, and am contractually in the right. The case law on this matter is crystal clear. You are not allowed to take into account extrinsic evidence, which you did.

I will not be attending any of the irrelevant purportedly assigned classes without a court order.

Best Regards,

Daniel Frishberg

---

**From:** Jan Serpan <serpan@usf.edu>
**Sent:** Tuesday, November 21, 2023 12:04 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Re: General Counsel

Good afternoon, Daniel,

You may find the contact information on the following website: https://www.usf.edu/general-counsel/about-us/contact-us.aspx

I hope this helps. Have a good day,
Jan

---

Contact Us | General Counsel | USF

Find contact information for the USF Office of the General Counsel.

www.usf.edu

---

--

**EXHIBIT 22**

With best regards,

**Jan Serpan, M.A.T.** (He|Him)
Graduate Assistant
Student Conduct and Ethical Development
University of South Florida

John and Grace Allen Building (ALN), Suite 109
4202 E. Fowler Ave, Tampa, FL 33620
Phone: (813) 974-9443
Fax: (813) 974-7383
www.usf.edu/sced



**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Tuesday, November 21, 2023 10:45 AM
**To:** Jan Serpan <serpan@usf.edu>
**Subject:** General Counsel

Dear Mr. Serpan,

During the hearing today you mentioned USF's general counsel. Do you have the contact information for the legal department for housing matters?

It would be very appreciated.

Best Regards,

Daniel Frishberg

**Andrew Johnson**                                 **Wednesday, November 29, 2023 at 13:10:01 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Re: IMPORTANT - Follow-up to November 17, 2023 Administrative Cancellation Notice |
| **Date:** | Monday, November 27, 2023 at 4:46:35 PM Eastern Standard Time |
| **From:** | Daniel Frishberg <danielfrishberg@usf.edu> |
| **To:** | Andrew Johnson <ajohnson15@usf.edu> |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png |

I emailed Joanne already in regards to electronic service.

Best Regards,


Daniel Frishberg

---

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Monday, November 27, 2023 4:45 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Re: IMPORTANT - Follow-up to November 17, 2023 Administrative Cancellation Notice

Mr. Frishberg,

You will need to contact University Police to schedule an appointment to access your room, remove your belongings, and exit the residence halls.  The University will not be extending access to residence hall access.

Any legal correspondence should be directed to the Office of the General Counsel.  An appropriate contact person can be found below.

Joanne M. Adamchak (Jodi)
Deputy General Counsel
University of South Florida
Office of the General Counsel
4202 E. Fowler Avenue, CGS 301
Tampa, FL 33620
813-974-1683
813-974-5236 (Facsimile)
jadamcha@usf.edu


Sincerely,


**Andy Johnson, Ed.D.**
**CRA-USF/Advanced**

**EXHIBIT 23**

1 of 4

Director for Operations & Outreach

Housing & Residential Education
University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube






*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Date:** Monday, November 27, 2023 at 4:39 PM
**To:** Andrew Johnson <ajohnson15@usf.edu>
**Subject:** Re: IMPORTANT - Follow-up to November 17, 2023 Administrative Cancellation Notice

Dear Mr. Johnson,

As I said, I would not be back on campus until the 28th (tomorrow). You have chosen to ignore my countless warnings, and have chosen to blatantly violate state law (Section 83.67(2)) by locking me out of my room, and preventing me access to my room. I strongly suggest you google me before you brush away the threat of a lawsuit.

Shadow and I will be returning to campus tomorrow. If I do not hear back from you that you will allow me access to the room, I will (as stated previously) filing a lawsuit and an emergency motion for an injunction. I will also be seeking significant monetary damages for the damage you caused me. Including ruining my birthday (today) and my holidays, as well as the ton of mental and emotional distress (eggshell skull theory) you caused. I have been unable to do my school work or studying for exams due to your negligent, and illegal acts. You picked the wrong person to attempt to push around.

Do you consent to electronic service?

Could you extend my access to the room until Friday (leaving around the fifth I think for winter break) so I will have sufficient time to get an injunction. USF will be responsible for any and all costs I have incurred (in addition to my hourly rate + punitive damages + court ordered sanctions) because of this,

so I recommend you allow me access, otherwise those costs will increase.

You cannot flagrantly violate state law and prevent me from accessing my room without a court order.

Best Regards,

Daniel Frishberg

---

**From:** Andrew Johnson <ajohnson15@usf.edu>
**Sent:** Monday, November 27, 2023 3:51 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** IMPORTANT - Follow-up to November 17, 2023 Administrative Cancellation Notice

Dear Mr. Frishberg,

This notice is following-up on the email I sent on November 17, 2023 notifying you that the University has administratively canceled your housing agreement and you were to check-out by 12:00 PM today. Members of the Residential Education team attempted to contact you at approximately 12:00 PM today to confirm that you've checked out of your room.  USF records indicate that you have not checked out of your room with RLC Cordero, or any member of the Residential Education team, nor have you returned your key to the HUB Services Desk.  As your 2023-24 Student Housing Agreement has been administratively canceled and the required check-out process was not followed, the USF has taken the following steps:  (1) your ID card access to the residential hall has been removed; (2) the Pinnacle 527a room has been rekeyed at your expense; and (3) your OASIS account has been credited for rent from November 27 – December 8, 2023.  The credit will take up to 2 business days to show-up on your OASIS account.

You will need to contact University Police at 813-974-2628 to schedule an appointment to remove your personal property from Pinnacle 527 and complete your check-out by November 29, 2023. Failure to complete your check-out by November 29, 2023 will result in USF implementing our Abandoned Property protocol which will result in additional charges being to applied to your OASIS account.

You will be responsible for any damages as noted upon your check-out.  Any damage costs will be charged to your OASIS account.

Sincerely,

**Dr. Johnson**

**CRA-USF/Advanced**
Director for Operations & Outreach

Housing & Residential Education

University of South Florida
4202 East Fowler Avenue, RAR 229
Tampa, FL 33620
813-974-2150
Facebook | Twitter | Instagram | Pinterest | YouTube



*Due to Florida's broad open records law, email to or from university employees is public record, available to the public and the media upon request.*

**Andrew Johnson**                    **Wednesday, November 29, 2023 at 13:28:51 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Re: Emergency housing process |
| **Date:** | Tuesday, November 28, 2023 at 11:14:02 AM Eastern Standard Time |
| **From:** | Joanne Adamchak <JAdamcha@usf.edu> |
| **To:** | Daniel Frishberg <danielfrishberg@usf.edu> |
| **Attachments:** | image001.png |

You are correct that you have been removed from housing and do not have access to your previously assigned room. As to notices, please  refer to the University communications for details and prior notices all of which clearly stated the date and time for final action in this regard.

Unless you request emergency housing, no further email responses will be sent regarding this prior housing assignment and emails will be maintained without response.

In the event you do receive notice from SCED, responses to that office should be direct to the sender as that is a separate student process.

Joanne M. Adamchak (Jodi)
Deputy General Counsel
University of South Florida
Office of the General Counsel
4202 E. Fowler Avenue, CGS 301
Tampa, FL 33620
813-974-1683
813-974-5236 (Facsimile)
jadamcha@usf.edu

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Tuesday, November 28, 2023 11:06 AM
**To:** Joanne Adamchak <JAdamcha@usf.edu>
**Subject:** Re: Emergency housing process

Thank you for the information. What do you mean that my belongings have been removed? USF said that it would do that tomorrow and not today. If (when) I get an injunction, you will allow me access (per the court order).

Best Regards,

Daniel

---

**From:** Joanne Adamchak <JAdamcha@usf.edu>

**EXHIBIT 24**

**Sent:** Tuesday, November 28, 2023 11:04 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Re: Emergency housing process

You certainly do not need to accept the emergency housing.  As you know, you will not be permitted back into your previously assigned room.  Your belongings have been removed and are available to you and may be retrieved by contacting the University Police.

As to service, electronic service is not accepted. Service must be made at the OGC office

Joanne M. Adamchak (Jodi)
Deputy General Counsel
University of South Florida
Office of the General Counsel
4202 E. Fowler Avenue, CGS 301
Tampa, FL 33620
813-974-1683
813-974-5236 (Facsimile)
jadamcha@usf.edu

---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Tuesday, November 28, 2023 11:00 AM
**To:** Joanne Adamchak <JAdamcha@usf.edu>
**Subject:** Re: Emergency housing process

Thank you for the short-term housing offer. I want access to my legally rented room, and expect to obtain it via the courts. You cannot lock me out. I have rights. You know this as a lawyer, I am sure that you are aware of Demps v. Hogan, 48 So. 998 (1909).

Does USF consent to electronic service?

Best Regards,

Daniel Frishberg, Pro Se

---

**From:** Joanne Adamchak <JAdamcha@usf.edu>
**Sent:** Tuesday, November 28, 2023 10:58 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Emergency housing process

As you are aware you elected not to comply with the University directive and lease terms, the University completed the steps regarding removal from housing.

In the event you are in need of an emergency space for the remainder of the academic term, the University will work to locate such short term housing for you. As you have demonstrated

that you cannot comply with the guidelines for an ESA the emergency space will be for you only.

Please advise me directly if you wish to explore the emergency space option.

Joanne M. Adamchak (Jodi)
Deputy General Counsel
University of South Florida
Office of the General Counsel
4202 E. Fowler Avenue, CGS 301
Tampa, FL 33620
813-974-1683
813-974-5236 (Facsimile)
jadamcha@usf.edu

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Tuesday, November 28, 2023 9:48 AM
**To:** Megan Bucalos <meganbucalos@usf.edu>; SA HRE SAP <sa-hre-sap@usf.edu>
**Cc:** Andrew Johnson <ajohnson15@usf.edu>; Sherrelle Findley <sfindley@usf.edu>; David Kloiber <dkloiber@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Molli Keller <keller14@usf.edu>; Joanne Adamchak <JAdamcha@usf.edu>; dannyfrishberg@gmail.com <dannyfrishberg@gmail.com>
**Subject:** Re: Key/Card Charge Confirmation

Dear Megan
Thank you for the clarification. "10" day (not fully 10 days due to weekends and holidays) so-called notice is insufficient. The law requires a minimum of 45 day notice for at will termination for quarter to quarter terms. Ours is a semester, but there is no semester listed in the statute, and since it's less than a year, it at a minimum falls within the 45 day notice. I will not be removing my property (and neither will you after the injunction is issued), since your illegal attempt to evict me will be resolved through the courts.

You cannot evict me without a court order.

If you wish to discuss this in person, I can do that.

Best Regards,

Daniel Frishberg

**From:** Megan Bucalos <meganbucalos@usf.edu>
**Sent:** Tuesday, November 28, 2023 9:44 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>; SA HRE SAP <sa-hre-sap@usf.edu>
**Cc:** Andrew Johnson <ajohnson15@usf.edu>; Sherrelle Findley <sfindley@usf.edu>; David Kloiber <dkloiber@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Molli Keller <keller14@usf.edu>; Joanne Adamchak <JAdamcha@usf.edu>; dannyfrishberg@gmail.com <dannyfrishberg@gmail.com>

**Subject:** RE: Key/Card Charge Confirmation

Daniel,

As of 12pm yesterday, your locks were changed and access revoked per the email sent by Dr. Andy Johnson on November 17. You may access your room and belongings by contacting University Police.

Best,

**Megan Bucalos**
Assistant Director for Housing Services
Housing & Residential Education
University of South Florida
813-974-7271
usf.edu/housing



---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Tuesday, November 28, 2023 9:42 AM
**To:** Megan Bucalos <meganbucalos@usf.edu>; SA HRE SAP <sa-hre-sap@usf.edu>
**Cc:** Andrew Johnson <ajohnson15@usf.edu>; Sherrelle Findley <sfindley@usf.edu>; David Kloiber <dkloiber@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Molli Keller <keller14@usf.edu>; Joanne Adamchak <JAdamcha@usf.edu>; dannyfrishberg@gmail.com
**Subject:** Re: Key/Card Charge Confirmation

Dear All,

I thought the locks were already changed and the keycard access revoked? Please confirm as soon as possible because I do not want to state it incorrectly in my complaint/emergency motion for an injunction. Your actions are a direct violation of Florida law. I believe it is Florida Statutes 83.67(2) but I could be wrong (off the top of my head).

I'm on my way to campus, and after that I'll head down to the courthouse. Since you've locked me out of my room, I'm stuck with my current clothes (didn't realize it would be cold here so all I've got is shorts/a tshirt + a spare set of the same + underwear etc with me).

As I told you numerous times, I do not consent to the lock being changed, or any charges. You do not have the right to lock me out of my room without a court order, nor can you evict me without one. Hopefully the injunction is issued today so I can grab a jacket.

Best Regards,

Daniel Frishberg

**From:** Megan Bucalos <meganbucalos@usf.edu>
**Sent:** Tuesday, November 28, 2023 9:02 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>; SA HRE SAP <sa-hre-sap@usf.edu>
**Cc:** Andrew Johnson <ajohnson15@usf.edu>; Sherrelle Findley <sfindley@usf.edu>; David Kloiber <dkloiber@usf.edu>; Amy Chilcutt <achilcutt@usf.edu>; Willie Garcia <garciaw4@usf.edu>; Molli Keller <keller14@usf.edu>
**Subject:** RE: Key/Card Charge Confirmation

Daniel,

Due to not vacating your room by 12pm on Monday, November 27, 2023 per the email from Dr. Andy Johnson, it stated "Please schedule your check-out with RLC Cordero and return your keys to the HUB Service Desk by 12:00 PM on Monday, November 27, 2023.  Failure to complete these steps by the deadline may result in additional fees or referrals to the Office of Student Conduct and Ethical Development.  ID card access to any residential space will also end at that time.  Your rent charges will cease on Monday, November 27, 2023 and a credit will be issued for the balance of the fall term.  The credit will be issued to your OASIS account."
Failure to turn in your keys resulted in a lock change and the charge to your account is correct. If you wish to appeal the charge you may do so through your Housing Portal.

Please refer to the email that Dr. Johnson sent you on November 17, 2023.

Best,

**Megan Bucalos**
Assistant Director for Housing Services
Housing & Residential Education
University of South Florida
813-974-7271
usf.edu/housing



**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Monday, November 27, 2023 3:28 PM
**To:** SA HRE SAP <sa-hre-sap@usf.edu>
**Subject:** Re: Key/Card Charge Confirmation

Hi,

I have major concerns as I did not consent to this, and did not authorize this.  You will be in direct violation of Florida law if you change the locks (preventing me from accessing my room).

You may not change the locks without a court order.

**From:** SA HRE SAP <sa-hre-sap@usf.edu>
**Sent:** Monday, November 27, 2023 3:06 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Key/Card Charge Confirmation

Daniel Anatoly Frishberg
U50082127

Dear Daniel,

This email serves as a confirmation that charges had been made on your student account. Please reference the attached **Key/Card Check-Out Form** for more information. If you have any questions or concerns, please feel free to contact Housing and Residential Education by calling (813) 974-0001, emailing housing@usf.edu or visiting our office Monday-Friday, 8 AM-5 PM in RAR 229.

*Housing & Residential Education- Housing Services*
**University of South Florida**
4202 E. Fowler Ave, RAR 229
Tampa, FL 33620

**6 of 6**

**From:** Joanne Adamchak <JAdamcha@usf.edu>
**Sent:** Monday, December 4, 2023 12:36 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Required pick up of property and document requests

Thank you for reaching out again to confirm your understanding that you must secure independent housing for Spring 2024 as you have been removed from USF housing for failure to follow the terms of the housing agreement.

USF has agreed to hold your personal property at the UP offices until January 8, 2024 at 5 PM to enable you to secure alternative housing off campus for this Spring 2024 term. Although USF offered emergency housing for the remaining weeks of Fall 2023, no emergency housing will be available after this current term.

As to your student record request, the Student Record Regulation may be accessed at https://usf.app.box.com/v/usfregulation20021. Students may request to view their records at the University by contacting the Office of the Registrar.

As to your public record request, the USF Policy may be accessed at https://usf.app.box.com/v/usfpolicy0-106. Requestors need to provide parameters of specific documents or search terms and provide a deposit for the search and review. Upon receipt of a specific search and the necessary deposit if applicable, the University would ask for an IT search to ensure all documents were located. To assist, there is a suggested form included in the Policy or you may email your specific request as indicated.

Public Records Law Compliance and
Record Confidentiality-Policy 0-106.pdf |

**EXHIBIT 25**



Powered by Box

usf.app.box.com

Joanne M. Adamchak (Jodi)

Deputy General Counsel

University of South Florida

Office of the General Counsel

4202 E. Fowler Avenue, CGS 301

Tampa, FL 33620

813-974-1683

813-974-5236 (Facsimile)

jadamcha@usf.edu



CONFIDENTIALITY WARNING: Records from this office may be legally privileged and intended only for the use of the Addressee(s) named above. If the reader of this electronic mail transmission is not the intended recipient, distribution or copying of this electronic transmission is prohibited. If the records are not exempt from disclosure, the records of the University of South Florida are subject to disclosure under the Florida Public Records law and any sender or recipient's email address and email content may be subject to public disclosure. Please notify the sender if you have received this email in error.

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Sunday, December 3, 2023 11:50 PM
**To:** USF Office of General Counsel <USFLegal@usf.edu>; Joanne Adamchak <JAdamcha@usf.edu>;
Andrew Johnson <ajohnson15@usf.edu>
**Cc:** dannyfrishberg@gmail.com <dannyfrishberg@gmail.com>
**Subject:** IMPORTANT Requested Discovery

Dear All,

As you know, I previously issued a litigation hold, which I hope was complied with.

I am requesting discovery, and I reserve the right to request more.

I would like any and all documents, information, communications, relevant information, etc in regard to my specific case. This includes the surveillance camera footage from November 17th when I was threatened by USF Employees (audio as well please). Though for the avoidance of doubt there is some stuff that I do not want entered into the **public** record (for obvious reasons, you know what it is assuming you have access to it), including the note from my doctor, and other sensitive information.

I also would like information (it is fine if it is anonymized, such as by replacing the names with John Doe 1, letters, numbers, etc) of all evictions/instances of when someone someone's agreement was  "administratively canceled", or USF in any other way forced them to vacate the room of individuals who have registered with SAS (or its predecessor department), had any mental disabilities/disorders, emotional support animals, service animals and/or in the past ten (10) years.

Please also provide any examples and accompanying information/documentation of ESA agreements being terminated non-consensually, revoked, or "administratively canceled" by USF within the past 10 years (it is fine if it is anonymized, such as by replacing the names with John Doe 1, letters, numbers, etc).

Please also provide any examples and accompanying information/documentation of evictions (or as you call it, purporting to terminate/"administratively cancel" the rental agreement and changing the locks) without a court order that occurred within the past 5 years.

Best Regards,

Daniel Frishberg

**From:**    Ian Carroll <icarroll@usf.edu>
**Sent:**    Tuesday, December 12, 2023 1:36 PM EST
**To:**    "2023087401+usf@efc.maxient.com" <2023087401+usf@efc.maxient.com>
**Subject:**    FW: SCED Civility Workshop Updated Information
**Attachment(s):**

---

**From:** Ian Carroll
**Sent:** Tuesday, December 12, 2023 1:36 PM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Cc:** Tammy Moscato <tammymoscato@usf.edu>; Student Conduct & Ethical Development <studentconduct@usf.edu>
**Subject:** RE: SCED Civility Workshop Updated Information

Hi Daniel,

Thank you for your email, I understand there is a lot going on for you.

The address I mentioned is the mailing address to submit payment to the USF Cashier's Office. The Cashier's Office mailing address has changed to a new location and payments mailed to the old address are being marked "Return to Sender".

I appreciate your honesty but I will remind you that failure to complete sanctions from our office will result in a hold being placed on your account which will prevent you from registering for classes or changing classes until the hold is resolved. I encourage you to complete your sanctions as outlined in your outcome letter until you have resolved the situation with USF Housing.

Thank you and best of luck,
Ian


--
**Ian Carroll**
Pronouns: he/him/his
Adaptability | Ideation | Deliberative | Analytical | Intellection
Assistant Director
Student Conduct and Ethical Development
University of South Florida
Tampa campus
4202 E. Fowler Avenue
Tampa, FL 33620
813-974-9443
icarroll@usf.edu



Note: Florida has a very broad public records law. Most written communications to or from state employees regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

EXHIBIT 26

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Tuesday, December 12, 2023 12:52 PM
**To:** Ian Carroll <icarroll@usf.edu>
**Cc:** Tammy Moscato <tammymoscato@usf.edu>; Student Conduct & Ethical Development
<studentconduct@usf.edu>
**Subject:** Re: SCED Civility Workshop Updated Information

Dear Ian, and everyone else,

(I do not mean this to come across as rude, etc, I apologize if it does).

I will not be doing the workshop, or any other "sanctions" that I was assigned due to letting my ESA out of my room. I am both contractually allowed to, as well as by law. Section 760 (Florida Statutes/Fair Housing Act) allows my ESA to be in all common areas of the dwelling. HUD guidance was also crystal clear on how allowing ESA's into common areas is a "reasonable accommodation".

See: https://www.hud.gov/sites/dfiles/PA/documents/HUDAsstAnimalNC1-28-2020.pdf

I will likely circle back to the schools disciplinary actions against me later, as I am focused currently on getting my room back (after I was evicted due to my ESA and exercising my rights).


What do you mean the payment address was changed? Like on USF's end? Or on my end?

Best Regards,

Daniel Frishberg

---

**From:** Ian Carroll <icarroll@usf.edu>
**Sent:** Tuesday, December 12, 2023 10:05 AM
**Cc:** Tammy Moscato <tammymoscato@usf.edu>; Student Conduct & Ethical Development
<studentconduct@usf.edu>
**Subject:** SCED Civility Workshop Updated Information

Good morning,

You are receiving this email because you have been assigned the Civility and Community Standards Workshop from Student Conduct and Ethical Development. We have received word that the payment address to mail your payment to the Cashier's Office has been changed. If you have not yet submitted your payment, please either drop your payment in the drop box in the SVC building or mail it to the new address in the attached form.

Thank you,
Ian

--
**Ian Carroll**
Pronouns: he/him/his
Adaptability | Ideation | Deliberative | Analytical | Intellection
Assistant Director
Student Conduct and Ethical Development
University of South Florida
Tampa campus

4202 E. Fowler Avenue
Tampa, FL 33620
813-974-9443
icarroll@usf.edu



Note: Florida has a very broad public records law. Most written communications to or from state employees regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

| | |
|---|---|
| **From:** | Jan Serpan <serpan@usf.edu> |
| **Sent:** | Thursday, December 14, 2023 10:20 AM EST |
| **To:** | "20230874+usf@efc.maxient.com" <20230874+usf@efc.maxient.com> |
| **Subject:** | Fw: Upcoming due date for your case |
| **Attachment(s):** | |

---

**From:** Jan Serpan <serpan@usf.edu>
**Sent:** Thursday, December 14, 2023 10:17 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Re: Upcoming due date for your case

Good morning, Daniel,

Thank you for your email. I appreciate you providing the additional information; however, the Hearing Body's decision remains final since the window to appeal their decision has passed.

As my colleague Ian Carrol has shared, I also encourage you to complete the assigned sanctions to prevent the hold from being placed on your account.

Have a good day,
Jan

--
With best regards,

**Jan Serpan, M.A.T.** (He|Him)
Graduate Assistant
Student Conduct and Ethical Development
University of South Florida

John and Grace Allen Building (ALN), Suite 109
4202 E. Fowler Ave, Tampa, FL 33620
Phone: (813) 974-9443
Fax: (813) 974-7383
www.usf.edu/sced



---

**From:** Daniel Frishberg <danielfrishberg@usf.edu>
**Sent:** Wednesday, December 13, 2023 4:56 PM
**To:** Jan Serpan <serpan@usf.edu>
**Subject:** Re: Upcoming due date for your case

Dear Jan Serpan,

**EXHIBIT 27**

I do not mean to be rude, or come across that way, so please do not interpret it that way. I am laying out the facts.

I understand that you purport I have sanctions for letting my ESA out of my room and into the common area. I disagree, the HUD disagrees, Section 760 (Fair Housing Act), and potentially the ADA disagrees. See this guidance issued by HUD: https://www.hud.gov/sites/dfiles/PA/documents/HUDAsstAnimalNC1-28-2020.pdf.

USF is in the wrong. I understand you have policies and rules, and all that, but what occurred when USF refused to make that "reasonable accommodation" was disability discrimination, and illegal. USF **has** to make that accommodation. These sanctions constitute retaliatory action.

(From the above link, page 3): "The Fair Housing Act (FHA) makes it unlawful for a housing provider3 to refuse to make a reasonable accommodation that a person with a disability may need in order to have equal opportunity to enjoy and use a dwelling.4 One common request housing providers receive is for a reasonable accommodation to providers' pet or no animal policies so that individuals with disabilities are permitted to use assistance animals in housing,5 including public and common use areas."

Footnote five states "For purposes of this guidance, the term "housing" refers to all housing covered by the Fair Housing Act, including apartments, condominiums, cooperatives, single family homes, nursing homes, assisted living facilities, group homes, domestic violence shelters, emergency shelters, homeless shelters, dormitories, and other types of housing covered by the FHA."

USF falls under that definition. It is against both state and federal law.

Will you reconsider you decision in light of this information?

Best Regards,
Daniel

---

**From:** Jan Serpan (via Maxient) <notifications@maxient.com>
**Sent:** Monday, December 11, 2023 3:01 AM
**To:** Daniel Frishberg <danielfrishberg@usf.edu>
**Subject:** Upcoming due date for your case

To: Daniel Frishberg
Regarding: Case 2023087401

This email serves as a friendly reminder that you have an obligation due within the next few days in the above referenced case. Please refer to your previous letters and correspondence for further details.

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.