**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:24-cv-22-TPB-NHA | DATE: January 16, 2024 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **DANIEL A. FRISHBERG**<br><br>v.<br><br>**USF BOARD OF TRUSTEES, et al.** | **PLAINTIFF COUNSEL:**<br>Pro Se<br><br>**DEFENSE COUNSEL:**<br>Sacha Dyson |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 2:00 – 2:12 p.m.<br>**TOTAL:** 12 mins. | **COURTROOM:** N/A |

**PROCEEDINGS:**   PRELIMINARY INJUNCTION HEARING  (by Zoom)

Court advises parties that all further hearings will be conducted in person.

Court hears from parties regarding motion for preliminary injunction (Doc. 4).

Counsel accepts service on behalf of USF and will file notice indicating such. Court construes defendant's previous filing as motion to dismiss.  Plaintiff will be able to respond. Order to follow.