UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIEL A. FRISHBERG,**

    **Plaintiff,**

vs.                                                                Case No.: 8:24-cv-22-TPB-NHA

**UNIVERSITY OF SOUTH**
**FLORIDA BOARD OF TRUSTEES, et al.**

    **Defendants.**
_____/

## DEFENDANTS' NOTICE OF ACCEPTANCE
## OF SERVICE OF SUMMONS AND PLAINTIFF'S COMPLAINT

Defendants, UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES and HRSE-CAPSTONE TAMPA, LLC ("Defendants"), through their undersigned counsel, hereby file notice, as represented at the hearing on January 16, 2024, that they have accepted service of the summons and Plaintiff's Complaint (Dkt. No. 1) as of January 16, 2024.

Dated this 16th day of January, 2024.

                                              Respectfully submitted,

                                              *s/Sacha Dyson*
                                              SACHA DYSON
                                              Florida Bar No.: 509191
                                              sdyson@bgrhlaw.com
                                              Kevin M. Sullivan
                                              Florida Bar No.: 1003812
                                              ksullivan@bgrhlaw.com
                                              BUSH GRAZIANO RICE & HEARING, P.A.
                                              100 S. Ashley Drive, Suite 1400
                                              Tampa, Florida 33602

TEL: (813) 228-7000
FAX: (813) 273-0091
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing also was served via electronic mail and U.S. mail to the following:

Daniel A. Frishberg
284 Monroe Drive
Mountain View, CA 94040
Email: dannyfrishberg@gmail.com
PRO SE PLAINTIFF

*s/ Sacha Dyson*
Attorney