**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel A. Frishberg | 8:24-cv-22-TPB-NHA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| University Of South Florida Board of Trustees et. al. | Civil Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USF Board of Trustees counsel, Bush Graziano Rice & Platter P.A.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
100 S. Ashley Drive, Suite 1400, Tampa, FL, 33602

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Daniel Frishberg, 284 Monroe Drive, Mountain View, California, 94040

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
USF Counsel phone number: (813) 228-7000
Counsel Email: sdyson@bgrplaw.com
Estimated times availble is probably 9am-5pm Monday-Friday (except holidays).
USF Board of Trustee address: 4202 E. Fowler Avenue, CGS301 Tampa, FL 33620

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 7542378472
DATE: 01/10/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 18
District to Serve No.: 18
Signature of Authorized USMS Deputy or Clerk
Date: 1/11/24

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
H. Hamilton "Chip" Rice III, Attorney
Date: 1/17/24
Time: 10:45 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

Address *(complete only different than shown above)*

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

JAN 18 2024 AM 9:01
FILED - USDC - FLMD - TPA

Form USM-285
Rev. 03/21