Daniel A. Frishberg
*Pro Se*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| Daniel A. Frishberg, | **)** | |
| *Plaintiff*, | **)** | |
| v. | **)** | Case Number: 8:24-cv-00022-TPB-NHA |
|  | **)** | |
| University Of South Florida's Board Of Trustees, | **)** | |
| HRSE-Capstone Tampa, LLC, | **)** | |
| *Defendants*. | **)** | |
|  | **)** | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Daniel A. Frishberg, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the United States District Court for the Middle District of Florida. The United States District Court for the Middle District of Florida's April 11, 2024 *Order Granting Defendants' Motion To Dismiss* [Dkt. No. 27]. A copy of the Order appealed is attached hereto as **Exhibit A,** the Motion that led to the order is attached as **Exhibit B,** and the *Plaintiff's Reply to The Defendants' Memorandum of Law/Motion To Dismiss* is attached as **Exhibit C**.

The names of all the parties to the Order and the names, addresses, and telephone numbers of their counsel are as follows:

Appellant:

> **PRO SE APPELLANT**
> Daniel A. Frishberg
> *Pro Se*
> DanielFrishbergDiscovery@gmail.com

Appellees:

> **Bush Graziano Rice & Hearing, P.A.**
> Sacha Dyson
> 100 S. Ashley Drive, Suite 1400
> Tampa, FL 33602
> (813) 228-7000 (Office Main)
> sdyson@bgrhlaw.com
>
> *Counsel to the University of South Florida, HRSE-Capstone Tampa, LLC,*

# **CONSENT TO ELECTRONIC SERVICE**

I hereby consent to receive electronic service of notices and documents related to this appeal. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will not receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of this case so that I do not miss a filing; and

6. I understand that this consent applies only to this case and that if there are additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

Respectfully submitted,
*/s/ Daniel A. Frishberg*
Daniel A. Frishberg
*Pro Se*
April 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, a true and correct copy of Daniel A. Frishberg's *Notice Of Appeal* of the April 11, 2024 *Order Granting Defendants' Motion To Dismiss* was filed with the Clerk of the United States District Court for the Middle District of Florida and served upon Chambers, and the Defendants in the case.

<u>/s/ Daniel A. Frishberg</u>
Daniel A. Frishberg
*Pro Se*
April 15, 2024