Daniel A. Frishberg
*Pro Se*

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| Daniel A. Frishberg, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Case Number: 8:24-cv-00022-TPB-NHA |
|  | ) | |
| University Of South Florida's Board Of Trustees, | ) | |
| HRSE-Capstone Tampa, LLC, | ) | |
| *Defendants*. | ) | |
|  | ) | |

# REQUEST FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*/REQUEST FOR CLARIFICATION

Daniel A. Frishberg, (the "Plaintiff") hereby respectfully requests either (I) clarification about the need to request leave to appeal *in forma pauperis*, or (II) requests leave to appeal *in forma pauperis*

In the letter transmitted to the Clerk for the Court of Appeals for the 11th Circuit, it was stated that the Plaintiff needs to file for leave with the District Court to proceed in forma pauperis.

The Federal Rules of Appellate Procedure (the "<u>FRAP</u>") state in Rule 24(3) that: "A party who was permitted to proceed in forma pauperis in the district-court action, … may proceed on appeal in forma pauperis without further authorization" unless certain things occur which have not occurred in this instance.

The Plaintiff was previously allowed to proceed *in forma pauperis* (*See* Dkt. No. 5). It was the Plaintiff's understanding that he did not need to request leave to appeal *in forma pauperis*, so that is why the Plaintiff did not request any prior to filing the appeal.

The Plaintiff requests clarification about if he needs to request leave to appeal *in forma pauperis*, and asks that if leave is required, leave is granted.

Respectfully submitted,
<u>/s/ Daniel A. Frishberg</u>
Daniel A. Frishberg
*Pro Se*
April 21, 2024,
Santa Clara County, California

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2024, a true and correct copy of the above was filed with the Clerk of the United States District Court for the Middle District of Florida and served upon Chambers, and the Defendants in the case.

*/s/ Daniel A. Frishberg*

Daniel A. Frishberg

*Pro Se*

April 21, 2024