# Motion for Permission to

# Appeal In Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

Daniel A. Frishberg

v.

USF et. Al

Court of Appeals No. _____

District Court No. 8:24-cv-00022-TPB-NHA

**Instructions**: Complete all questions in this application and then sign it.  Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  You must include a Certificate of Interested Persons and Corporate Disclosure Statement (attached).

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them.  I believe I am entitled to redress.  I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.  (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 04/23/2024                           Signed: Daniel Frishberg

1. *My issues on appeal are:* In Exhibit A of the document that this is attached to.

_____

_____

(For some reason whatever I put into the Defendants' box also becomes the appeal number in the bottom).
_____

Rev.: 1/22

2. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $570 | $N/A | $0.00 | $N/A |
| Self-employment | $N/A | $N/A | $0 | $N/A |
| Income from real property (such as rental income) | $N/A | $N/A | $0 | $N/A |
| Interests and dividends | $1.00 | $N/A | $0 | $N/A |
| Gifts | $5.00 | $N/A | $0 | $N/A |
| Alimony | $N/A | $N/A | $0 | $N/A |
| Child support | $N/A | $N/A | $0 | $N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $N/A | $N/A | $0 | $N/A |
| Disability (such as Social Security, insurance payments) | $N/A | $N/A | $0 | $N/A |
| Unemployment payments | $N/A | $N/A | $0 | $N/A |
| Public-assistance (such as welfare) | $N/A | $N/A | $0 | $N/A |
| Other (specify): _____ | $N/A | $N/A | $0 | $N/A |
| **Total monthly income:** | $576.00 | $N/A | $0 | $N/A |

3. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| O.K | (Remote) | 06/19/2023-09/22/2023 | 570.00 |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

5. How much cash do you and your spouse have? $ $20ish (don't use cash much)

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| First Republic Bank | Checking | $2.44 | $ N/A |
| Wells Fargo | Credit (Note that amount is negative) | $-$2,871.00 | $ N/A |
| Fidelity Investments | Individual | $0.78 | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: Toyota 1994 |
| N/A | N/A | Model: Landcruiser |
| N/A | N/A | Registration #: Unsure |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| ~$3000 in stocks (netted for debt) | Laptop $400 (use for school) | Make & Year: N/A |
|  | Phone $300 | Model: N/A |
|  | Car, $1k (netted for repairs) | Registration #: N/A |

7. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | 0 | N/A |
| N/A | 0 | N/A |
| N/A | 0 | N/A |

3

8. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

9. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Is property insurance included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 200 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 1000 | $ (RENT) |
| Food | $ 425 | $ N/A |
| Clothing | $ 20 | $ N/A |
| Laundry and dry-cleaning | $ 30 | $ N/A |
| Medical and dental expenses | $ 200 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 90 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 60 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 100 | $ N/A |
| Installment payments | $ See below | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): Fidelity/Wells Fargo | $ 180 | $ N/A |
| Department store (name): N/A | $ 0 | $ N/A |
| Other: Phone/Laptop payments | $ 300 | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): Cat (ESA) expenses like food, litter, medical | $ $110 | $ N/A |
| **Total monthly expenses** | $ 2465 | $ N/A |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ■ Yes   ☐ No      If yes, describe on an attached sheet.

11. Have you spent – or will you be spending – any money for expenses or attorney fees in connection with this lawsuit?

    ■ Yes   ☐ No      If yes, how much: $ 2100

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I expect no additional income (currently I have none, as I am not employeed). The previous income was from a summer job, and there is no indication that I would be able to obtain one this year/summer.
I also have credit card debt coming due within the next 12 months.
My "other" asset is stockinvestments netted (after debt/margin), and that's how I intend to pay my expenses. I am currently illiquid.

13. State the city and state of your legal residence. Mountain View, California

    Your daytime phone number: (754) 237-8472
    Your age: 20        Your years of schooling: 14

5

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)

Daniel Frishberg    *vs.* USF Et. Al.    Appeal No. USF et. Al

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

I do not believe that there is anyone with an interest in this case other than the parties involved.

Such as the Defendants' counsel/Defendants.

(Ignore the "prisoner #". The online PDF seems to link several boxes to have identical text in them).

Submitted by:
Signature: /s/Daniel Frishberg
Name: Daniel Frishberg        Prisoner # (if applicable): $570
Address: 284 Monroe Drive, Mountain View, California, 94040
Telephone #: 7542378472

Rev.: 2/23