




UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

TRACKED ▪ INSURED

EXPECTED DELIVERY DAY: 11/06/25
USPS TRACKING® #
9505 5265 3602 5308 4124 52

FROM:
Daniel Frishberg
284 Monroe Drive,
Mountain View, CA
94040

Screened by USMS

TO: Clerk of The Court
801 North Florida Avenue
Tampa, FL
33602

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

Orig: 33620
Dest: 33602
11/04/25
2000052608

CPU



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE