| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Tuesday, September 16, 2025 9:03 AM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 8:24-cv-00022-TPB-NHA Frishberg v. University of South Florida Board of Trustees et al USCA opinion/order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/16/2025 at 9:02 AM EDT and filed on 9/16/2025

**Case Name:**     Frishberg v. University of South Florida Board of Trustees et al
**Case Number:**   8:24-cv-00022-TPB-NHA
**Filer:**
**WARNING: CASE CLOSED on 04/11/2024**
**Document Number:** 36

**Docket Text:**
**OPINION of USCA: AFFIRMED IN PART, VACATED AND REMANDED IN PART as to [29] Notice of Appeal, filed by Daniel A. Frishberg. EOD: 9/16/2025. Mandate to issue at a later date. USCA number: 24-11175-HH. (MCB)**


**8:24-cv-00022-TPB-NHA Notice has been electronically mailed to:**

Sacha Dyson     sdyson@bgrhlaw.com, arobbins@bgrhlaw.com, mmcleod@bgrhlaw.com, nhearing@bgrhlaw.com

**8:24-cv-00022-TPB-NHA Notice has been delivered by other means to:**

Daniel A. Frishberg
284 Monroe Drive
Mountain View, CA 94040

**EXHIBIT B**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=9/16/2025] [FileNumber=26191772-0] [a7ec117fb46d573349c261509e9a80be79b5cf6cbbf9646a73d1f7eda6b2cad240 04455ef0d2a99849d25796dbae3be196009009ab80523d539ff99c670a5004]]