| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, October 17, 2025 9:58 AM |
| **To:** | Michelle McLeod |
| **Subject:** | 24-11175-HH Daniel Frishberg v. University of South Florida Board of Trustees, et al "Mandate Issued" (8:24-cv-00022-TPB-NHA) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 10/17/2025

| | |
|---|---|
| **Case Name:** | Daniel Frishberg v. University of South Florida Board of Trustees, et al |
| **Case Number:** | 24-11175 |
| **Document(s):** | 50 |

**Docket Text:**
Mandate issued as to Appellant Daniel Frishberg.

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Sacha Dyson
Daniel Frishberg
Kevin Sullivan


The following document(s) are associated with this transaction:
**Document Description:** MDT-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/MoniqueTaylor_2411175_10580661_MDT-1LetterIssuingMandate_288.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/17/2025] [FileNumber=10580661-1]

[08f5246ac2472b4051a03e521ee6d5c4e095436002cd74449d13939f8b0217b26f1a2019d8e3c96c9f21b11d324d5cbeafa7103b359843d75c59802614725b6e]]

**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Sacha Dyson
- Daniel Frishberg
- Kevin Sullivan

**Document Description:** Mandate Issued
**Original Filename:** 24-11175 - Judgment.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/17/2025] [FileNumber=10580661-0]
[79afadf9b476a896aa86d6ea1cdc5be2bd6660141148864c509fd8f1f58bc491b0c7cd93ba2cda953463370af8249757fa458b7b3f6f34eb2f0b00562934b580]]