| | |
|---|---|
| From: | cmecf_flmd_notification@flmd.uscourts.gov |
| Sent: | Friday, October 17, 2025 10:22 AM |
| To: | cmecf_flmd_notices@flmd.uscourts.gov |
| Subject: | Activity in Case 8:24-cv-00022-TPB-NHA Frishberg v. University of South Florida Board of Trustees et al USCA Mandate |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 10/17/2025 at 10:21 AM EDT and filed on 10/17/2025

**Case Name:** Frishberg v. University of South Florida Board of Trustees et al
**Case Number:** 8:24-cv-00022-TPB-NHA
**Filer:**
**WARNING: CASE CLOSED on 04/11/2024**
**Document Number:** 37

**Docket Text:**
**MANDATE of USCA: AFFIRMED IN PART, VACATED AND REMANDED IN PART as to [29] Notice of Appeal filed by Daniel A. Frishberg. Issued as Mandate: 10/17/2025. USCA number: 24-11175-HH. (MCB)**


**8:24-cv-00022-TPB-NHA Notice has been electronically mailed to:**

Sacha Dyson     sdyson@bgrhlaw.com, arobbins@bgrhlaw.com, mmcleod@bgrhlaw.com, nhearing@bgrhlaw.com

**8:24-cv-00022-TPB-NHA Notice has been delivered by other means to:**

Daniel A. Frishberg
284 Monroe Drive
Mountain View, CA 94040

**EXHIBIT D**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=10/17/2025] [FileNumber=26325413
-0] [879f3299e43e3d997a0b2c651c4c738458dacd14c4ee11950452cb6c7f8daa12c
6e44c1ac7f7ef38ca6636886aa18e7a1aaa74e886842e127eb167902f8ec17f]]