UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Daniel A. Frishberg, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 8:24-cv-00022-TPB-NHA |
| | ) |
| University Of South Florida's Board Of Trustees, | ) |
| HRSE-Capstone Tampa, LLC, | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE

Daniel Frishberg, the Plaintiff ("Mr. Frishberg", the "Plaintiff") respectfully files this Motion (the "Reply Motion"):

Plaintiff, proceeding *pro se*, respectfully moves ~~the Court~~ -DE- pursuant to Local Rule 3.01(e) for leave to file a reply to *Defendants' Response in Opposition to Plaintiff's Motion for Leave to File Out of Time and Motion for Permission to Use Electronic Filing* (Dkt. 44). In support, Plaintiff states:

1. A reply is necessary to clarify several factual issues raised for the first time in Defendants' Response. Defendants' filing contains a number of assertions—regarding Plaintiff's PACER access status, prior receipt of

1

electronic notices, awareness of the October 17, 2025 Order, the feasibility of alternate filing methods, and Plaintiff's attempts to comply—that, if unrebutted, risk presenting the Court with an incomplete or inaccurate factual record.

2. These issues are directly material to the Court's determination of excusable neglect under Federal Rule of Civil Procedure 60(b)(1) and the Pioneer factors. A limited reply will ensure the Court has accurate information relevant to those inquiries.

3. Plaintiff seeks leave to file a reply not exceeding five (5) pages, limited solely to addressing factual issues and mischaracterizations first raised in Defendants' Response. Plaintiff will not assert new legal arguments.

4. Granting leave will aid the Court, cause no prejudice to Defendants, and support the Eleventh Circuit's strong preference for resolving cases on the merits.

5. Due to Plaintiff's *pro se* status and mail-only filing restriction, Plaintiff respectfully requests that his reply, once authorized, be deemed filed as of the date it is placed in the mail, or alternatively, that Plaintiff be granted fourteen (14) days from the date of the Court's order granting leave to file the reply.

6. Under Local Rule 3.01(e), no response from Defendants is permitted to this motion.

**WHEREFORE, Plaintiff respectfully requests that the Court:**

(a) Grant leave to file a reply not exceeding five pages[1];

(b) Permit Plaintiff to file the reply within fourteen (14) days of the Court's order, or deem the reply filed as of the date of mailing; and

(c) Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/*Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*

November 25, 2025,

Santa Clara County, California

---

[1] Not counting header/attachments including certificate of service and the like.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25 day of November, 2025, a copy of the foregoing was served via electronic email upon the Defendants, as well as physically mailed to the Clerk Of The Court.

/s/*Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*

## Local Rule 3.01(g) Certificate

Plaintiff hereby certifies that he conferred with the Defendants via email, and that the Defendants __Oppose__ the relief requested within the Leave To Reply.


/s/*Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*

November 25, 2025,

Santa Clara County, California

vacate the dismissal order, accept the Amended Complaint as filed, or alternatively grant leave to re-file it, and award such further relief as the Court deems proper.

Respectfully submitted,

/s/*Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*

November 25, 2025,

Santa Clara County, California

13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25 day of November, 2025, a copy of the foregoing was served via electronic email upon the Defendants, as well as physically mailed to the Clerk Of The Court.

/s/*Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*

## Local Rule 3.01(g) Certificate

Plaintiff hereby certifies that he conferred with the Defendants via email, and that the Defendants __Oppose__ the relief requested within the Rule 60b Motion.

*/s/Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*

November 25, 2025,

Santa Clara County, California