**PRESS FIRMLY TO SEAL**






| **PRIOR**
| **MAI**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).
- USPS Tracking® service included for domestic and many internati
- Limited international insurance.**
- When used internationally, a customs declaration form is required

*Insurance does not cover certain items. For details regarding claims exclusions see Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations

# LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package P
scan the QR code.



Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5



USPS.COM/PICKUP

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**LEGAL FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Nov 25 2025
Mailed from ZIP 94040
PRIORITY MAIL
ZONE 8 FLAT – RATE ENV
10062113
Commercial

063S0010282490

**USPS PRIORITY MAIL ®**

DANIEL FIRSHBERG
284 MONROE DR
Mountain View CA 94040

C038

AAJ

SHIP TO:
CLERK OF THE COURT
801 N FLORIDA AVE
TAMPA FL 33602-3849



**USPS TRACKING #**



9405 5118 9956 1977 1228 63


PAPER POUCH
how2recycle.info

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0125

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14L © U.S. Postal Service; October 2023; All rights reserved.

# PRIORITY® MAIL

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

r international shipments, the maximum weight is 20 lbs.



**LEGAL FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000060

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5

For Domestic shipments, the maximum weight is 70 lbs. Fo