# IN THE CIRCUIT/COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

```
EXHIBIT
A
```

FRISHBERG, DANIEL A vs UNIVERSITY OF SOUTH FLORIDA ( BOARD OF TRUSTEES )
Plaintiff/Petitioner vs Defendant/Respondent

CASE NUMBER: **23-CC-125805**
DIVISION: **S**

**TO:**   23-CC-125805
FRISHBERG, DANIEL A
284 MONROE DRIVE
MOUNTAIN VIEW CA 94040

## NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION ON COURT'S OWN MOTION

Pursuant to the applicable rules of court, because no activity by filing of pleadings, order of court or otherwise has occurred on the record of the above-styled action for a period of at least six months, said action shall be dismissed unless good cause in writing is filed at least five days before the date of hearing set forth below.

If good cause why this action should remain pending is filed as stated above, a hearing on the question will be held before the Honorable  Melissa Black at AUDIO-VIDEO  ZOOM HTTPS://ZOOM.US/J/6525513357 CALL IN 1 (786) 635 - 1003 MEETING ID: 652 551 3357      on 6/19/2025 at 10:00 AM.

Failure to file written good cause may result in DISMISSAL. If good cause is filed, failure to appear after filing good cause may also result in DISMISSAL. PLEASE BE GOVERNED ACCORDINGLY.

I certify that a copy hereof has been furnished to:

Defendant: UNIVERSITY OF SOUTH FLORIDA C/O ANDREW JOHNSON 4202 E FOWLER AVE  TAMPA FL 33620, by mail

Defendant: HRSE CAPSTONE MANAGEMENT C/O JANA FARO 8588 POTTER PARK DR SUITE 500  SARASOTA FL 34238, by mail

Plaintiff: FRISHBERG, DANIEL A 284 MONROE DRIVE   MOUNTAIN VIEW CA 94040, by mail

on 4/3/2025.

**VICTOR D. CRIST,**
**CLERK OF THE CIRCUIT COURT**
23-CC-125805,  4/3/2025 1:15:58 AM

23-CC-125805  4/3/2025 1:15:58 AM

**VICTOR D. CRIST, CLERK**



Scan to sign up for text
message reminders



**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813)272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**