IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

DATE: **6/18/2025**   CASE NUMBER: **23-CC-125805**   **Division S**

**DANIEL A FRISHBERG**
  Plaintiff(s)
vs
**UNIVERSITY OF SOUTH FLORIDA; HRSE CAPSTONE MANAGEMENT; UNIVERSITY OF SOUTH FLORIDA (BOARD OF TRUSTEES); HSRE-CAPSTONE TAMPA, LLC (CARE OF JANA FARO)**
  Defendant(s)

**Counter-Claim Defendant:**     **Cross-Claim Defendant:**
**Third Party Claim Defendant:**

## DISMISSAL DOCKET HEARING DISPOSITION

ATTORNEY OF RECORD PLAINTIFF:          ATTORNEY OF RECORD DEFENDANT:

Pro Se

☐ APPEARED ☑ NO APPEARANCE          ☑ APPEARED ☐ NO APPEARANCE

APPEARED FOR PLAINTIFF: _____10:28 Am_____

APPEARED FOR DEFENDANT: _____Sacha Dyson_____

☐ MOTION TO REMOVE FROM DISMISSAL DOCKET – GRANTED

☐ ___    ☐ 60    ☐ DAYS TO SERVE
☐ 10    ☐ 90    ☐ DAYS TO SET HEARING _____
☐ 20    ☐ 120   ☐ DAYS TO SUBMIT JUDGMENT PACKET
☐ 30    ☐ 180   ☐ DAYS TO SET MEDIATION

OTHER: _____

☑ MOTION TO REMOVE FROM DISMISSAL DOCKET – DENIED / CASE TO BE DISMISSED

**COMMENTS**
_____
_____
_____

COURT CLERK:

**EXHIBIT B**