# IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

**DANIEL A FRISHBERG,**
Plaintiff/Petitioner

CASE NUMBER: **23-CC-125805**
Division S

VS

**UNIVERSITY OF SOUTH FLORIDA; HRSE CAPSTONE MANAGEMENT; University of South Florida (Board Of Trustees); HSRE-Capstone Tampa, LLC (Care of Jana Faro)**
Defendant/Respondent

## ORDER OF DISMISSAL

This action was heard on the court's motion to dismiss for lack of prosecution served on April 03, 2025.

The court finds that (1) notice prescribed by rule 1.420(e) was served on April 03, 2025; (2) there was no record activity during the 10 months immediately preceding service of the foregoing notice; (3) there was no record activity during the 60 days immediately following service of the foregoing notice; (4) no stay has been issued or approved by the court; and (5) no party has shown good cause why this actions should remain pending.  Accordingly,

IT IS ORDERED that this action is dismissed for lack of prosecution.

ORDERED at Tampa, Hillsborough County, Florida on June 19, 2025.

23-CC-125805 6/20/2025 8:11:54 AM
Melissa C Black, County Judge

Filed 6/19/2025 Hillsborough County Clerk of the Circuit Court