UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL A. FRISHBERG,

      Plaintiff,

v.                                                                    Case No. 8:24-cv-22-TPB-NHA

UNIVERSITY OF SOUTH
FLORIDA BOARD OF TRUSTEES,
and HRSE-CAPSTONE TAMPA,
LLC

      Defendants.

_____/

## **ORDER**

Plaintiff, counsel for each Defendant, and a corporate representative with settlement authority for each Defendant are directed to appear at an in-person settlement conference on Monday, February 9, 2026, beginning at 9:30 a.m. in Tampa Courtroom 11A.

No later than January 26, 2026, each party shall send a confidential mediation statement to **chambers_flmd_hirt_adams@flmd.uscourts.gov**. That statement shall contain:

- The name and role of each person attending the settlement conference.

- A case summary, including the key facts and relevant legal issues.

- A list of any filings, beyond the pleadings, the order on the motion to dismiss, and the opinion of the Eleventh Circuit, that you'd like me to read.

- A summary of the strengths and weaknesses of each party's case.

- A summary of any settlement discussions thus far, an explanation of why any prior proposals have failed, and any barriers to settlement.

- At least three times during the week of February 2, 2026 at which the party or its counsel can be available for a 30-minute call with me to discuss the settlement conference.

**ORDERED** on December 18, 2025.

NATALIE HIRT ADAMS
United States Magistrate Judge