**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:24-cv-22-TPB-NHA | **DATE:** December 17, 2025 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **DANIEL A. FRISHBERG**<br><br>v.<br><br>**UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, et al.** | **PLAINTIFF COUNSEL:**<br>Pro Se<br><br>**DEFENDANT COUNSEL:**<br>Sacha Dyson |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:57 – 11:08 a.m.<br>**TOTAL:** 11 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** MOTION HEARING

Court addresses motion for Rule 60b(a) (Doc. 46) and motion for leave to file amended complaint (Doc. 41).

Based on Plaintiff's statements regarding injunctive relief, settlement may be possible. Court will refer settlement issue to Judge Adams. Order to follow.