UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL A. FRISHBERG,

    Plaintiff,

v.                                              Case No: 8:24-cv-22-TPB-NHA

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES ET AL,

    Defendant.
_____/

**SETTLEMENT CONFERENCE REPORT**

On February 9, 2026, a settlement conference was held before the undersigned pursuant to the court's order (Doc. 53). Plaintiff, defense counsel, and Defendant's representative were present at each stage of the settlement conference and negotiated in good faith.

    Result:    IMPASSE.

    **DONE** in Tampa, Florida, on February 9, 2026.

*/s/ Natalie Hirt Adams*
NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record