**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| Daniel A. Frishberg, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 8:24-cv-00022-TPB-NHA |
| | ) |
| University Of South Florida's Board Of Trustees, | ) |
| HRSE-Capstone Tampa, LLC, | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Plaintiff Daniel A. Frishberg respectfully moves for leave to proceed on appeal *in forma pauperis* pursuant to Federal Rule of Appellate Procedure 24(a).

Plaintiff has filed a Notice of Appeal from the Court's final judgment and related orders entered in this action. Plaintiff is unable to pay the appellate filing fees due to limited financial resources, as reflected in the attached financial affidavit[1] (Form AO-239).

Plaintiff claims entitlement to redress because the District Court erred in entering the Final Judgment of Dismissal on November 3, 2025; in denying Plaintiff's Motion for Relief under Federal Rule of Civil Procedure 60(b) on

---

[1] Plaintiff has for efficiency not included cash that is about to be used to pay outstanding medical bills, as well as de minimis amounts of cash/change. The ~$1400 in the Chase account is reserved to pay outstanding bills.

March 5, 2026 (Doc. 61); and in denying Plaintiff's Motion for Leave to file an Amended Complaint (Doc. 54).

The issues Plaintiff intends to present on appeal include (but are not limited to) whether the District Court abused its discretion in denying Rule 60(b) relief, specifically in its application and weighing of the equitable "excusable neglect" framework described in *Pioneer Investment Services Co. v. Brunswick Associates Ltd. P'ship*, 507 U.S. 380 (1993), and whether the District Court erred or otherwise abused its discretion in denying Plaintiff leave to amend the complaint.

Plaintiff further states that this appeal is taken in good faith and is not frivolous, as the issues to be presented involve arguable questions of law and fact.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to proceed *in forma pauperis* on appeal.

/s/*Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*

March 13, 2026,

Hillsborough, County, Florida

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 13th day of March, 2026, a copy of the foregoing was served via mail upon the Defendants, as well as filed with the Clerk of The Court by mail.

/s/*Daniel A. Frishberg*

Daniel Frishberg, *Pro Se*