UNI**TED**
POS**TAL SERVICE**

- Expected delivery
- Domestic shipment
- USPS Tracking® se
- Limited international
- When used internat

\*Insurance does not cover
Domestic Mail Manual at h
\*\* See International Mail M

**FLAT RAT**
ONE RATE ■ ANY

**TRACKED**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

---

**P**

US POSTAGE IMI R2304M115752    2000052608
$11.95
CPU
PRFL
03/13/26    Mailed from: 33620    028W2310245

### PRIORITY MAIL®

0 Lb 3.40 Oz

**RDC 03**

EXPECTED DELIVERY DAY:    03/17/26

SHIP
TO:                                    C038

801 N FLORIDA AVE
TAMPA FL 33602-3849

**USPS TRACKING® #**



9505 5265 3603 6072 3661 86

---

®

estinations.

rage.

kage Pickup,
code.

ICKUP

**PAPER
POUCH**

how2recycle.info

---

FROM:


**UNITED STATES
POSTAL SERVICE®** | **PRIORITY®
MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Daniel Frishberg,
284 Monroe Dr, Mountain View
CA, 94040

USM

(Appeals)
TO: Clerk Of The Court,
801 North Florida Ave,
Tampa, FL, 33602

Label 228, December 2023        FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® ship Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

POSTAL SERVICE® MAIL

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.