**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL A. FRISHBERG,

      Plaintiff,

v.                                                                          Case No. 8:24-cv-22-TPB-NHA

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, et al.,

      Defendants.

_____/

**ORDER DENYING "PLAINTIFF'S MOTION TO**
**PROCEED IN FORMA PAUPERIS ON APPEAL"**

This matter is before the Court on Plaintiff Daniel A. Frishberg's *pro se* "Motion to Proceed In Forma Pauperis on Appeal," in which he seeks to proceed on appeal without costs, filed on March 16, 2026. (Doc. 63).

Under certain circumstances, a party may proceed *in forma pauperis* in federal court pursuant to 28 U.S.C. § 1915, which authorizes any court of the United States to allow indigent persons to prosecute, defend, or appeal suits without prepayment of costs. *See, e.g.,* 28 U.S.C. § 1915; *Coppedge v. United States*, 369 U.S. 438, 441 (1962). However, a party may not proceed on appeal *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith requires that the appeal present a nonfrivolous question for review. *Cruz v. Hauck*, 404 U.S. 59, 62 (1971). If the plaintiff has little or no chance of success, an appeal is frivolous. *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993). An appeal is also

Page 1 of 2

frivolous when it is "without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

Upon review, the Court finds that Plaintiff's motion to appeal without costs fails to establish the existence of a reasoned, nonfrivolous argument raised on appeal. Although Plaintiff has now put forth issues that he intends to present on appeal, his appeal fails to present issues with arguable merit either in law or fact. Consequently, the Court concludes that the appeal is not taken in good faith. "Plaintiff's Motion to Proceed In Forma Pauperis on Appeal" (Doc. 63) is therefore **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th of March, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE