From:
Daniel Frishberg
3400 E Fletcher Ave, Apt 122A
Tampa, FL, 33613





9589 0710 5270 2644 7849 54

CPU



U.S. POSTAGE IMI
$5.30
FCML RDC 99
Orig: 33620
Dest: 33602
04/10/26
2000052608

To: Clerk of The Court
801 N Florida Ave,
Tampa, Fl, 33602



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT